# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Roy E Pike

Inmate Identification Number: 079888

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Doctor Siddiq Et. Al

P.H.S Prison Health Service

_____

(Enter above full name(s) of the defendant(s) in this action)

2:06-CV-1141-WKW

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

I. Previous lawsuits

　A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
　　Yes ( )　　No (✓)

　B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

　　1. Parties to this previous lawsuit:

　　　Plaintiff(s): _____

　　　Defendant(s): _____

　　　_____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **Bullock Correctional Facility**

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No (  )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )   No (  )

C. If your answer is YES:

1. What steps did you take? **Filed a Grievance To the D.O.N. wrote a Request To the captain**

2. What was the result? **No Response**

D. If your answer is NO, explain why not? _____

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) _____

Address P.O. Box 5107 Union Springs Ala 38089

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Doctor Siddig

is employed as Doctor at

at Bullock Correctional Facility

C. Additional Defendants P.H.S

Nurse

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Denial of Edequate medical Treatment. 8 & 14 amendments Planiff has cancer of Prostrat and Ask Doctor Siddig to give me something for pain but did not Plantiff did Refuse Kemo Theraping, Because

3

Because Plantiff saw Both mother and neice turn Bald and die. Plantiff did not want that. All I ask for is something to ease this pain! Plantiff has lost around 30 lbs so far.

see attached sheet!

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order Defendants to give me something for the pain so I can Rest. Order Defendants to pay Plantiff 250,000 Dollars for All his Pain and suffering and weight loss.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12-25-06___.

Roy E. Pike 079888

Signature(s)

On around 12-14-06 I ask a PH.S nurse to give me my prescribed inhaler and she Refused. I was told that I was useing the Inhaler to Regular. Plantff Does have asma and need the inhaler to Breath correctly.