Case Number _____

ID   YR   NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

United States District Court Middle District of AL
[Insert appropriate court]

Roy E Pike
(Petitioner)

vs.

Doctor Siddiq et al
(Respondent(s))

2:06-CV-1141-WKW

RECEIVED
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Roy E Pike__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ____    No __X__

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
      __NONE__

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ____    No __X__

   b. Rent payments, interest, or dividends?
      Yes ____    No __X__

   c. Pensions, annuities, or life insurance payments?
      Yes ____    No __X__

   d. Gifts or inheritances?
      Yes ____    No __X__

   e. Any other sources?
      Yes ____    No __X__

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____   No _X_

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____   No _X_

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   NONE _____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __12-8-06__
              (Date)

_Roy E Pike_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __1.68__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

_____
_____

__12-14-06__
DATE

_S. Cunningham_
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

BULLOCK COUNTY CORR. FACILITY

```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                   BULLOCK CORRECTIONAL FACILITY


   AIS #: 079888      NAME: PIKE, ROY EDWARD              AS OF: 12/14/2006

                    # OF        AVG DAILY         MONTHLY
          MONTH     DAYS         BALANCE          DEPOSITS
   ----------------------------------------------------------------------

           DEC       17           $0.00            $0.00
           JAN       31           $0.00            $0.00
           FEB       28           $3.57           $20.00
           MAR       31           $3.01            $0.00
           APR       30           $3.42           $20.00
           MAY       31           $0.00            $0.00
           JUN       30           $0.00            $0.00
           JUL       31           $0.00            $0.00
           AUG       31           $0.00            $0.00
           SEP       30           $0.00            $0.00
           OCT       31           $0.00            $0.00
           NOV       30           $7.75           $50.00
           DEC       14           $2.93            $0.00
```