Pike

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Prison Health Services, Inc.
105 Westpark Drive
Suite 200
Brentwood, TN 37027

2nd attempt
2:06cv1141-WKW (complaint 40 dys)

2. Article Number
(Transfer from service label)       7005 1160 0001 2962 1324

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]                     ☐ Agent
                                  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   [Taylee?]                      1-22-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes