In The United States District Court
for The Middle District
Northern Division

RECEIVED
2007 FEB -7 A 9:38
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roy Edward Pike
Plantiff

v.                                    Case No. 2:06-CV-1141-WKW

Dr. Siddig Et. Al
Defendant

Motion To Amend Complaint
Motion For Production of Records
Plantiff is Indigent and files
under Forma Pauperis

Come now Roy E. Pike and ask This Honorable Court To Order Defendant To furnish Plantiff with Copies of All Plantiffs Medical Records so Plantiff Can Show Evidence and Proof of All Allegations in his Pending Civil Action. Plantiff ask That All Record be furnished with out Pre Payment Because Plantiff Has no money are Receives Any

2-4-07

A.I.S  079888          Roy E. Pike
                        Plantiff

# Certificate of Service

Come now Roy E. Pike and does say that a copy of the foregoing was mail to the Attorneys for the Defendants this 2-5-07 By placing a copy in the united state mail This 2-5-07

Rushton Stakely, Johnson & Garrett P.A.
  Attorneys
P.O Box 270
Montgomery, Ala
       36101-0270




2-4-07


079088                              Roy E. Pike



Roy Pike 079868
PO Box 5107 C1-41-A
Union Spring Ala
36089

Legal Mail

United States District Court
PO Box 711
Montgomery, Ala
36101 0711