IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY EDWARD PIKE (AIS# 246241), | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION NO. |
| | *   2:06cv1141-WKW |
| DR. SIDDIQ, et al., | * |
| Defendants. | * |

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COMES NOW the Defendants, Defendants, Prison Health Services, Inc. and Tahir Siddiq, M.D., by and through counsel, and respectfully requests that this Honorable Court extend the time period which this Defendant has to file its Answer and Special Report in this action by thirty (30) days, up to and including March 21, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to scheduling conflicts with the Defendants' medical practices and current Counsel's schedule, Counsel has been unable to meet with the Defendants in order to defend their interest in this matter.

2. The Defendants have just received but have not had an opportunity to adequately review the records to viably determine the validity of the Plaintiff's claims.

3. The Defendants will continue to use all efforts to timely file a Special Report by the date designated in this Court's Order, which is tentatively February 19, 2007. However, a brief extension of time will in no way prejudice any party nor will it unduly delay the adjudication of this matter.

WHEREFORE, all premises considered, the Defendants respectfully requests a thirty (30) day extension within which to file its Special Report and Answer, but will use all efforts to try to comply with the Court's Order scheduled date of February 19, 2007.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Tahir Siddiq, M.D.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 15th day of February, 2007, to:

Roy Edward Pike (AIS# 079888)
Bullock Correctional Facility
P. O. Box 5107
Union Springs, AL 38089

Greg Biggs, Esq.
Assistant Attorney General
Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, AL 36130

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc. and Tahir Siddiq, M.D.

2