IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY EDWARD PIKE  (AIS# 246241), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. |
| | * | 2:06cv1141-WKW |
| DR. SIDDIQ,  et al., | * | |
| | * | |
| Defendants. | * | |

## SPECIAL REPORT OF DEFENDANTS
## PRISON HEALTH SERVICES, INC. AND DR. TAHIR SIDDIQ

COME NOW Defendants, Prison Health Services, Inc. and Tahir Siddiq, M.D. (hereinafter "PHS"), and in response to this Court's Order for a Special Report presents that report with regard to this matter:

### I. INTRODUCTION

The Plaintiff, Roy Pike (AIS #079888) is currently confined at the Bullock County Correctional Facility in Union Springs, Alabama. On or about December 27, 2006, Pike filed a Complaint in the United States District Court for the Middle District of Alabama, Northern Division, claiming certain Eighth and Fourteenth Amendment violations relating to medical care received by him at the Bullock County Correctional Facility. In his Complaint, Pike specifically claims a denial of medical treatment relating to pain medication, which he asserts Dr. Siddiq has refused to provide him. Simultaneously, Pike admits he has refused chemotherapy treatment for an apparent prostate cancer issue. Pike demands $50,000 for his pain and suffering and weight loss as a result of the alleged failure to provide pain medication to him.

Pursuant to this Court's Order, PHS has undertaken the review of Mr. Pike's claims and, at this time, hereby submits its Special Report. This report is supported by a certified copy of Pike's medical records [Exhibit "A"], detailed excerpts from those records [Exhibits "A.1 – A.11], the affidavit of Tahir Siddiq, M.D. [Exhibit "B"], and the affidavit of Brandee Player [Exhibit "C"]. These evidentiary materials demonstrate that Pike failed to comply with internal procedures concerning grievances regarding medical care. In addition, the materials prove that appropriate medical treatment for his prostate cancer issue has been provided and that Pike has refused additional treatments which would provide relief for his condition.

## II. **NARRATIVE SUMMARY OF FACTS**

It appears from the Complaint and medical records that at all pertinent times, Pike has been incarcerated at the Bullock County Correctional Facility. [Exhibit "A"]. Pike has been seen and evaluated by the facility's nursing staff and has received appropriate care each time he has registered health complaints at the facility. [Id.].

In his complaint, Pike asserts that he is entitled to pain relief medication relating to a prostate cancer issue. [See Plaintiff's Complaint, ¶ 4]. Interestingly enough, Pike admits to refusing chemotherapy, which is not the only medical treatment he has declined. [Exhibit "A"].

Progress notes indicate that Pike made complaints of side pain on or about November 7, 2006. Those notes also indicate that Pike had seen a specialist for an increased PSA reading, which can often be a sign a prostate cancer. On November 17, 2006, Pike was taken to a free world hospital in order to have a prostate biopsy completed. [Exhibit "A.1"]. Baptist Medical Center East's records verify a pathology report done due to an increased PSA. Needle core biopsies were done on both the right and left side of the prostate gland and a Gleason Grade III

adenocarcinoma was identified. [Exhibit "A.2"]. As a result of this test, PHS physicians referred Pike for a bone scan to check and determine whether this particular cancer had spread. [Exhibit "A.3"]. Pike immediately began a medication regimen, as verified by physician orders and medication reports. [Exhibit "A.4"].

On December 6, 2006, progress notes indicate a diagnosis of prostate cancer resulting from the biopsy that occurred in mid-November. [Exhibit "A.5"].

On December 22, 2006, Pike underwent a routine yearly physical, pursuant to Department of Correction procedures. As a part of this physical, however, Pik refused to submit to a rectal exam, which is a required part of that particular treatment. [Exhibit "A.6"; Affidavit Nurse Guice].

On January 2, 2007, Pike filled out a general sick call request stating "I am in pain" and also indicated that the pain had lasted for two weeks. PHS immediately arranged an appointment with Dr. Siddiq to address this concern. ["Exhibit A.7"].

On January 9, 2007, Pike was scheduled for an appointment for Dr. Siddiq to review the medication prescribed for him. Pike, however, did not show for the appointment and refused to sign appropriate paperwork dealing with a mandatory doctor's appointment for pain medications. [Exhibit "A.8"].

On January 16, 2007, Pike requested a doctor's appointment to see if pain medication and a renewal of his Albuterol spray could be provided, a fact verified on a PHS sick call request form. [Exhibit "A.9"]. Nursing evaluation records also confirm this request, and a referral to Dr. Siddiq was ordered that day.

On January 17, 2007, Pike received medical treatment from Dr. Siddiq wherein his ventalin inhaler was restarted for another six month period. No records at that time reflect any additional pain complaints made by Pike. [Exhibit "A.10"].

Pike has a history of pain complaints associated with depression. Records indicate that as far back as January 6, 2006, and extending through May 16, 2006, PHS employees treated Pike for depression due to chronic pain, sleep problems, an inability to cope with his condition, and flashbacks. [Exhibit "A.11"].

### III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.      The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.      The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.      The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.      The Plaintiff's Complaint, as amended, fails to state a claim against the Defendants for which relief can be granted.

5.      The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.      The Plaintiff is not entitled to any relief requested in the Complaint, as amended.

7.     The Defendants plead the defense of qualified immunity and avers that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.     The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint, as amended, that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.     The Defendants cannot be held liable on the basis of <u>respondeat superior</u>, agency, or vicarious liability theories.

10.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.    The allegations contained in the Plaintiff's Complaint, as amended, against the Defendants sued in their individual capacities, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. <u>See</u> <u>Oladeinde v. City of Birmingham</u>, 963 F.2d 1481, 1485 (11th Cir. 1992); <u>Arnold v. Board of Educ. Of Escambia County</u>, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.    The Defendants aver that they were at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. <u>See</u> <u>Rogers v. Evans</u>, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against the Defendants in their official capacities are barred by the Eleventh Amendment to the United States Constitution.

17.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.    The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.    The Defendants plead the affirmative defense that the Plaintiff's Complaint, as amended, fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.    The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

21.    The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.    The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

23.    The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.    The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against it and that any such award would violate the United States Constitution.

25.    The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.    The Defendants assert that the Plaintiff's Complaint, as amended, is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV.  ARGUMENT

**A.    Because Inmate Pike Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint.**

With the explosion of prisoner cases becoming epidemic, Congress passed the Prison Litigation Reform Act of 1995 in an effort to control frivolous prisoner litigation.  The Act is

wide ranging and contains multiple, mandatory provisions that require the dismissal of complaints identical to that asserted by Mr. Pike.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.  42 U.S.C. §1997e(h).

Because Pike admits to being incarcerated in his complaint, he meets the definition of "prisoner" as defined by the PLRA.  See Boyd v. Corrections Corporation of America, 380 F.3d 989 (6th Cir. 2004).

The crux of the PLRA requires a prisoner to exhaust all internal, administrative remedies prior to filing suit.  The PLRA requires that the Court on its motion or the motion of a defendant dismiss any action with respect to prisoner conditions or medical treatment upon failure to exhaust these remedies.  42 U.S.C. §1997e(a).  This provision states the following:

**(a) Applicability of Administrative Remedies.**
No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.  (emphasis added).

**(b) Failure of State to Adopt or Adhere to Administrative Grievance Procedure.**
The failure of a State to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997a or 1997c of this Title.

**(c) Dismissal**
The Court shall on its own motion or on the motion of  a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim

upon which relief can be granted, or seeks monetary relief from a
defendant who is immune from such relief.

<div align="center">42 U.S.C. § 1997e(a)</div>

"Administrative remedies" pursuant to this Act constitute prison or jail grievance
procedures such as those identified in this Special Report. Before filing suit, the prison/plaintiff
must submit his claim through this procedure and the grievance must address the specific issue
upon which the suit is based. Failure to strictly follow these procedures requires dismissal of the
action. Even if the prisoner/plaintiff has no knowledge regarding the existence of the
procedures, this does not relieve the requirement. See Zolicoffer v. Scott, 55 F. Supp. 2d 1372
(N.D. Ga. 1999), affirmed without opinion (252 F.3d 440 (11th Cir. 2001).

It is undisputed that Pike failed to follow the appropriate administrative procedures
associated with his claim for inadequate medical care. [Exhibit "C" – Affidavit pf Brandee
Player]. Because Pike failed to follow internal procedures concerning these grievances, his
claim must be dismissed with prejudice for failing to comply with these mandatory
administrative remedies. Woodford v. NGO, 126 S. Ct. 2378, 165 L.Ed.2d 368 (2006).

The Woodford case is extremely instructive because the United States Supreme Court
took the opportunity to clarify issues concerning the Prison Litigation Reform Act. In
Woodford, a California state prisoner challenged a disciplinary act but did so in an untimely
manner, violating California's Prison Grievance System. Subsequently, the prisoner sued the
system in federal court, but the district court granted the Department's Motion to Dismiss, stating
the prisoner had not fully exhausted his administrative remedies, pursuant to the Prison
Litigation Reform Act. On appeal, the Ninth Circuit reversed, claiming that because no

administrative remedies remained available to the prisoner, he had "not exhausted them" amongst other reasons.

On appeal, the United States Supreme Court reversed the Ninth Circuit and affirmed the dismissal of the prisoner's complaint.   The Court's opinion focused extensively on the "exhaustion" of available remedies and concluded that whether procedural deficiencies existed or whether a prisoner is poorly educated and unfamiliar with such proceedings, it is a requirement that administrative remedies be followed prior to litigation ensuing in federal court. Id. At 2387, 2388, 2390, 2392-2393.

**B.**   **The Plaintiff has failed to prove that the Defendants acted with deliberate indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Pike's medical records reveals that he has been given appropriate medical treatment at all times.  [See Exhibits "A" & "B"].  All of the allegations contained within Pike's Complaint are either inconsistent with his medical records, or are claims for which no relief may be granted. [Id.].  Therefore, Pike's claims against the Defendants are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Pike must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254

(11th Cir. 1999); <u>Palermo v. Corr. Med. Servs.</u>, 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Pike must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. <u>See</u> <u>Marsh v. Butler County</u>, 268 F.3d 1014, 1058 (11th Cir. 2001) and <u>Palermo</u>, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." [<u>Id.</u>]. [citations omitted].

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. <u>See</u> <u>Estelle</u>, 429 U.S. at 106, <u>McElligott</u>, 182 F.3d at 1254, <u>Hill</u>, 40 F.3d 1176, 1186 (11th Cir. 1994), <u>Palermo</u>, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. <u>Estelle</u>, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Pike's medical condition, <u>Hill</u>, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. <u>Estelle</u>, 429 U.S. at 104-105. Obviously, Pike cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that appropriate standards of care were followed at all times. [<u>Id.</u>]. These facts clearly disprove any claim that the Defendants acted intentionally or recklessly to deny treatment or care.

The Defendants are, further, entitled to qualified immunity from all claims asserted by Pike in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Pike to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Pike must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendants fair warning that their alleged treatment of Pike was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Pike must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that their practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law

must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Pike's constitutional rights. All of Pike's medical needs have been addressed or treated. [See Exhibits "A" & "B"]. The Defendants have provided Pike with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. CONCLUSION

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, as amended, with prejudice, or enter a judgment in their favor.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc. and Tahir Siddiq, M.D.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail

this the 2nd day of March, 2007, to:

Roy Edward Pike (AIS# 079888)
Bullock County Correctional Facility
P. O. Box 5107
Union Springs, AL  36089-5107

The Clerk of Court, using the CM/ECF system will send notification of this filing to the

following:

Greg Biggs, Esq.
Assistant Attorney General
Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, AL  36130

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc. and Tahir Siddiq, M.D.

# EXHIBIT A

# AFFIDAVIT

**STATE OF ALABAMA**

_Bullock_ **COUNTY**

I, _Brandee Player_, hereby certify and affirm that I am a _HSA_, at _Bullock Correctional Facility_; that I am one of the custodian of records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional medial file of one _Roy Pike_, AIS# _679888_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Bullock Correctional_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _31_ day of _January_, 200_7_.

SWORN TO AND SUSBCRIBED before me on this _31st_ day of _January_, 200_7_.

Notary Public
My Commission Expires: _2/24/2009_

# ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME Pike, Roy                    AIS# 079888

Medication Allergies: NKDA

Medical: Chronic (Long-Term) Problems
       Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
       Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 11/22/05 | COPD | | | DM |
| 11/23/05 | PPD 0mm - per S. Lawrence RN/Lb | | | |
| 1/5/06 | PTSD | | | RA |
| 1/5/06 | Depression | MH7 | | RA MM |
| | Asthma (Hx) | | | |
| | Back Surgery | 1/16/08 | | |
| 8/27/06 | | MH8 | | MM |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN

Inmate's Housing Location:   5-6
Treatment Coordinator: D. Nettles

Institution: Bullock County Correctional

**Plan Application and Review Frequency:**
**Crisis Cell:** __ MH Observation, _____ Suicide Watch (one time)    **Outpatient:** __X_ (6 months)
           **RTU:** ____ (weekly, bimonthly, monthly)

**DSM IV Diagnosis:**
Axis I:  Depression, NOS PTSD (Korean War)
Axis II: ASPD
Axis III: Chronic Pain Syndrome
Axis IV: Incarceration
Axis V: 55-60

| |
|---|
| **Problem # 1**   Inmate depressed due to recurrent chronic pain (head-injury0 |
| **Initiation Date1/6/06** |
| **Goal:** Inmate will report a decrease in depression |
| **Target Date for Resolution: 6months** |
| **Intervention:** PHS will assist in resolving Inmate reported distress if; MH staff will monitor client off Medication, provide supportive counseling |
| **Staff Member(s) Responsible:   MH staff, PHS staff**          **Frequency: Monthly** |
| **Problem # 2** |
| **Initiation Date:** |
| **Goal:** |
| **Target Date for Resolution** |
| **Intervention:** |
| **Staff Member(s) Responsible**          **Frequency:** |

Treatment Team Members (Name and signature)
Psychiatrist: _____   Date: _____
Supervising Psychologist _____   Date: _____
Mental Health Nurse: _A. Thomaston_____   Date: _____
Treatment Coordinator: _D. Nettles_____   Date: _6/9/06_
Inmate Agreement: ___Roy Pike_____   Date: _____
Treatment Plan Review to be conducted by: _____   Review Date: _____

| **Inmate Name: Pike, Roy** | **AIS #: 079888** |
|---|---|

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

**Application and Review Frequency: Monthly**
**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)
      **RTU:** _X_ (weekly, bimonthly, monthly)

**Admission Date: 01/05/06**
**Outpatient:** _____ ( 6 months)

---

**Problem # 1** Depression due to chronic pain—sleep problems, inability to cope, flashbacks
**Initiation Date: 01/06/06   Resolution target Date: 4wks**     Status: Resolved   No Change   **Modified**
**Outcome/modifications:** Psych. to see as required for mental health assessment, nurses to monitor
Medication compliance, TC to see 2x monthly for indv. counseling, AT contact daily, refer to depression
group

**Responsible Staff: Psych., TC, AT, nurses**          **Frequency: Bi-weekly**

---

**Problem #**
**Initiation Date:**     **Resolution target Date:**     **Status:  Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**          **Frequency:**

---

**Problem #**
**Initiation Date:**     **Resolution target Date:**     **Status:  Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**          **Frequency:**

**Treatment Coordinator:** _____ **Date:** May 16, 2006

| Inmate Name: Pike, Roy | Location/Level 5-6/3 | AIS # 079888 |
|---|---|---|

Disposition: Medical File

Reference: AR ADOC: 622, 623, 630, 632, 633, 635, 638
ADOC **Form MH- 034-** June 28, 2004
Page _1_ of _1_

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN REVIEW**

**Application and Review Frequency: Monthly**
**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)          **Admission Date: 01/05/06**
          **RTU: _X_ (weekly, bimonthly, monthly)**          Outpatient: _____ ( 6 months)

---

**Problem # 1** Depression due to chronic pain—sleep problems, inability to cope, flashbacks
**Initiation Date: 01/06/06   Resolution target Date: 4wks          Status: Resolved   No Change   Modified** ✗
**Outcome/modifications:** Psych. to see as required for mental health assessment, nurses to monitor Medication compliance, TC to see 2x monthly for indv. counseling, AT contact daily, refer to depression group

**Responsible Staff: Psych., TC, AT, nurses**                    **Frequency: Bi-weekly**

---

**Problem #**
**Initiation Date:          Resolution target Date:          Status:  Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**                    **Frequency:**

---

**Problem #**
**Initiation Date:          Resolution target Date:          Status:  Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**                    **Frequency:**

---

**Treatment Coordinator:** _~signature~_ MHP          **Date:** 4/9/06

| Inmate Name: Pike, Roy | Location/Level 5-6/3 | AIS # 079888 |
|---|---|---|

Disposition: Medical File

Reference: AR ADOC: 622, 623, 630,  632, 633, 635, 638
ADOC Form MH- 034- June 28, 2004
Page _1__ of __I___

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN REVIEW**

**Application and Review Frequency: Monthly**                    **Admission Date: 01/05/06**
**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)   Outpatient: _____ ( 6 months)
         RTU: _X_ (weekly, bimonthly, monthly)

**Problem # 1** Depression due to chronic pain—sleep problems, inability to cope, flashbacks
**Initiation Date: 01/06/06   Resolution target Date: 4wks        Status: Resolved   No Change   Modified   X**
**Outcome/modifications:** Psych. to see as required for mental health assessment, nurses to monitor Medication compliance, TC to see 2x monthly for indv. counseling, AT contact daily, refer to depression group

**Responsible Staff: Psych., TC, AT, nurses**                    **Frequency: Bi-weekly**

**Problem #**      disruption
**Initiation Date:         Resolution target Date:          Status:   Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**                              **Frequency:**

**Problem #**
**Initiation Date:        Resolution target Date:          Status:   Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**                              **Frequency:**

**Treatment Coordinator:** _J?Q Autlle, MHP_      **Date:** _3/13/06_

| **Inmate Name: Pike, Roy** | **Location/Level 5-6/3** | **AIS #079888** |
| --- | --- | --- |
| | | |

Disposition: Medical File

Reference: AR ADOC: 622, 623, 630,  632, 633, 635, 638
ADOC Form MH- 034- June 28, 2004
Page _1__ of __1___

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN REVIEW

**Application and Review Frequency: Monthly**          **Admission Date: 01/05/06**
**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)   **Outpatient:** _____ ( 6 months)
          **RTU:** _X_ (weekly, bimonthly, monthly)

---

**Problem # 1Depression due to chronic pain—sleep problems, inability to cope, flashbacks**
**Initiation Date: 01/06/06   Resolution target Date: 4wks         Status: Resolved   No Change   Modified   X**
**Outcome/modifications:** Psych. to see as required for mental health assessment, nurses to monitor
Medication compliance, TC to see 2x monthly for indv. counseling, AT contact daily, refer to depression
group

**Responsible Staff: Psych., TC, AT, nurses**               **Frequency: daily/monthly**

---

**Problem #        disruption**
**Initiation Date:        Resolution target Date:        Status: Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**                    **Frequency:**

---

**Problem #**
**Initiation Date:        Resolution target Date:        Status: Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**                    **Frequency:**

**Treatment Coordinator:** _DE Huttle, MHP_        **Date:** _2/13/06_

| **Inmate Name: Pike, Roy** | **Location/Level** | **AIS # 079888** |

Disposition: Medical File                    Reference: AR ADOC: 622, 623, 630, 632, 633, 635, 63f
                                             ADOC **Form MH- 034-** June 28, 2004
                                             Page _1_ of _1_

Alabama Department of Corrections Mental Health Services
Treatment Plan:  Residential Treatment Unit

**Treatment Plan Initiated on:**  01/06/06          **Treatment Coordinator:** D.E.Nettles,MHP
**Institution:** Bullock County Correctional Facility          **Admitted to RTU:** 5-6

**Level Currently Assigned:** 3

**DSM IV Diagnosis:**
**Axis I:** Depression, NOS PTSD (Korean War)
**Axis II:** ASPD
**Axis III:** Chronic Pain Syndrome
**Axis IV:** Difficulty adjusting due to age 71
**Axis V:** 55-60

---

**Problem # 1** Inmate depressed due to recurrent chronic pain (head-injury)
**Goal:** Inmate will report a decrease in depression
**Target Date for Resolution:**  60 days

**Intervention(s):** PHS will assist in resolving I/M reported distress if possible; MH staff will monitor medication compliance, provide supportive counseling.
**Staff Member(s) Responsible:** MH/PHS staff          **Frequency:**  Monthly

---

**Problem # 2** Inmate reports difficult sleeping due to flashbacks
**Goal:** Inmate reports decrease in sleep disturbance

**Target Date for Resolution:** 60 days
**Intervention(s):**  Inmate will avoid napping during day hours

**Staff Member(s) Responsible:** MH/PHS Staff          **Frequency:** Monthly

---

**Problem # 3** Inmate exhibit difficulty cope with prison lifestyle due to age 71
**Goal :** Inmate will learn to cope to new environment successfully

**Target Date for Resolution:** 60days
**Intervention(s):** Inmate will participate in age appropriate activities

**Staff Member(s) Responsible:** MH/DOC          **Frequency:** Monthly

---

**Psychiatrist:** _____          **Treatment Coordinator:** _____

**Mental Health Nurse:** S. Anderson LPN   **Activities Tech:** _____

Correctional Officer Present:  Yes          No

**Inmate Agreement:** Roy Pike          **Date:** _____
Treatment Plan Review to be Conducted by:          (Level 1: weekly; Level 2:bi-weekly; Level 3&4:monthly)

| Inmate Name: Pike, Roy | AIS# 079888 |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE

Treatment Plan Initiated On: 12/22/05  Treatment Coordinator: JS Bussell, MS-MHP

Inmate's Housing Location: N - 95   Institution: KCF

**DSM IV Diagnosis:**

Axis I: Depression, NoS  PTSD (chronic WNo )

Axis II: ASPD

Axis III: Chronic pain syndrome

Axis IV: difficulty adjusting due to age 71

Axis V: 55-60

| Problem #1 I/M depressed due to recurrent chronic pain (head injury) |
|---|
| Goal: I/M will report a decrease in episodes of depression due to increased and participation in medical recommendation to resolve condition |
| Target Date for Resolution: 6 mnths |
| Intervention: 1) PHS will assist in resolving I/M repeated distress if possible 2) MH staff will cont to monitor medication / provide therapy as needed |
| Staff Member Responsible: MH / PHS staff   Frequency: monthly |

| Problem #2 I/M reports difficulty sleeping due to flash backs |
|---|
| Goal: I/M report a decrease in sleep disturbance |
| Target Date for Resolution: 6 mnths |
| Intervention: 1) I/M will avoid napping during the day hours 2) I/m will cooperate c medication regimine |
| Staff Member Responsible: MH / PHS   Frequency: mnthly |

| Problem #3 I/M exhibit difficulty cope c prison lifestyle due to age 71 |
|---|
| Goal: I/M will learn to cope c new environment successfully |
| Target Date for Resolution: 6 mnths |
| Intervention: 1) I/M will participate in all age appropriate activities 2) MHP will continue to monitor I/M improvement mnthly |
| Staff Member Responsible: MH / PHS / DOC   Frequency: mnthly |

Second Page attached:      Yes ☐   No ☑

**Treatment Team Members**

Psychiatrist: Joseph N Fabian MD   Date: 12/28/05
Mental Health Nurse: M Barbour RN   Date: 12/28/05
Treatment Coordinator: JS Bussell, MS-MHP   Date: 12/22/05

Inmate Agreement: X  Roy Pike   Date: 12/22/05
Treatment Plan Review by: _____ (within six months)

| Inmate Name | AIS # |
|---|---|
| Pike, Roy | 079888 |

ALDOC Form 462-01

AR462– October 5, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: _Pile, Roy_    AIS# _179888B_ Date of Referral: _11-21-05_

**REASON FOR REFERRAL:**

☐ **CRISIS INTERVENTION**
☐ Family problem:_____
☐ Problems with other inmates:_____
☐ Recent stress:_____
☐ Other:_____

☐ **EVALUATION OF MENTAL STATUS**

☐ Suicidal                ☐ Anxious            ☐ Physical complaints
☐ Homicidal               ☐ Depressed          ☐ Sleep disturbance
☐ Mutilative              ☐ Withdrawn          ☐ Hallucinations/delusions
☐ Hostile, angry          ☐ Poor hygiene       ☐ Suspicious
☐ Other inappropriate behavior:_____

☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

☑ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

☐ **OTHER:**_____

**COMMENTS:** _history of psy. meds._

Referred by: _Laheeda Cooper_ Phone Contact #: _660_
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_received 11-21-05_

_See M.H. Eval_  _11/25/05_

Dr. Paul Beecham
MHM Correctional Services

Follow-Up by: _____ Date: _11/25/05_

| Inmate Name | AIS # |
|-------------|-------|
| Pile, Roy | 179888 B |

MENTAL HEALTH SERVICE
RECEPTION MENTAL HEALTH SCREENING

1255

Institution: _____KILBY_____                    Date/Time Inmate Received: _11-21-05_
Date/Time of Screening: _11-21-05_              Signature /Title of Screener: _Laheeda Cooper Spn_
                        _1255_

*MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC*
☒ Yes ☐ No   Psychotropic Medication: _Clonazepam 1mg, Amitriptyline 50mg,_
☐ Yes ☒ No   Medication turned over to a DOC upon arrival:
☒ Yes ☐ No   Mental Health follow – up in last 90 days: _Chambers County jail_
☐ Yes ☒ No   Suicide/self harm attempts in last 90 days: _____

*MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):*
☐ Yes ☒ No   Outpatient treatment: _____
☒ Yes ☐ No   Inpatient treatment: _Chamber County jail_
☒ Yes ☐ No   Psychotropic Medication: _____
☐ Yes ☒ No   Suicidal Attempts: _____
☐ Yes ☒ No   Suicidal Thoughts: _____
☒ Yes ☐ No   Head injury: _in the military land mine_
☐ Yes ☒ No   Seizures: _____
☐ Yes ☒ No   Violent Behavior: _____
☒ Yes ☐ No   Substance Abuse: _oxycodine + Lortab_
☐ Yes ☒ No   Substance Abuse Treatment: _____
☐ Yes ☒ No   Special Education classes: _5th_

*INMATE SELF – REPORT OF CURRENT STATUS*
☐ Yes ☒ No   First incarceration (reaction): _2002, I hate it._
☒ Yes ☐ No   Reports family support: _Son_
☐ Yes ☒ No   Reports serious depression/remorse: _____
☐ Yes ☒ No   Thinking about suicide: _____
☐ Yes ☒ No   Has plan for suicide: _____
☐ Yes ☒ No   Possible to implement plan: _____
☐ Yes ☒ No   Reports hallucinations: _____

*BEHAVIORAL OBSERVAIONS*
☐ Poor eye contact        ☐ Poor hygiene          ☐ Unable to pay attention    ☐ Unresponsive
☐ Disorientated           ☐ Overly anxious        ☐ Unable to follow directions ☐ Unable to read
☐ Crying                  ☐ Memory deficits       ☐ Signs of self-mutilation   ☐ Afraid
☐ Illogical speech content ☐ Appears to be hearing voices of seeing things     ☐ Paranoid
☐ Hostile    ☐ Other unusual behavior: _____

DISPOSITION PLACEMENT RECOMMENDATION *(Based on reception mental health screening)*
☐ Routine housing and mental health follow-up          ☐ Emergency mental health referral
☐ Priority mental health follow-up but not emergency   ☐ Safe cell recommended
☐ Current Psychotropic meds verified/interim supply ordered   ☐ Parole violator interim assessment referral

| Inmate Name: _Pike, Roy_ | AIS#: _179888B_ |

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

_Roy Pike_      179888-B      1/21/05
Inmate Signature         AIS #         Date Signed

Pike, Roy

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## Special Diet Request

Inmate's Name: Pike, Roy                                    Date: _____

Housing Location: _____

Type of Diet: Blended Diet

Start Date: 12-15-06          Stop Date: Until Dr. Siddiq order stopped

Special Instructions (if needed):

Blended diet Peanut butter sandwich X 1 with each Meal and below bedtime.

Date Requested: 12-15-06     Signature: Bacon RN

(White - Kitchen Copy, Yellow - Patient File Copy)

60130 (10/89)

Q 3-6 months

Name: _Pike Roy_ DOB: _6/15/34_ AIS#: _079888_ R/S _WM_

## PATIENT HISTORY

Date of Diagnosis:
Current Meds: _Mevacor 40mg 9d_
Diet/exercise history: _Low Cholesterol_   Compliant? (Yes) No

### Risk factors (check all that apply)

✓ Family History ✓ Smoker __ Diabetes __ HTN __ Alcoholism __ Drug Abuse __ Obesity __ CAD

| VARIABLE | Date (initial exam) | | Date | | Date | |
|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 130/60 | 140 | 73 | | | |
| CP | no | | | | | |
| Exertional Dyspnea | no | | | | | |
| Orthopnea | no | | | | | |
| Pain/cramps in legs | no | | | | | |
| General Appearance | normal | | | | | |
| Heart | Reg WNL | | | | | |
| JVD/Carotid Bruits | no / no | | / | | / | |
| Abdomen/Bruits | non tend | | | | | |
| Periph. Pulses/edema | / | | / | | / | |

## LABS                                                        Date

| Lipids level | 10/9/06 | LDL 152 | | | | |
|---|---|---|---|---|---|---|
| Base line LFTs | 10/9/06 | WNL | | | | |
| Disease Control | | Good/Fair/Poor Improved/Worsened | | Good/Fair/Poor Improved/Worsened | | Good/Fair/Poor Improved/Worsened |

## PLAN            Date                    Date                    Date

| Patient Edu/Training | 12/4/06 | | | |
|---|---|---|---|---|
| Completed Master Problem Sheet | yep | | | |
| Next F/U | 3/23/06 | | | |
| Signature | | | | |

| SHORT TERM GOALS | | LONG TERM GOALS | |
|---|---|---|---|
| 1 | | 1 | |
| 2 | | 2 | |

Comments:

_E: Instructed on the need for continued compliance_

JOHNSON CLINIC
Q 3-6 months

Name: _Pike, Roy_ DOB: _6/14/31_ AIS#: _079888_ R/S _Euro BPH WM_

## PATIENT HISTORY

Date of Diagnosis: ___
Current Meds: _Cordil 10 m qd_
Diet/exercise history: _Low Sodium_ Compliant?  Yes  (No)

✓ Family History _✓_ Smoker__ Diabetes__ Alcoholism__ Drug Abuse__ Obesity__ CHF__ Hyperlipidemia__ Renal Disease

| VARIABLE | Date (initial exam) | | | Date | | Date | |
|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 12/60 | 140 | 73 | | | | |
| CP | | | | | | | |
| Exertional Dyspnea | no | | | | | | |
| Orthopnea | no | | | | | | |
| Fundi exam annually | yes | | | | | | |
| General Appearance | frail | | | | | | |
| Heart | Reg WNL | | | | | | |
| JVD/Carotid Bruits | None | | | | | | |
| Lungs | Bil crackles | | | / | | / | |
| Abdomen | Non distend | | | | | | |
| Periph. Pulses/edema | Palp / ∅ | | | / | | / | |

## LABS

| | Date | Date | Date |
|---|---|---|---|
| BMP per MD/NP order | 10/05/06 | | |
| DPII annually | 10/01/06 | | |
| UA Dipstick (on-site) | / / | | |
| EKG | 6/8/06 | | |
| CXRAY | 11/22/05 | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened | Good/Fair/ Poor Improved/Worsened |

## PLAN

| | Date | Date | Date |
|---|---|---|---|
| Patient Edu/Training | 12/14/06 | | |
| Completed Master Problem Sheet | n/a | | |
| Next F/U | 3/14/06 | | |
| Signature | | | |

| SHORT TERM GOALS | | LONG TERM GOALS | |
|---|---|---|---|
| 1 | | 1 | |
| 2 | | 2 | |

Comments: _E: Instructed on the need for compliance_

DEPARTMENT OF CORRECTION
NURSE'S
CVHTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | ALLERGIES NKA |
|---|---|---|
| DATE/TIME 9/7/06 1010 | | |
| O: VS T 98 P 60 R 20 WT 141 | | HX a treadmill? Y (N) |
| BP 126/60 IF BP > 140/90 REFER TO MD/NP/PA | | Date: |
| Do you smoke? | (Y) | HX bypass surgery: Y (N) |
| Use salt? | Y (N) | Date: |
| Family History of CVHTN? | (Y) N | |
| Obese? | Y (N) | |
| Stress? | Y (N) | |
| Blurred vision | Y (N) | |
| Headache | Y (N) | |
| Fatigue | Y (N) | |
| Muscle weakness | Y (N) | |
| Polyuria | Y (N) | |
| Epistaxis | Y (N) | F: LABS REVIEWED |
| S.O.B. | Y (N) | Labs ordered |
| Compliant with meds | Y (N) | Last CMP-14 |
| KOP | Y (N) | Last EKG 6/18/06 |
| Counseled on risk factors | (Y) N | |
| available | | 11/23/05 LDL 158 |
| Labs/EKG WNL         NA | Y (N) | |
| CXR if over 50 | | |
| Education Done | (Y) N | |
| Topic: Medication Compliance | | |
| Recently admitted to hospital/infirmary | Y (N) | CURRENT MEDICATIONS: |

Notes: C: Instructed on the
need for medication
compliance

CURRENT MEDICATIONS:
Cardil 10m x 90
Nuevacion 40m 90
ASA 325 90

Status: (circle)
IMPROVED UNCHANGED WORSE

Level of Control: (circle)
GOOD FAIR POOR

CCC WITH NURSE (circle)
1, 2 (3) Months

CCC WITH MD (circle)
1, 2 (3) 4, 5, 6 Months

| INMATE NAME Pike, Roy | NUMBER 079888 | AGE 72 | RACE/SEX W M | SIGNATURE: |
|---|---|---|---|---|

| Control | Good—BP < 140/90 | Status: | Improved—BP< previous visit |
|---|---|---|---|
| | Fair—BP 140-160/90/100 | | Unchanged—BP unchanged |
| | Poor—BP > 160/100 | | Worsened—BP increased. |

## PRISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: _9/7/06_    Time: _1000_    Facility: _BCCF_

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

**SUBJECTIVE:** _no cupl_

**OBJECTIVE:** BP _126/80_ HR _61_ RR _20_ Temp _98_ Wt ____ Peak Flow ____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Contro | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** _Continue Minurol 20 & Dc_
_RA to person_

**F/U:** Routine 90 days: _____ Other _____    Problem List Updated: Yes    No

_____  9/7/6
Physician/NP/PA

_Pike, Roy_
NAME

_M_
GENDER

_W_
RACE

_079 888_
AIS#

_6/15/34_
DOB

(Revised 5/18/05)

RISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 1/17/06   Time: 1230   Facility: BCCF

Check all applicable CIC's being evaluated: ✓ Card/HTN __DM__GI__ID ✓ PUL__SZ __TB

**SUBJECTIVE:** no complats

**OBJECTIVE:** BP 128,76 HR 80 RR 20 Temp 98⁸ Wt 162 Peak Flow 280

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** ↑ Cholest ( LDL, will start on 20 mg
Menacor

**F/U:**   Routine 90 days: _____ Other _____          Problem List Updated:  Yes     No

_____
Physician/NP/PA

Pike, Roy
_____ / NAME
                                                                              079888
M                              W                                    AIS#
_____                _____                6/16/34
GENDER                         RACE                                    DOB

(Revised 5/18/05)

PRISON HEALTH SERVICES

### Nurse's Chronic Care Clinic

Date: 1/17/06     Time: 1230     Facility: BCCF

Check all applicable CICs being evaluated: ✓Card/HTN __DM__GI__ID✓PUL__SZ__TB

Vital Signs: BP 188/16 P 80 R 20 T 98⁸

**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates: N/A
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates: 
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:

ALLERGIES: NKA     CURRENT DIET:_____
MEDICATIONS: listed
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: None noted
VACCINES: Flu____Pneumovax____Hep A____Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c____on_____; CD4 & HIV-RNA __/__on____; 
Peak Flow 350 LFTs____on_____; Serum Drug Levels __on____; EKG____; CXR____

Medications:

Mevacor 20mg 9d          11/23/06
                         LDL 158

Patient Educated on: & Instructed on the effective usage
of an inhaler

Inmate Signature _____

Nurses Signature and Title _____ RN

_Pike, Roy_          0 79 888
     NAME                    AIS
  M          W            6/15/34
GENDER       RACE            DOB

(Revised 05/18/05)

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 11/22/05 _____ Time: _____ Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** COPD x 2 years  60+/Pack year hx.
Still smokes

**OBJECTIVE:** BP 150/90 HR 71 RR 22 Temp 98 Wt 160 Peak Flow 200 250 250
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

BBS c̄ scattered Rhonci + poor exp effort.

CxR pending, BP √/week pending

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: Quit Smoking. Combivent MDI ii puffs QID x 100 days
Goal is to improve lung function

F/U: Routine 90 days: __X__ Other _____    Problem List Updated: (Yes)    No

_____
Physician/NP/PA

NAME: Pike, Roy

AIS#: 079888

GENDER: male

RACE: WM 71 y/o

DOB: 6/15/34

(Revised 2/28/05)



**PHS**
PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

| I. | HISTORY – (LPN or RN) | YES | NO | COMMENT(S) |
|---|---|---|---|---|

Weight Change (greater 15 lbs.) — NO — Last weight at least 6 months ago
 (Compare Weight Below)
Persistent Cough — YES — *Smoker*
Chest Pain — YES — *now – asthma*
Blood in Urine or Stool — NO
Difficult Urination — NO
Other Illnesses (Details) — YES — *asthma Cancer*
Smoke, Dip or Chew — YES — *Lung Br*
ALLERGIES — NO

Weight **146**  Temp **978**  Pulse **85**  Resp **18**  Blood Pressure **153/03**
Eye Exam: **20/40** OD **20/40** OS **20/40** OU  *Glasses on*

**If greater than > 140/60, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

| II. | TESTING – (LPN or RN) | RESULTS |
|---|---|---|

Tuberculin Skin Test (q yr) — Date given *12-22-06* Site *① arm*
Read on *12-24-06* Results *Ø* mm

Past Positive TB Skin Test → **Survey Completed**
(Chest x-ray if clinical symptoms) — Date ___ Results ___
RPR (q 3 yrs) — Date *11-22-05* Results *NR*
EKG (baseline at 35, over 45 q 3 yrs) *6-18-06*
Cholesterol (at 35 then q 5 yrs) *11-9-06*
Finger Stick Blood Sugar — Results *76*
* If > than 200 repeat Finger Stick BS within 48 hours — Results ___
Optometry Exam (@ 50 if not already seen)
Mammogram — Date ___ Results ___
 (females @ 40, q 2 yrs/other M.D. order)

| III. | PHYSICAL RESULTS – (RN, Mid-Level, M.D.) |
|---|---|

Heart — *RRR*
Lungs — *wheezing bilateral*
Breast Exam — *explained*
Rectal (yearly after 45) — Results ___
 with Hemoccult — Results ___
Pelvic and PAP (q 1 yr) — Date ___ Results ___

Facility *BCCF*   Nurse Signature *S. Price, RN*   Date *12/22/06*

M.D. or Mid-Level Signature _____   Date _____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| *Pike, Roy* | *798888B* | *6-15-34* | *WM* |

## U/A DIPSTICK REPORT

Name: Pike, Roy                    AIS# 7988 RB R/S CWM

DOB: 6-15-34                      AGE: _____

Collection Date: _____         TIME _____

Annual Physical _____ Random _____ Repeat _____ Daily _____

After Rx Completion _____ Chronic Care Clinic Porotocal _____

Urine Appearance:    Color yellow  Clarity: clear  Odor mild

Specific Gravity: 1.005

PH: 6.0

LEUKOCYTES: neg

NITRATE: neg

PROTEIN: neg

GLUCOSE: neg

KEYTONES: neg

UROBILINOGEN: 0.2

BILIRUBIN: neg

BLOOD: neg              HEMOGLOBIN: _____

WNL: _____           ABNORMAL _____

OBTAINING NURSE'S SIGNATURE: _____
                                              Date _____

REVIEWING PHYSICIAN's Signature: _____
                                              Date _____

# IMMUNIZATION RECORD

Name Pike, Roy _____ AIS 079888 D.O.B. 6-15-34

## Hep A Vaccine

Date _____ By _____

Date _____ By _____

## Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

(1) debtreel
Exp. 6/30 05
Lot# 63192

## Influenza

Date 12/29/05 By Sosquith    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## Pneumococcal

Date _____ By _____    Date _____ By _____
Date _____ By _____    Date _____ By _____

## TB PPD

Date 11/23/05 Result 0mm    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____
Date _____ Result _____    Date _____ Result _____

Tetanus  Date _____ By _____
Tetanus  Date _____ By _____

INTAKE HEALTH EVALUATION

**R.N. evaluation within 24 hours.**

NAME: Pike Roy
AIS # : 079888
D.O.B.: 6-15-34

Age 71  Sex M  Race W  Height 5'9"  Weight 160

Temp: 98  B/P: 150/90  Pulse: 71  Resp:

** **B/P** – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

| Do you now or have you ever had, or been treated for: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Problem | Y | N | Problem | Y | N | Problem | Y | N |
| Head Trauma | ✓ | | Gastritis | | ✓ | **HIV/AIDS ***** | | ✓ |
| Loss of Consciousness | ✓ | | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | ✓ | | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | ✓ | | **LMP** | | / |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | ✓ | new | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism  $8^d$ | ✓ | | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | | ✓ | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | ✓ | | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | | Type: | | |
| Asthma * | ✓ | · | PPD - date given: 11-21-05 | | | | | |
| *Peak Flow Reading | 200 250 350 | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: 11-23-05 | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: Ø mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD 20/40s 20/50 | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/25 | | | EKG  (@ age 35) | | |

Immunization History: _____

***HIV Medications: _____

**Acute or Chronic Problem Noted:** (Y)    N        Refer to Mid-Level or M.D. if yes.

_____          11/22/05
**RN or Mid-Level, Signature**          **Date/Time**

60511-AL    (rev 9/05)

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _Roy E. Pitre_ Date _1/22/05_

AIS# _079888_

Medical Staff _Jayce Thomas CNA_ Date _11/22/05_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

PPD 11/21

| Date: 11-21-05 | AIS# 019888 | |
|---|---|---|
| Last Name: Pike | First: Roy | Middle: Edward |
| Birthplace: West Point, Ga. | DOB: 6-150-34 | SS#: 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 |

| FEMALES: Pregnancy test: (circle one)—Positive    Negative | B/P 178/103    Temp 98    Pulse 94    Resp. 20    Weight 168 |
|---|---|
| | FSBS 101    If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
GSW - 1951   Back Surgeries - 1985   emphysema

Previous Incarcerations (Date & Facility):
Kilby → EOS Frank Lee 2004 / Got out of 1st prison in 1958

| Medications: ☐ None  inhaler, | Special Diet (Prescribed) NO |
|---|---|
| Allergies: ☒ NKA | Past Positive TB Skin Test (circle one) YES - (Complete TB Screening Form) NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

### CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person
( ) Lethargic ( ) Stuporous ( ) Comatose
Describe:

2) General Appearance  (✓) Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  (✓) No

4a) Behavior/Conduct: (✓) Calm  (✓) Cooperative  (✓) Non-Violent
( ) Agitated  ( ) Uncooperative  ( ) Violent
( ) Manipulative  ( ) Disorganized
Describe:

4c) Perceptions:  ( ) Delusional  ( ) Hallucinations  ( ) Hearing Voices  N/A

3) Substance Abuse:  ( ) Yes (✓) No  ( ) Suspected
( ) Current intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms
( ) Drugs ( ) Alcohol
Describe- What kind? Amount/Frequency?
• If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.
Last Use: (Time/Date):

4b) Affect/Mood: (✓) Normal ( ) Manic  ( ) Depressed
( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
Describe:

| 5a) Is there h/o actual suicide attempt?  ( ) Yes (✓) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes (✓) No |
|---|---|
| 5c) Is there evidence | 5d) High risk pt may become assaultive towards staff? ( ) Yes (✓) No |

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on Close Watch  Y or (N)

Triggers for Close Watch
- Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense  Y or (N)

| 6a) Communication Difficulties  (✓) Yes  ( ) No | 6b) Memory Defects  (✓) Yes  ( ) No |
|---|---|
| 6c) Hearing Impairment  ( ) Yes (✓) No | 6d) Speech Difficulties  ( ) Yes (✓) No |

7) Physical Aids: ( ) None  (✓) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) Additional comments, complaints, symptoms:  None (✓)  need dentures
had care in county jail

S)

O)  Fever  Y (N)    Swollen Glands  Y (N)    Signs of Infection  Y (N)    Skin Intact  (Y) N

A)

P)

If known Diabetic * Call M.D. for order _____  Initial Insulin given:_____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

_Roy Pipe_
Inmate's Signature/Date

_signature_  11/21/05
Health Provider Signature/Date

60412-AI

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 8/03/06 | TIME: 0730 | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Dimension | 0 |

| Medications: | | Informed Consent |
|---|---|---|
| Compliance:   Inmate report          % vs MAR          % | | |

In addition to the information in the tables above and below, then inmate-patient:

S   Sir doing alright  H/o of back pain

Side effects:   ~NA

O   O x 3, alert, cooperative
                          uses cane

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

ASSESSMENT/Diagnosis (DSM-IV)
No Significant Psychiatric Found

PLAN:  MH8

| Return to clinic:  NA | Print Last Name: | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| PIKE, ROY | 079XXX | | W | MH2 | BCCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

**John S. Andrews, MD**

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)

INVOLUNTARY MOVEMENT RATING
Rate highest severity observed. Rate movements
That occur upon activation one less than those
Observed spontaneously.

CODE
0 – Normal, no involuntary movement
1 – Minimal, fleetingly present
2 – Mild, occurs more than four times
3 – Moderate, persistent
4 – Severe, very pronounced and continuous

| | | |
|---|---|---|
| **FACIAL AND ORAL MOVEMENTS** | MUSCLES OF FACIAL EXPRESSION: movements of forehead, eyebrows, periorbital area, cheeks; includes frowning, blinking, smiling, grimacing | 0 1 2 3 4 |
| | LIPS AND PERIORAL AREA: puckering, pouting, smacking | 0 1 2 3 4 |
| | JAW: biting, clenching, chewing, mouth opening, lateral movement | 0 1 2 3 4 |
| | TONGUE: rate only increase in movement both in and out of mouth NOT inability to sustain movement | 0 1 2 3 4 |
| **EXTREMITY MOVEMENTS** | UPPER (arms, wrists, hands, fingers): include choreic movements (rapid, objectively purposeless, irregular, spontaneous), athetoid movements (slow, irregular, complex, serpentine). DO NOT INCLUDE tremors (repetitive, regular, rhythmic) | 0 1 2 3 4 |
| | LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | 0 1 2 3 4 |
| **TRUNK MOVEMENTS** | NECK, SHOULDER, HIPS: rocking, twisting, squirming, pelvic gyrations. | 0 1 2 3 4 |
| **GLOBAL JUDGEMENTS** | SEVERITY OF ABNORMAL MOVEMENTS | 0 1 2 3 4 |
| | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | 0 1 2 3 4 |
| | PATIENTS AWARENESS OF ABNORMAL MOVEMENTS: rate only patient's report<br>0 – No awareness   3 – Aware, moderate distress<br>1 – Aware, no distress   4 – Aware, severe distress<br>2 – Aware, mild distress | 0 1 2 3 4 |
| **DENTAL STATUS** | CURRENT PROBLEMS WITH TEETH AND/OR DENTURES | NO   YES |
| | DOES PATIENT USUALLY WEAR DENTURES? | NO   YES |

Assessed by: _____     Date: 8/29/16
Reviewed by: _____     Date: _____

| Inmate Name | | AIS # |
|---|---|---|
| | | |

John S. Andrews, MD
MHM Correctional Services

8 of 12

ADOC Form #456-02
MHM Revised August 21, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 11/20/06 | TIME: | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | |

Wants _housen close to his house — health problem_

| Medications: | ELAVIL 150/hs | | Informed Consent |
|---|---|---|---|

Compliance:  Inmate report 100 % vs MAR ____ %

In addition to the information in the tables above and below, then inmate-patient:

S    _Im doing alright_

Side effects:     — 0 —

0    OK3, no really signs or symptoms of
_Depression._

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings. |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

_ASSESSMENT_/Diagnosis (DSM-IV)   No significant psychiatric disorder found
_per_ Dr. Elamir

_PLAN:_   Chang classification to MH# 2/4

| Return to clinic: 1 MO | Print Last Name: | | Sign: | | |
|---|---|---|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| PILE, ROY | 079854 | 78? | WM | 1/3 | BCCF |
| Disposition: Medical File | J SCOTT | ANDREWS MD | | ADOC AR  632, 633, 623,615 ADOC Form MH-025  March 2, 2005 | |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 5/29/06 | TIME: | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | |
| | | depressed mood ∅ | |
| | | SI ∅ | |
| | | | |
| | | | |
| Medications: | — none — | | Informed Consent  N/A |
| Compliance:   Inmate report ___ % vs MAR ___ % | | | |

In addition to the information in the tables above and below, then inmate-patient:

S   "I'm doing fine" — di SI & thinking no any depression
    symptoms

Side effects: N/A

O  A 40+3 — full Affect — mood stable — thot process
   clear — 0 evidence depression — doing well s med
   stable at present

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ∨ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

*A*SSESSMENT/Diagnosis (DSM-IV)

Depression — in remission

*P*LAN:   Cont to monitor s med

| Return to clinic: 90 | Print Last Name: Whatley | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Pike, Roy | 079888 | 71 | W | MH2 | Buf |
| Disposition: Medical File | | | | | |

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 3/30/06 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
| | depressed m⊘ | ↓/⊘ |
| | Suicidal idet | |
| | | |
| | | |
| Medications: Elavil 15bg HS | | Informed Consent |
| Compliance:  Inmate report 100 % vs MAR     % | | yes |

In addition to the information in the tables above and below, then inmate-patient:

**S** "I'm doing ok" - dem SH thking + dem any depressive

Side effects: Symptom

all

**O** A/O×3 - full Ment - mood stable - thght process

clear - tolerating med well - stable at present

| Selected Issues | NO. | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | ✓ | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

*A*SSESSMENT/Diagnosis (DSM-IV)

Depression

*P*LAN:     cur present tx

| Return to clinic: 30 | Print Last Name: Whatley | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Pike, Ron | 0 79888 | 71 | Wm | MH3 | BCF |
| Disposition: Medical File | | | | | |

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 2/27/06 | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale 0=No problem 5=worst | | Today vs Before |
| | | depressed mood | ↓ / |
| | | suicidal ideation | ↓ ↓ |
| | | | |
| | | | |
| Medications: Elavil 15mg HS | | | Informed Consent |
| Compliance: Inmate report ✓✓ % vs MAR % | | | yes |

In addition to the information in the tables above and below, then inmate-patient:

S: "Things are going ok" — denies S/H thinking or any depressive symptoms

Side effects: ∅

O: Stable 3 — full affect — mood stable — thoughts
process clear — tolerating med well — stable
at present

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

*ASSESSMENT*/Diagnosis (DSM-IV)

Depression

*PLAN:*

cur present Tx

Return to clinic: 3 o /  Print Last Name: Whatley  Sign:

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Potter, Roy | 079888 | 71 | W | MH 3 | Bull |
| Disposition: Medical File | | | | | |

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 1/31/06 | TIME: 0700 | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | |
| | Depression | | 1 |
| | | | |

Medications: Elavil 150 HS                    MAR says he receives his medication every day.

Compliance:   Inmate report  +1  % vs MAR  %
In addition to the information in the tables above and below, then inmate-patient:

**S**   Not getting medication most days
       Poor sleep

Side effects:      none

**O**   calm, rational, cooperative, OX3

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | / | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | √ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | / | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**ASSESSMENT**/Diagnosis (DSM-IV)
       Depression

**PLAN:**   Continue Elavil

Return to clinic:  1 MO   Print Last Name:_____  Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| PILEY, ROY | 079888 | 71 | Wm | M.I | BCCF |
| Disposition: Medical File | J SCOTT ANDREWS M | | | ADOC AR 632, 633, 623,615 ADOC Form MH-025  March 2, 2005 | |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 1/3/06 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
| Dysm. | | ↑ |
| | | |
| | | |
| | | |
| Medications: Elavil 75 | | Informed Consent |
| Compliance:  Inmate report ____ % vs MAR ____ % | | ✓ |

In addition to the information in the tables above and below, then inmate-patient:

**S** Pt in Dysad + has chronic pn.

Side effects:  0

**O** Old Rec — Was Colt. dest World. who wants
for Sub AST. — Will inc ↑ Elavl

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | Dysm. |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: _____ | Labs Reviewed: _____ | AIMS.? _____ |
|---|---|---|---|

**ASSESSMENT**/Diagnosis (DSM-IV)    Dysm.
Chronic pn.

**PLAN:** ↑ Elavl X 150 B

| Return to clinic: ____ | Print Last Name: ____ | Sign: ____ |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Pice, Roy | 09788 | 76 | | Sm P | Bul |
| Disposition: Medical File ✓ | | | | | |

MHM Correctional Services
Dr. Bill Sanders

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | | SIGNATURE |
|---|---|---|
| 8/22/06 | (S) "I'm okay, I'm not in Mental Health, I want to get to Limestone." He denies AH/VH hallucinations. He denies SI HI depression. He reports eating, sleeping okay. | |
| | (O) 70s old WM, polite, alert | |
| | (A) # depression, no s/s depression | |
| | (P) f/u in one month, refer to psychiatrist (W) Mille | |

| INMATE NAME | AIS # | INSTITUTION |
|---|---|---|
| Pete Kay | 079808 | Bullock |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

| DATE | | SIGNATURE |
|------|---|-----------|
| 6/27/06 | S: "Okay, I thought you all were going to get me out of here." He denies any mental health problems. O: 71 y/o WM, calm, quiet, etc. A: # depression, he doesn't appear to be depressed. P: f/u in two one month. _(signature)_ MAP | |
| 7/21/06 | S: "I'm fine, I'm out of MH." He denies any mental health problems. I was transfer to limestone. O: 71 y/o WM, polite, calm. A: # depression, no s/s of depression. P: f/u in one month refer to psychiatrist f/u code change _(signature)_ MAP | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Pike, Roy | 079888 | Bullock |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | | SIGNATURE |
|------|--|-----------|
| 5/31/06 2000 | S - "I am alright" | |
| | O - Inmate is alert & responsive x 3. Calm and cooperative. Compliance c̄ meds. Denies hearing voices or seeing things. No noted signs of EPS or hallucination. | |
| | A - AMS | |
| | P - Continue to monitor + chart per protocol | E. Smith, J. |
| 6/8/06 | S - "I'm okay. When are they going to transfer me, it isn't nothing wrong with me." He denies any mental health problems. He reports sleeping, eating well. | |
| | O - 71 yr old W/M, polite, flat affect, calm. | |
| | A - # depression, he doesn't appear to be depressed. | |
| | P - (1) # medication, continue (2) supportive counseling, see in one month | J. Bull MSW |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Pike, Roy | 079888 | Bullock |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

# Monthly Activities

Date: February 28, 2006

Inmate Name: _Pikes, Roy_    AIS # _079888_

Was offered the following recreational and therapeutic activates during the month of: **February**

| | | |
|---|---|---|
| **Current Events** | **Self Discovery** | **Beginning Reading** |
| **Creative Writing** | **Reading Skills I** | **Coping Skills** |
| **Music Therapy** | **Reading Skills II** | **Depression** |
| **Schizophrenia** | **ADL** | **Social Activities** |
| **Med Education** | **Therapeutic Art** | **Primary Social Skills** |
| **Western** | **Communication Skills** | **Anger Management** |
| **Gospel** | **Movies** | **Life Management** |
| **Parenting** | **Sleep** | **Bipolar** |
| **Goal Settings** | **Anger Management/Stress** | **Mental Illness/Drug Treatment** |
| **Games** | **Bingo** | **Self Concept** |
| **Sleep Hygiene** | **Puzzles** | **Daily Hygiene** |
| **Open Recreation** | | |

His level of participation was generally (**active**) (**marginal**) (**reluctant**) (**resistant**) (**refused**) to participate in previously mentioned group(s). This is (**consistent**) (**inconsistent**) with his use of recreational services to date. Affect was generally (**angry**) (**hostile**) (**animated**) (**blunt**) (**euthymic**) (**flat**) (**inappropriate**) (**neutral**) (**sad**). Mood appeared (**angry**) (**sad**) (**neutral**) (**euthymic**) (**depressed**) (**surly**) (**belligerent**) (**indifferent**). Hygiene was (**good**) (**WNL**) (**poor**). Inmate was generally (**on time**) (**late**). General appearance was (**neat**) (**WNL**) (**disheveled**) (**shabby**). Speech was generally (**clear**) (**mumbling**) (**slurred**) (**unintelligible**). Interpersonal interactions were generally (**relevant**) (**irrelevant**) (**insightful**) (**superficial**) (**confrontational**) (**indifferent**) (**no interaction**).

Comments:

_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation (will be/has been) communicated to his treatment team.

_____    _____
Signature                           Signature

_____    _____
Signature                           Signature

_____
Signature

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/10/2006 | 2000 | S - Inmate verbalized doing ok but expressed displeasure towards entire healthcare team for not meeting c̄ his medical needs. E.g his maalox was not given to him on time. O - Alert/oriented x 3, uses assistive device (walker), responds appropriately to questions when asked, appear an won't, No distress observed. A - Inmate's problem about not getting medication on time addressed, Inmate does not portray any abnormal/bizarre behaviors @ this time. P - Plan of care continued as ordered. | Leisi Kuoh RN |
| May 15, 2006 | | S "Alright," He reports that he complant c̄ meds. He denies no S/I. H/I. depression. He denies + A/V hallucinations. He reports sleeping/eating okay. O T mold WNL, polite, calm, orientied X 3. A # 1 depression, no s/sx of depression. # 2 sleep difficulty, no sleeping problem noted. P "f/u in two weeks" | W. Mutlein, MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Pike, Roy | 074 07988 8 | 71 N/A | W/m | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 4/7/06 | | absent problems with sleep. P Continue two weeks - referral to medical. | Drluit NHSP |
| 4/19/06 | | (S) "Alright but I need some mail sent home." He denies S/I, H/I depression. He denies A/V hallucination. He reports sleeping, eating okay. (O) Well groomed, WNL polite, oriented x 4. (A) #1 depression, no s/s of depression, #2 sleeping difficulty, no report of sleeping problem (P) Continue two weeks. | Drluit |
| May 4, 2006 | | (S) "Okay." He denies S/I, H/I, depression. He denies A/V hallucinations. He reports eating, sleeping okay. He states that he has had a family contact. (O) Well groomed, WNL, polite, calm, oriented x 3. (A) #1 depression, he doesn't appear to be depressed. #2 sleep difficulty, he reports it as minimal. (P) Continue in two weeks. | Drluit NHSP |

| Inmates' Name (Last, First, Middle) | AIS Number | Age | R/S | Facility |
|---|---|---|---|---|
| Pike, Roy | 079999 | 71 | W/M | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/9/06 | Briefly | S: "I'm alright." He | |
| | | Contact. Denies SI HI/ dep: | |
| | | He denies AV hallucinations. | |
| | | He reports sleeping / | |
| | | eating okay. He | |
| | | reports a family | |
| | | contact. O: 71 yr old | |
| | | w/m calm, alert, oriented | |
| | | x3. A: # depression, | |
| | | no s/s of depression, | |
| | | # sleeping difficulty, | |
| | | no sleeping difficulty, | |
| | | reported (?) with in | |
| | | two weeks (?) _____, MHP | |
| 3/13/06 | | Tx plan reviewed, signed _____, MHP | |
| 3/17/06 | 1838 | S: "Doing just fine", Euthymic | |
| | | O: 71 yr old w/m ∈ rational, | |
| | | coherent speech, appropriate | |
| | | behavior. Ø S/S of depression | |
| | | voiced or noted. A: Stable | |
| | | compliant ∈ medication regimen | |
| | | P: I'll cont. ∈ current tx plan. _____ | |
| 3/7/06 | | S: "Okay, but I'm | |
| | | not getting my medication | |
| | | from medical." He | |
| | | denies SI HI depression. | |
| | | He denies AV hallucinations. | |
| | | O: 71 yr old w/m (?) blat affect. A: # depression, | |
| | | he doesn't appear depressed, | |
| | | # sleeping difficulty, no | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Pike, Roy | 079888 | 71 | W/M | BCCF |

F-61

# Monthly Activities

Date: _03/10/06_

Inmate Name: _Roy Pike_ AIS# _079888_

Was offered the following recreational activities during the month of: _March_

Movies, Parenting, Current Events, Gospel, Stress Mgmt., Social Activities, Problem Solving # 1, 2, 3, Music Skills Easy Listening, Reality Orientation, Journal Writing, ADL, Schizophrenia, Sleep, Book Club Depression, Med Education, Creative Writing, Mental Illness / Drug Treatment, Primary Social Skills, Therapeutic Art, Card Crafts, Music Therapy, Poetry, Puzzles, Anger Mgmt., Conflict Resolution / Goal Settings, Western, Performing Arts Contest, Games, Board Games, Bingo, Self Concept, Mental Health Education, Therapeutic Animation, Tournament Play.

His level of participation was generally (active/marginal/reluctant/resistant/refused) to participant in the previously mentioned group(s). This is (consistent/inconsistent) with his use of recreational services to date. Affect was generally (angry/hostile/animated/ blunt/euthymic/flat/inappropriate/neutral/sad). Mood appeared (angry/sad/neutral/ euthymic/depressed/surly/belligerent/indifferent). Hygiene was (good/WNL/poor). Inmate was generally (on time/late). General appearance was (neat/WNL/disheveled/ shabby). Speech was generally (clear/mumbling/slurred/unintelligible). Interpersonal interactions were generally (relevant/irrelevant/insightful/superficial/confrontational/ indifferent/no interaction).

Comments:_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation (will be/has been) communicated to his treatment team.

_R. Pasley_
Signature

_J. Bruns_
Signature

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/27/06 | Monthly Contact | pressed. #2 difficulty sleeping. will reassess with [illegible] within two weeks. | [illegible], MHP |
| 2-6-06 | 1830 | S- "I am Alright." O- Inmate is Alert & Responsive. No acute distress noted, no sign of S&S or hallucination. A- Stable. P- Continue to Monitor. | C. Smith, [illegible] |
| 2/13/06 | | S "Alright today. He denies SI, HI, depression. He reports not sleeping that well. He states that compliant with his medication. O 71 y/old W/M, pale. A Depression, denies depressed. #2 sleeping, he reports not sleeping well at nite. P Refer to sleep group but client refused the sleep group, continue supportive counseling | [illegible], MHP |
| 2/23/06 | 10:30 | S- "I am okay." O- Inmate is Alert & responsive. No noted distress. Denies pain or discomfort. Compliance c̄ Meds, A- plan Alteration in comfort. P- Continue to monitor. | C. Smith |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Pike, Roy | 079888 | 71 | W/M | BCCF |

F-61

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/5/06 | 11:30 AM | Food @ Bullock Eval I of I day. MH Meds. MH meds ape as billed Zonloc, Elavel. MH coc'd a SMI. | D. Jackson MHC |
| 1/5/06 | 2:00 pm | Reviewed by BCF MHM Site Administrator & assigned to RTU-Level 3 status, and assigned to MHP Nettles as tx coordinator. Issues center around depression & PTSD from Korean War & head wounds sustained in combat. See psychiatric eval. R. Anderson, Psy.D. | |
| 1/6/06 | Ⓢ "Alright." He denys SI H/I. He states that he would like to se to Hamilton. He requests to see his classification supervisor. He denys A/V hallucinations. Ⓞ elderly WM, polite. Ⓐ #1 depression, he s/s of depression, #2 difficult sleeping. He sleeping at this time. He difficult sleeping. He difficult sleeping for two weeks. Ⓟ plan discussion John Buttle, MHP | |
| 1/27/06 | Ⓢ "Okay." He denys SI H/I depression. He denies A/V hallucinations. He reports sleeping calmer. Ⓞ "I'm ok" WM polite. Ⓐ #1 depression, he doesn't de— | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Like Ray | 079888 | 71 | WM | BCF |

F-01

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12/22/05 | 1500 | Seen a 71 y/s old w/u charged c Trafficing Intr planning. S. reports services received @ Chamber county Vt for PTSD/Depression Currently reports difficulty sleep due to head injury in the war and depressed due to adjustment difficulties. @ m. MHP will cont to monitor mr. Pike 's improvement monthly and encourage I/m to seek medical for reported distress. D: PTSD/Depression, NOS P: Will provide care as needed - DSBurrell, ms MV7 | |

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---------------------------------------|------|-----|-----|----------|
| Pike, Roy | D79888 | 71 | W/m | kcf |

F-61

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHIATRIC EVALUATION

Referred by:
☒ Admission to Institution    ☐ Mental Health Staff    ☐ Medical Staff    ☐ Other_____

71 / W / M

**Reason for Referral (Presenting Problem):**
New Adm. to Kilby C.F.          Incar. — 5 mos
                                CH — Prob. Vio. / Meds?
                                S — Denied

**Psychiatric History (Inpatient/outpatient/dates of treatment/medications prescribed):**
M.H. Tx — '76 — St. Hosp. — for Detox (Etoh) — + "Nerves"
I/P x 3-4 mos.   RX — V(?)
Psychiatrist — '75-'82 — Nerves, Insomnia, Bad Dreams.
Rx — V(?) — x 2 hrs.
     Then RP for chronic pain — some # opioids (denies buying on st.)
c/o H.A. — Sensations in Head — like Electrical Shock.
+ Sub. — T cervical, TT Lumbar Discs. (fell out of a tree — '1982
Now — c/o Burning Sensation — (L) foot, + Knee pain

**Pertinent Medical History (allergies):**
Rx — Soma — Xanax        Ins — in Korea — land mine explosion
Allergies — None   Zantac   multiple schrapnel injuries = chronic
Head Inj — Schrapnel    pain sx—
Seizures — X       c/o abdominal aortic aneurysm of Linosaur, TX.
                   + Xanax '95-'97    Elavil 5# in Jail

**Substance Abuse History:**
Lambs — 57 — Rx — Initially — / Abuse / Dep —       ) oxycontin, Tx. (RP)
Etoh — Dep — 30+ — c.o. 4.0. — None since
Tx — St. Hosp. — Detox '76

**Pertinent Personal/Family History (inmate's sentence):**
Family — Son — in Jail ?            Military — Marines — '50-'53.
Disability — Status X  ± 15 hrs — (mental disability — SSI)
Living — = son, widower — wife ☨, 6/05 — divorced 12 hrs ago.
School — 5 hrs.              / Work — Landscaping / Trees

**Institutional Adjustment (current placement):**
Prior —        DI — CH — Saling opioids — S = 18 mos/3 hrs
         Earlier D5 — Revoked — (+) urine / claims Rx — Dr.
                  62 days in Jail
          '54 — CH — Bump — S = 2 hrs / T hr.

| Inmate Name | | Page 1 of 2 |
|---|---|---|
| Pike, Iroy | AIS # 179888 | |
| Jr. — X | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

## DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _____  Time: _____  A.M.
P.M.

I have been advised by Medical Staff _at Bullock Correctional Facility_

that it is necessary for me to undergo the following treatment:

_Rectal Exam for Yearly Physical_
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _Bullock Correctional_,
(Name of Facility)

and its agents and employees from any liability.

Inmate: _Roy Pike_ _____  Date: _12/22/06_

Witness: _S. Stricer, RN_ _____  Date: _12|22|06_

Witness: _____  Date: _____

DOC # 010-127-004

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Pike Roy | 079888 | 6|15|34 | W/M | BCCF |

PHS-MD-70032

DOC # 010-127-004



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/17/07

**To:** DOC

**From:** HOC

**Inmate Name:** Pike Roy          **ID#:** 079888

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Ventolin inhaler X 180 days

Start - 1/17/07

Stop - 7/17/07

**Date:** 1/17/07   **MD Signature:** P.S. Siddiq / C. James LPN   **Time:** 0915

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Pike, Roy # 079888_

Date of Birth: _6|15|34_          Social Security No.: _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_

Date: _1/9/07_          Time: _11:00_          (A.M.) P.M.

This is to certify that I, _Roy Pike_ _____, currently in
                                    (Print Inmate's Name)

custody at the _Bullock Co. Correctional Facility_ , am refusing to
                        (Print Facility's Name)

accept the following treatment/recommendations: _did not show up today for_
                                                    (Specify in Detail)

_appt. c Dr. Siddiq for 40 medications_
_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Refused to sign_                    _J. Srvices RN_
          (Signature of Inmate)**                    (Signature of Medical Person)

_Sabrina Lynn, OI_                    _B. Eaton RN_
          (Witness)                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

6011 5 (5/85)



**SPECIAL NEEDS COMMUNICATION FORM**

PRISON
HEALTH
SERVICES
INCORPORATED

**Date:** 12/15/06

**To:** DOC

**From:** HCC

**Inmate Name:** Pike, Roy          **ID#:** 079882

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**
One peanut butter sandwich for each
meal ? at bedtime. _____

**Date:** 12/15/06 **MD Signature:** DR. Siddiq / Beaton RN **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: 11-7-06

To: DOC

From: HCU

Inmate Name: Pike, Roy          ID#: 079888

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____until _____

5. Other _____

Comments:

Ventolin inhaler x 90 dsp.

11-07-06 → 2-7-07

Date: 11-7-06  MD Signature: Dr Siddeg W Smith  Time: 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _11-8-06_

To: _Inmate - DOC_

From: _HCU - Ktagler, Ch_

Inmate Name: _Pike, Rory_     ID#: _079888_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

① Albuterol Inhaler × 180 dys.

Start: 11-8-06 ——— Stop: 3-8-07

② Lay-in × Permanent.

_____

Date: _11/8/06_  MD Signature: _Dr. Siddig / Ktagler_  Time: _1500_

60418



PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-17-06

**To:** Inmate - DOC

**From:** HCU - KTyler, P

**Inmate Name:** Pike, Ray          **ID#:** 079888

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Ventolin Inhaler x 90 dys

_____

_____

_____

**Date:** 10/17/06   **MD Signature** Dr. Siddiq /KTyler, P   **Time:** 1900

60418

# ᴸ ᴊLLOCK COUNTY HOSPI.  .L

102 West Conecuh Ave
Union Springs AL 36089
PHONE: (334) 738-2140

| PATIENT: PIKE, ROY | REFERRING PHYSICIAN: SIDDIQ, MD, TAHIR |
|---|---|
| DATE OF BIRTH: 06/15/1934 | PHONE: |
| MRN: BCH30945 | ACCESSION NUMBER: 00122166,00122167 |
| EXAM DATE: 10/04/2006 | |

## EXAM:  CT ABDOMEN WITH AND WITHOUT CONTRAST,CT PELVIS WITH AND WITHOUT CONTRAST

For CT ABDOMEN WITHOUT AND WITH CONTRAST
CT PELVIS WITHOUT AND WITH CONTRAST:

History: AAA

Technique: Pre-and-post contrast helical CT scanning from the lung bases through the pubic symphysis with images reconstructed in 8 millimeter increments. Delayed images through the kidneys were performed in the excretory phase.

Comparison: None

CT ABDOMEN WITHOUT AND WITH CONTRAST

FINDINGS: A minimal patchy density in the right lower lobes most compatible with dependent basilar atelectasis. Lung bases are otherwise clear. The heart is normal in size.

Precontrast images demonstrate no abnormal renal or biliary calculi.

The descending thoracic and upper abdominal segments of the aorta are normal caliber. The aorta measures 2.7 cm transverse at the diaphragmatic hiatus and 2.6 meters transverse at the level of the renal arteries.

A mild fusiform dilatation of the abdominal aorta begins approximately 1.5 cm distal to the renal arterial origins and extends to the aortic bifurcation. The proximal iliac arteries are ectatic. At its widest segment, the fusiform dilatation measures transverse x 3.92 cm AP and contains a mild to moderate amount of mural calcified and noncalcified plaque. There are no findings to suggest dissection. At the bifurcation, the aorta measures 2.9 cm AP.
*same as before.*
The infrarenal aspect of the abdominal aorta is tortuous, exaggerating the apparent transverse dimension of the aorta on axial images.

Fusiform dilatation of the proximal right iliac artery measures up to 1.7 cm over a segment of approximately 3 cm. The proximal left iliac artery measures up to 1 cm.

A single 2 to 3 mm hepatic calcification suggests calcified granuloma. The liver and spleen are normal in size and configuration with otherwise homogeneous enhancement. No other focal hepatic or splenic lesions are demonstrated.

Professional interpretation by RSI (Reddy Solutions, Inc.) *"Innovative Radiology Solutions"*

621 North Ave., Suite C-30 • Atlanta, GA  30308 • Phone (678) 904-6820 • (888) 906-3304 • Fax (678) 904-6824

# ᴅULLOCK COUNTY HOSPɪᴛAL

102 West Conecuh Ave
Union Springs AL 36089
PHONE: (334) 738-2140

| PATIENT: PIKE, ROY | REFERRING PHYSICIAN: SIDDIQ, MD, TAHIR |
|---|---|
| DATE OF BIRTH: 06/15/1934 | PHONE: |
| MRN: BCH30945 | ACCESSION NUMBER: 00122166,00122167 |
| EXAM DATE: 10/04/2006 | |

## EXAM: CT ABDOMEN WITH AND WITHOUT CONTRAST, CT PELVIS WITH AND WITHOUT CONTRAST

There is no intra or extrahepatic biliary ductal dilatation. The gallbladder, adrenal glands, pancreas and visible bowel are normal.

There is symmetric renal uptake and excretion of contrast material. No focal renal lesions, hydronephrosis or hydroureter are demonstrated. No perinephric inflammatory changes are present.

No enlarged mesenteric, retroperitoneal or porta hepatic lymph nodes are present. There is no free air, free fluid or inflammatory change within the abdomen.

The superior mesenteric, splenic and portal veins are patent. The aorta is of normal caliber.

Review of the bone windows demonstrates no aggressive osseous lesions.


CT PELVIS WITHOUT AND WITH CONTRAST:

FINDINGS: Precontrast images demonstrate no distal ureteral stones and no abnormal calculi.

Scattered colonic diverticula without diverticulitis are demonstrated. The visible bowel is otherwise normal. No free fluid or free air is present within the pelvis. No enlarged pelvic or inguinal lymph nodes are identified. No pelvic masses are present. The bladder is normal. No inflammatory changes are demonstrated.

The prostate gland is heterogeneous and slightly large, measuring 4.5 cm transverse by 3.7 cm AP with central calcifications. Seminal vesicles are normal. Pelvic vascular calcifications are demonstrated.

Review of the bone windows demonstrates no aggressive osseous lesions.

IMPRESSION:


1. FUSIFORM MILD DILATATION OF THE INFRARENAL ABDOMINAL AORTA UP TO 3.65 X 3.92 CM IN MAXIMUM AXIAL DIMENSION EXTENDS TO THE AORTIC BIFURCATION AS ABOVE AND CONTAINS CALCIFIED AND NONCALCIFIED MURAL PLAQUE AND NO FEATURES OF DISSECTION.

2. MILD FUSIFORM DILATATION OF THE PROXIMAL RIGHT ILIAC ARTERY UP TO 1.7 CM.

# BULLOCK COUNTY HOSPITAL

102 West Conecuh Ave
Union Springs AL 36089
PHONE: (334) 738-2140

| PATIENT: PIKE, ROY | REFERRING PHYSICIAN: SIDDIQ, MD, TAHIR |
|---|---|
| DATE OF BIRTH: 06/15/1934 | PHONE: |
| MRN: BCH30945 | ACCESSION NUMBER: 00122166,00122167 |
| EXAM DATE: 10/04/2006 | |

**EXAM:  CT ABDOMEN WITH AND WITHOUT CONTRAST,CT PELVIS WITH AND WITHOUT CONTRAST**

3. DIFFUSE AORTIC AND ILIAC ATHEROSCLEROSIS.

KENNETH P. LYNCH III MD

10/04/2006 03:30 PM



**PRISON
HEALTH
SERVICES
INCORPORATED**

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/7/06

**To:** DOC

**From:** Infirmary

**Inmate Name:** Pike, Roy          **ID#:** 079888

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:** Lay in X 5 days g/w

Back ache

Start 9/8/06

Stop 9/13/06

**Date:** 9/7/06    **MD Signature:** p.o Dr Eddy / aml    **Time:** 1010

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8/29/06

**To:** DOC @BCCF

**From:** HCU @BCCF / Oppling LPN

**Inmate Name:** Pike, Roy          **ID#:** 079888

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Debrox Ear drops x20 Start 8/29/06 → Stop 9/17/06

_____

_____

_____

_____

**Date:** 8/29/06  **MD Signature:** Siddiq Oppling LPN  **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, *Pike Roy*                                                          *079888*
(Print Name)                                                          (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
( ✓ ) Eyeglasses
( ) Dentures
( ) Prothesis          describe _____
( ) Wheelchair
( ) Cane
( ) Crutches
( ) Other            describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X *Roy Pike 079888*                    *5/31/2006*
(Inmate)                                    (Date)

*Matheson*                           *5.31.06*
(Witness)                                  (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|---|
| *Pike*        *Roy* | | *079888* | | | *Bull* |

PHS-MD-70005                    (White – Medical File, Yellow – Security Property Officer)

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: 5 12 06   ORIGINATING INSTITUTION/WORK RELEASE CENTER _Bullock_

REASON FOR
PROFILE: _Razor Bumps_

TREATMENT: _Shaving Profile x 180 days._

### SHAVE PROFILE INSTRUCTIONS



1   Specific area of face or neck involved is to be identified on the above profiles by the physician.
2   Hair in the areas shown on the diagrams is not to exceed 1/8".
3   The type shave to be used is clipper.
4   This shaving profile expires on _11_/_02_/_06_
5   Any corrections automatically cancel this profile authorization.
6   If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed
    and distributed appropriately.
7   Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden _____/_____/_____
                    DATE
☑ Inmate _5_ _12_ _06_
                    DATE

_K Taylor, LPN_
NURSE'S SIGNATURE
(Distributed By)

_Dr. I. Siddiq_
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS# |
|---|---|---|---|---|
| Pike, Roy | | | WM | 079888 |

ORIGINAL - Blue Medical Jacket          YELLOW - Inmate          PINK- Warden

F-13



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5-2-06

**To:** Inmate – DOC

**From:** HCU – KTyler, LPN

**Inmate Name:** Pike, Rory          **ID#:** 079888

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Albuterol Inhaler × 90 day.

Start: 5-2-06 ———— Stop: 8-2-06

**Date:** 5/2/06   **MD Signature:** Dr. Siddiq /KTyler, LPN   **Time:** 2000

60418

ALABAMA DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

__ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)__

| __INVOLUNTARY MOVEMENT RATING__ | __CODE__ |
|---|---|
| Rate highest severity observed. Rate movements that occur upon activation one _less_ than those observed spontaneously. | 0-Normal, no involuntary movement<br>1-Minimal, flee tingly present<br>2-Mild, occurs more than four times<br>3-Moderate, persistent<br>4-Severe, very pronounced and continuous |

| | | |
|---|---|---|
| **FACIAL AND ORAL MOVEMENTS** | **MUSCLES OF FACIAL EXPRESSION:** Movement of forehead, eyebrows, periorbital area, cheeks: includes frowning, blinking, | 0 1 2 3 4 |
| | **LIPS AND PERIORAL AREA:** Puckering, pouting, smacking | 0 1 2 3 4 |
| | **JAW:** Biting, clenching, chewing, mouth opening, lateral movement | 0 1 2 3 4 |
| | **TONGUE:** Rate only increase in movement both in and out of mouth, NOT inability to sustain movement | 0 1 2 3 4 |
| **EXTREMITY MOVEMENTS** | **Upper(arms, wrists, hands, fingers):** include choreic movements(rapid, objectively purposeless, irregular, spontaneous, DO NOT INCLUDE tremors(repetitive, regular, rhythmic) | 0 1 2 3 4 |
| | **LOWER(legs, knees, ankles, toes):** lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | 0 1 2 3 4 |
| **TRUNK MOVEMENTS** | **NECK, SHOULDER, HIPS:** Rocking, twisting, squirming, pelvic gyrations | 0 1 2 3 4 |
| **GLOBAL JUDGEMENTS** | **SEVERITY OF ABNORMAL MOVEMENTS** | 0 1 2 3 4 |
| | **INCAPACITATION DUE TO ABNORMAL MOVEMENTS** | 0 1 2 3 4 |
| | **PATIENTS AWARENESS OF ABNORMAL MOVEMENTS:** **Rate only patient's report** <br>0-No awareness    1-Aware, no distress    2-Aware,mild distress <br>3-Aware, moderate distress    4-Aware, severe distress | 0 1 2 3 4 |
| **DENTAL STATUS** | **CURRENT PROBLEMS WITH TEETH AND/OR DENTURES?** | 0 1 2 3 4 |
| | **DOES PATIENT USUALLY WEAR DENTURES?** | 0 1 2 3 4 |

Assessed by: _____      Date: _1/31/06_

Reviewed by: _____      Date: _____

_J. SCOTT_

| Inmate Name _Pike, Roy_     AN· REWS     A/S # _079888_ |
|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: 1/17/06

To: DOC

From: Infirmary / Susn Hepburn RN

Inmate Name: Pike Roy          ID#: 079888
                                DOB 6/15/39

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other  Walking Cane X 1 year

**Comments:**

From 01/17/06 - 01/17/07

Date: 1/17/06  MD Signature: _____  Time: 0930

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-18-06

**To:** DOC

**From:** HCU - VSmethian

**Inmate Name:** Pike Ray          **ID#:** 179888

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Ventolin enhaler x 180 dos

1/18/06 → 7/18/06

**Date:** 1-18-06   **MD Signature:** Dr. Siddiq / B. Luison HSA   **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, ___Pike Roy_____     079888_____
(Print Name)                                                        (Doc#)
                                                                    DOB
                                                                    6/15/89

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis     describe _____

(   )   Wheelchair

( ✓ )   Cane

(   )   Crutches

(   )   Other     describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____          _____
(Inmate)                                                        (Date)

_____          _____
(Witness)                                                       (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Pike Roy | 079888 | 6/15/6 | W/m | BCCF |

PHS-MD-70005          **(White – Medical File, Yellow – Security Property Officer)**

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

Inmate's Name: _Roy Pike_____  Date: _1-5-06_ Time: _____

DOB: _____  Officer _Wheryett_____  Institution: _BCCF____

Booking Officer's Visual Opinion

|  |  | YES | NO |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | — |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | — | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | — | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | — | ✓ |
| 5. | Is the skin in poor condition of show signs of vermin or rashes? | — | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | — | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | ✓ |
| 8. | Is the inmate making any verbal treats to staff or other inmates? | — | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | ✓ | — |
| 10. | Does the inmate have any obvious physical handicaps? | ✓ | — |

If the answer is YES to any questions from 2-10 above, specify WHY in section below.

| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, (asthma) ulcers, high blood pressure or (psychiatric disorder?) | ✓ | — |
| 12. | Are you on any special diet prescribed by a physician? (If YES, what type?) | — | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | — | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor any illness? | ✓ | — |
| 15. | Have you ever attempted suicide? | — | ✓ |

(If YES, When? _____ How? _____)

| 16. | Do you want to do any harm to yourself now? | — | ✓ |

|  | YES | NO | NO RESPONSE |
|---|---|---|---|
| 17. Do you want to talk to a mental health counselor? | ✓ | — | — |
| 18. Are you allergic to any medication? | — | ✓ | — |
| 19. Have you recently fainted or had a head injury? | — | ✓ | — |
| 20. Do you have epilepsy? | — | ✓ | — |
| 21. Do you have a history of tuberculosis? | — | ✓ | — |
| 22. Do you have diabetes? | — | ✓ | — |
| 23. Do you have hepatitis? | — | ✓ | — |
| 24. Do you have a painful dental problem? | ✓ | — | — |
| 25. Do you have any medical problems we should know about? | — | — | ✓ |
| 26. Do you have a past alcohol or drug history? | — | — | ✓ |

What type? _____ How much used? _____

For how long? _____ Last time used? _____

Comments: (Unusual behavior, etc.)

_____

_____

_____

For the Officer:

| | | YES | NO |
|---|---|---|---|
| 27. Was the new inmate briefed on sick/dental call procedures? | | ✓ | |
| 28. This inmate was: | a. Released for normal processing | ✓ | |
| | b. Referred to appropriate health care unit | — | |
| | c. Immediately sent to health care unit | — | |

_____
W. Terry COE
Officer's Signature

NOTE: This form is completed on inter and intra system transfers at receiving and will be filed in the inmates' medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_____
Inmate's Signature

Treatment *ordered*:

11/28/05    Irrigate Both EARS

| Date 11/28/05 | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| Pike, Roy  079888 | | |

# PRISON HEALTH SERVICES
## RELEASE OF RESPONSIBILITY

Pike, Roy
**Name of Inmate**

12/29/05 @ 0755
**Date / Time**

07.9888   6-15-34
**Inmate ID Number / Date of Birth**

**Flu Vaccine:** Fluvirin   ① deltoid

**Stock#** NDC 66521-108-10   Lot# 63192

**Expiration Date:** Jun, 30, 2006

I acknowledge I have been fully informed of and understand the above treatments
or recommendations and the risk (s) involved.  I hereby release and agree to hold
harmless Prison Health Services, it employees and agents from all responsibility and
ill effect which may result from this action.

Roy Pike
**Inmate Signature**

12/29/05 @ 0755
**Date / Time**

Joaquin A.
**Witness**

The aforementioned inmate has refused the listed medical
treatment/recommendations and has refused to sign this form.

_____
**Witness**

_____
**Witness**

_____
**Date / Time**





**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

## *Authorization for Release of Information*

To: _Dr. Slevenger_

From: _PHS – KiLBY_
_PO Box 11_
_MT. Meigs, Ala._
_36057_

_VAlley, Alabama_

Patient: _Pike, Roy_

Inmate ID No.: _079 888_

Alias: _____

Social Security No: _297 . 32 . 2502_

Date of Birth: _6-15-34_

Date(s) of Service: _2005_

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[  ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[  ] Admission      [  ] Discharge      [  ] Operative Summary Reports

[  ] X-Ray      [  ] Special Studies Reports      [  ] HIV Test      [  ] T B Test

[  ] Laboratory Reports      [  ] Immunization History      [  ] Dental Treatment Records

[  ] Psychiatric Summary Report   [  ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records _Re : AbdomiNAl + cerebral Aneurisms_
(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

x _Roy Pike_
(Patient's Signature)

_(Date)_

_Lorraine Graves, LPN_
(Witness' Signature)

_11-28-05_
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____
(Signature and Title for PHS)

_____
(Date)

60102  (11/02)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/28/05

**To:** DOC

**From:** OPC

**Inmate Name:** Pike, Roy          **ID#:** 079888

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____until_____

5. Other _____

**Comments:**

Report to Treatment room on
11-28-05 for Both EAR irrigations

_____

_____

_____

**Date:** 11/28/05 **MD Signature:** DO B Adams CRNP/ **Time:** _____

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11-21-05

**To:** DOC

**From:** PMS

**Inmate Name:** Pike, Roy Edward     **ID#:** 179888

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**

Blood pressure checks twice per week
on Tuesdays and Thursdays at 5:00 Am
on West Ward for 4 weeks, Follow up in
Out patient clinic in one month.

**Date:** 11/21/05  **MD Signature:** Dr Robbins/ Shenna   **Time:** 7 30 pm

60418

11/28/6

# RECEIVING SCREENING FORM

INMATE'S NAME: _Pike, Roy_     DATE: _11/21/05_ TIME: _940 A~_

DOB: _6-15-34_    OFFICER: _COI Hives_    INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | __ |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | __ | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | __ | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | __ | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | __ | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | __ | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | __ | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | __ | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | __ | ✓ |
| Does the inmate have any obvious physical handicaps? | __ | ✓ |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _X_   a. Released for normal processing

       _____ b. Referred to health care unit

       _____ c. Immediately sent to the health care unit.

_COI Hine_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

10/03/2006   08:08    13347.  586          GROSSMAN                    PAGE   01

OCT-02-2006 16:56 From:                              To:13347569606         P.1/1

10/02/2006 MON 15:09  FAX 334 738 8756 BULLOCK CORRECTIONAL FAC          @001/001

Phone # (334) 756-4180
Fax (334) 756-5171

Bullock Correction
Phone (334) 738-5625
Fax (334) 738-8756



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## Authorization for Release of Information

To: Dr. Freeman
Daniel Memorial Hospital

From: Bullock Correctional Facility
P.O. Box 5107
Union Springs, Al 36089

Patient: Pike, Roy

Inmate ID No.: 079888

Alias:

Social Security No: 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

Date of Birth: 10-15-34

Date(s) of Service:

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission    [ ] Discharge    [ ] Operative Summary Reports

[X] X-Ray   [X] Special Studies Reports  [ ] HIV Test    [ ] TB Test

[X] Laboratory Reports    [ ] Immunization History   [ ] Dental Treatment Records

[ ] Psychiatric Summary Report  [ ] Substance Abuse Treatment History & Counseling Reports

[X] Other Records Any records pertaining to a CTScan ultrasound
pertaining to an amurism for treatment

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

(Patient's Signature)                          10/02/06  (Date)

(Witness' Signature)  Jennethe Dunnel mee            10/02/06  (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

60102  (11/02)              (Signature and Title for PHS)              (Date)

OCT-02-2006 04:05PM   From: 334 738 8756      ID:              Page:001  R=92%

OCT-03-2006 09:11AM   From: 13347569606       ID:              Page:001  R=96%

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | PIKE ROY E | | | | |
| Age: | 70 | Sex: | M | Acct Number | B07062 |
| Birthday: | 06/15/1934 | Type: | E/R | Room: | |
| Admit Date: | 06/12/05 | Disc date: | 06/12/05D | Xray #: | 53525 |
| Admit Phy: | GROSSMAN M | 2ND Phy: | SLAVICH I | Family Phy: | SLAVICH I |
| Med Rec Num: | 7894 | Location: | EMERGENCY ROOM | | |
| Phone: | 334/864/5787 | | | | |

XR ACUTE ABD          COMPLETE:06/12/05 8:10 AND 34730
Reason for procedure: PAIN

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

\CNTo\
ACUTE ABDOMINAL SERIES: 06/12/05.

Single view of the chest demonstrates a patchy interstitial lung pattern suggesting interstitial fibrosis. The heart and mediastinum are not enlarged. There is mild apical capping. The trachea is mid-line. The lung fields are mildly hyperexpanded.

IMPRESSION:

1.    Pulmonary emphysema with interstitial fibrosis.

FLAT PLATE UPRIGHT ABDOMEN:

There is no obstruction or free air. There is fusiform expansion of the abdominal aorta at the 3-4 level and there is a maximal transverse measurement of 5 cm suggested. Atherosclerotic calcification appears to outline this aneurysm. There is 3-4, 4-5, 5-S1 degenerative disc disease identified.

IMPRESSION:

I.     Fusiform distal abdominal aorta is identified and CT is recommended for further assessment.
II.    3-4, 4-5 moderate degenerative disc disease.

\CNTx\

Dictated by: Sandra T. Willis, MD
                    Radiologist

Electronically signed and reviewed by:
J EDWARD BASS, MD


d: 06/12/05 1:09 PM t: 06/12/05 2:27 PM cg

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | PIKE ROY E | | | | |
| Age: | 70 | Sex: | M | Acct Number | A93922 |
| Birthday: | 06/15/1934 | Type: | E/R | Room: | ER02 |
| Admit Date: | 03/21/05 | Disc date: | 03/22/05 D | Xray #: | 53525 |
| Admit Phy: | WISE CARLO | 2ND Phy: | SLAVICH I | Family Phy: | SLAVICH I |
| Med Rec Num: | 7894 | Location: | EMERGENCY ROOM | | |
| Phone: | 334/864/5787 | | | | |

CT HEAD W/O CONTRAST                COMPLETE:03/22/05  1:04  ML  24606
Reason for Procedure:  FALL/POST OP

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

\CNTo\
CT HEAD WITHOUT IV CONTRAST:  03/22/05.

Patient's head is rotated to the right and there is beam hardening artifact from patient motion.  There is no subdural hematoma, bleed, subcutaneous edema or fluid collections.  This patient may need a follow up CT or MRI if he does not improve clinically.

\CNTx\

Dictated by:  Sandra T. Willis, MD
              Radiologist

Electronically signed and reviewed by:
SANDRA K TALLEY-WILLIS MD
RADIOLOGIST
DISCHARGED

d: 03/22/05 9:14 AM t: 03/22/05 9:45 Am cg

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | PIKE ROY E | | | | | |
| Age: | 70 | Sex: | M | Acct Number | A93922 | |
| Birthday: | 06/15/1934 | Type: | E/R | Room: | ER02 | |
| Admit Date: | 03/21/05 | Disc date: | 03/22/05 D | Xray #: | 53525 | |
| Admit Phy: | WISE CARLO | 2ND Phy: | SLAVICH I | Family Phy: | SLAVICH I | |
| Med Rec Num: | 7894 | Location: | EMERGENCY ROOM | | | |
| Phone: | 334/864/5787 | | | | | |

CT C SPINE W/O CONTRAST          COMPLETE:03/22/05  1:04  ML  24607
Reason for Procedure: FALL/POST OP

---

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

\CNTo\
CT EXAMINATION OF THE CERVICAL SPINE: 3/22/05

CT was performed from the base of the brain to the apices of the lungs without contrast. Transaxial imaging was performed with sagittal reconstructions.

FINDINGS: There is moderate 3-4, 4-5 degenerative disc disease with the appearance of ankylosis or effusion at the 5-6 level. There is severe 6-7 disc space narrowing. Posterior osteophytic ridging is identified at the 3-4 and 6-7 levels. There is multilevel facet arthropathy. There are no compression or linear fractures.

IMPRESSION:

    I. Multilevel degenerative disc disease with moderate to severe involvement at 3-4, 4-5, 6-7. There is either ankylosis or effusion at the 5-6 level with multilevel facet hypertrophy. MRI would be helpful in assessing the degree of acquired central canal stenosis upon the cervical cord and nerve roots.

    II. No compression fractures.

    III. Extensive posterior biapical fibronodular changes are identified that are probably chronic but if patient has not had a CT of the chest to assess these findings, it is recommended.

\CNTx\
Dictated by:    Sandra T. Willis, MD
                Radiologist

Electronically signed and reviewed by:
SANDRA K TALLEY-WILLIS MD
RADIOLOGIST
DISCHARGED

d: 3/22/05 9:24 am t: 3/22/05 9:49 am bw

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| Patient Name: | PIKE ROY E | | | | |
|---|---|---|---|---|---|
| Age: | 70 | Sex: | M | Acct Number | A93922 |
| Birthday: | 06/15/1934 | Type: | E/R | Room: | ER02 |
| Admit Date: | 03/21/05 | Disc date: | 03/22/05 D | Xray #: | 53525 |
| Admit Phy: | WISE CARLO | 2ND Phy: | SLAVICH I | Family Phy: | SLAVICH I |
| Med Rec Num: | 7894 | Location: | EMERGENCY ROOM | | |
| Phone: | 334/864/5787 | | | | |

CT L SPINE W/O CONTRAST          COMPLETE:03/22/05 1:04 ML 24608
Reason for Procedure: FALL/POST OP

---

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

---

\CNTo\
CT LUMBOSACRAL SPINE: 03/22/05.

CT was performed from T12 to the S2 level.

There is mild L3-L4 disc space narrowing and end plate sclerosis, and spondylosis. There is moderate to severe L4-L5 end plate eburnation, joint space narrowing, sclerosis and spondylosis. There is L5-S1 disc space narrowing with vacuum disc changes. There are no compression fractures. There is normal alignment. There are diffuse broad-base disc bulges enhanced by spondylosis at the L3-L4 and L4-L5 levels. There is a left L4-L5 laminectomy defect. There is a distal 3.5 fusiform abdominal aortic aneurysm.

IMPRESSION:

    I.   L3-L4, L4-L5, L5-S1 degenerative disc disease. This ranges from moderate to severe. The most significant involvement is at the L4-L5 level. L3-L4, L4-L5 diffuse concentric disc bulging and posterior osteophytic ridging do cause a component of acquired central canal stenosis. MRI would be indicated to assess whether there is any nerve root impingement.

    II.  Distal 3.5 abdominal aortic aneurysm at the L4 level.

    III. Left laminectomy defect.

\CNTx\

Dictated by: Sandra T. Willis, MD
               Radiologist

Electronically signed and reviewed by:
SANDRA K TALLEY-WILLIS MD
RADIOLOGIST
DISCHARGED

d: 03/22/05 9:14 AM t: 03/22/05 9:48 AM cg

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | PIKE ROY E | | | Acct Number | A93922 |
| Age: | 70 | Sex: | M | Room: | ER02 |
| Birthday: | 06/15/1934 | Type: | E/R | Xray #: | 53525 |
| Admit Date: | 03/21/05 | Disc date: | 03/22/05 D | Family Phy: | SLAVICH I |
| Admit Phy: | WISE CARLO | 2ND Phy: | SLAVICH I | | |
| Med Rec Num: | 7894 | Location: | EMERGENCY ROOM | | |
| Phone: | 334/864/5787 | | | | |

XR LT FEMUR          COMPLETE:03/22/05 1:05 ML 24609
Reason for Procedure: FALL/POST OP

---

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

\CNTo\
LEFT FEMUR SERIES, FIVE VIEWS: 03/22/05.

Includes two views of the left hip.

Left hip joint is well preserved without any fractures or dislocations. The remainder of the femur has normal bone density without any fractures or deformity.

IMPRESSION:

I.  No acute fractures or dislocations.

\CNTx\

Dictated by:  Sandra T. Willis, MD
              Radiologist

Electronically signed and reviewed by:
SANDRA K TALLEY-WILLIS MD
RADIOLOGIST
DISCHARGED

d: 03/22/05 9:25 AM t: 03/22/05 9:49 PM cg

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | PIKE ROY EDWARD | | | | |
| Age: | 70 | Sex: | M | Acct Number | A67345 |
| Birthday: | 06/15/1934 | Type: | O/P | Room: | |
| Admit Date: | 10/01/04 | Disc date: | 10/01/04 D | Xray #: | 53525 |
| Admit Phy: | GALISHOF M | 2ND Phy: | GALISHOF M | Family Phy: | NO LOCAL M |
| Med Rec Num: | 7894 | Location: | | | |
| Phone: | 334/864/5787 | | | | |

MRI L SPINE W & W/0          COMPLETE:10/01/04 16:13 EK  3847
Reason for Procedure: SPINAL STENOSIS

---

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

\CNTo\
LUMBAR SPINE MRI WITHOUT AND WITH IV CONTRAST: 10/01/04.

HISTORY: Spinal stenosis, low back pain. Prior surgery.

TECHNICAL: Multiplanar and multisequential images were obtained of the lumbar spine including T1 pre and post contrast and T2 weighted sequences.

FINDINGS: The spinal cord ends normally at approximately the L1 vertebral body level.

L1-L2: There is no disc herniation or bulge. No spinal stenosis.

L2-L3: There is decreased T2 signal within the disc consistent with degeneration and desiccation. There are mild hypertrophic facet changes present, however no significant foraminal stenosis is identified. No spinal stenosis.

L3-L4: There is abnormal bone marrow signal which is low in signal intensity on T1 and the inferior half of L3 which subsequently enhances. The upper 4th of the L4 vertebral body is low in signal on T1 and also enhances. On inversion recovery sequences, this area is of elevated signal consistent with edema. This would indicate a hyperemic process surrounding the disc space. The disc height is decreased. There is an associated disc bulge present which compromises both neural foraminal canals, worse on the right. There is mild spinal stenosis present at this level.

L4-L5: There is evidence for a left L5 laminectomy defect. The disc height is decreased. There are marginal irregularities and focal low signal changes consistent with chronic degenerative end plate changes. There is a minimal defect along the thecal sac best appreciated on the sagittal images. The foraminal canals are slightly narrowed particularly that on the left. No significant spinal stenosis however is present.

L5-S1: There is decreased signal within the disc consistent with desiccation. There is a tiny bulge without

Fernando Bayo, III, MD
Continued On Page Two

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | PIKE ROY EDWARD | | | | |
| Age: | 70 | Sex: | M | Acct Number | A67345 |
| Birthday: | 06/15/1934 | Type: | O/P | Room: | |
| Admit Date: | 10/01/04 | Disc date: | 10/01/04 D | Xray #: | 53525 |
| Admit Phy: | GALISHOF M | 2ND Phy: | GALISHOF M | Family Phy: | NO LOCAL M |
| Med Rec Num: | 7894 | Location: | | | |
| Phone: | 334/864/5787 | | | | |

MRI L SPINE  W & W/0          COMPLETE:10/01/04 16:13  EK  3847
Reason for Procedure: SPINAL STENOSIS

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

Continued From Page One

significant thecal sac effacement. The foraminal canals appear patent bilaterally. There are mild hypertrophic changes of the facet joints.

IMPRESSION:    1. Abnormal bone marrow signal at the L3-L4 level as described above consistent with edema. This may represent discogenic edema from chronic degenerative change. However, a subacute traumatic event may have caused edema of the adjacent bone marrow. There is a disc bulge at this level which primarily results in narrowing of the foraminal canals as discussed with only mild spinal stenosis.
2. Post operative changes are noted at the L5 lamina on the left. This is presumed to have treated the L4-L5 disc which shows chronic degenerative end plate changes.
3. No disc herniation is identified.

LUMBAR SPINE, THREE VIEWS: 10/01/04.

REPORT: There are five lumbar type vertebral bodies present. The anterior view reveals calcification of the abdominal aortic wall with what appears to be a bulge. An underlying aneurysm is suspected.

There is a mild focal scoliosis convexed to the right at the L3-L4 level. The lateral view reveals degenerative disc height loss at L3-L4, L4-L5 and L5-S1 with gas within the L5-S1 level. No anterior subluxation is detected. There is left sided subluxation of L3 on L4 as appreciated on the frontal view. The vertebral body heights are maintained.

IMPRESSION:    1. Multilevel degenerative disc space narrowing with a lateral subluxation of L3-L4.

\CNTx\

Fernando Bayo, III, MD
Continued On Page Three

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| Patient Name: | PIKE ROY EDWARD | | | Acct Number | A67345 |
|---|---|---|---|---|---|
| Age: | 70 | Sex: | M | Room: | |
| Birthday: | 06/15/1934 | Type: | O/P | Xray #: | 53525 |
| Admit Date: | 10/01/04 | Disc date: | 10/01/04 D | Family Phy: | NO LOCAL M |
| Admit Phy: | GALISHOF M | 2ND Phy: | GALISHOF M | | |
| Med Rec Num: | 7894 | Location: | | | |
| Phone: | 334/864/5787 | | | | |

MRI L SPINE W & W/0          COMPLETE:10/01/04 16:13 EK  3847
Reason for Procedure: SPINAL STENOSIS

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

Continued From Page Two

Dictated by:  Fernando Bayo, III, MD
              Radiologist

Electronically signed and reviewed by:
FERNANDO BAYO III MD
RADIOLOGIST
Copy for: File copy printer # 628
Copy for: GALISHOFF MITCHELL I.        via link

d: 10/04/04 1:54 PM t: 10/04/04 2:47 PM cc

OCT-03-2005 10:10 From:                                                          8758          P.18

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| Patient Name: | PIKE ROY EDWARD | | | | |
| Age: | 70 | Sex: | M | Acct Number | A67345 |
| Birthday: | 06/15/1934 | Type: | O/P | Room: | |
| Admit Date: | 10/01/04 | Disc date: | 10/01/04 D | Xray #: | 53525 |
| Admit Phy: | GALISHOF M | 2ND Phy: | GALISHOF M | Family Phy: | NO LOCAL M |
| Med Rec Num: | 7894 | Location: | | | |
| Phone: | 334/864/5787 | | | | |

MRI L SPINE  W & W/0          COMPLETE:10/01/04 16:13  EK  3847
Reason for Procedure:  SPINAL STENOSIS

---

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

Continued From Page Two

Dictated by:  Fernando Bayo, III, MD
              Radiologist

Electronically signed and reviewed by:
FERNANDO BAYO III MD
RADIOLOGIST
Copy for: File copy printer # 628
Copy for: GALISHOFF MITCHELL I.        via link

d: 10/04/04 1:54 PM t: 10/04/04 2:47 PM cc

Lanier Health Services
4800 48th Street
Valley, AL 36854

## DEPARTMENT OF RADIOLOGY

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | PIKE ROY EDWARD | | | Acct Number | A67345 |
| Age: | 70 | Sex: | M | Room: | |
| Birthday: | 06/15/1934 | Type: | O/P | Xray #: | 53525 |
| Admit Date: | 10/01/04 | Disc date: | 10/01/04 D | Family Phy: | NO LOCAL M |
| Admit Phy: | GALISHOF M | 2ND Phy: | GALISHOF M | | |
| Med Rec Num: | 7894 | Location: | | | |
| Phone: | 334/864/5787 | | | | |

XR SI JOINTS            COMPLETE: 10/01/04 17:37 TPB 3849
Reason for Procedure: SPINAL STENOSIS

***Unsigned transcriptions are preliminary reports and do not represent a Medical or Legal Document. ***

\CNTo\
SACROILIAC JOINT SERIES: 10/01/04.

REPORT: The joint spaces are well maintained. No lytic or sclerotic lesions seen.

IMPRESSION:        1. Normal SI joint series.

CHEST PA AND LATERAL: 10/01/04.

REPORT: No prior exam for comparison.

The heart diameter and mediastinum are normal. The lungs are hyperinflated. There is flattening of the diaphragms bilaterally. The lung fields are clear except for interstitial densities in the lung apices suggestive of scarring.

IMPRESSION:        1. COPD with lung apical scarring.
                   2. No acute disease.

\CNTx\

Dictated by: Fernando Bayo, III, MD
                Radiologist

Electronically signed and reviewed by:
FERNANDO BAYO III MD
RADIOLOGIST
Copy for: File copy printer # 628
Copy for: GALISHOFF MITCHELL L        via link

d: 10/03/04 12:54 PM t: 10/03/04 6:38 PM cc

*Phone # (334) 756 787*
*Fax (334) 756 517/*

*Bullock Correction*
*Phone (334) 788-5625*
*Fax (334) 738-8756*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

# Authorization for Release of Information

To: *Medical Records*
*Xavier Memorial Hospital*

From: *Bullock Correctional Facility*
*P.O. Box 5107*
*Union Springs, Al 36089*

Patient: *Pike, Roy*

Inmate ID No.: *079888*

Alias: _____

Social Security No: *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*

Date of Birth: *6-15-34*

Date(s) of Service: _____

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission       [ ] Discharge        [ ] Operative Summary Reports

[X] X-Ray      [X] Special Studies Reports    [ ] HIV Test      [ ] T B Test

[X] Laboratory Reports      [ ] Immunization History    [ ] Dental Treatment Records

[ ] Psychiatric Summary Report    [ ] Substance Abuse Treatment History & Counseling Reports

[X] Other Records *any records pertaining to a CTScan ultrasound*
*pertaining to an aneurism for treatment*
(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

*Roy T. Pike*
(Patient's Signature)

*10/02/06*
(Date)

*Jameha Huval mpc*
(Witness' Signature)

*10/02/06*
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____
(Signature and Title for PHS)

_____
(Date)

60102  (11/02)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| **NAME:** | **DIAGNOSIS** (If Chg'd) |
| **D.O.B.**    /    / | |
| **ALLERGIES:** | |
| Use Last    **Date**    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| **NAME:** | **DIAGNOSIS** (If Chg'd) |
| **D.O.B.**    /    / | |
| **ALLERGIES:** | |
| Use Fourth    **Date**    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| **NAME:** | **DIAGNOSIS** (If Chg'd) Percocet 1 po bid X 10 days |
| **D.O.B.** 1/17/__ | Ventolin Inhaler |
| **ALLERGIES:** | |
| Use Third    **Date**    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| **NAME:** | **DIAGNOSIS** (If Chg'd) Percocet 1 po bid X 10 days |
| **D.O.B.**    / | |
| **ALLERGIES:** | |
| Use Second    **Date** | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| **NAME:** Pike, Roy    Noted 12/15/06 | **DIAGNOSIS** Blended Diet ē percogesic TID X 10 days + Peanut Butter sand for ea meal and HS. |
| **D.O.B.** 6/15/__ | |
| **ALLERGIES:** | |
| Use First    **Date** 12/14/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
|---|---|
| | Cipro 500 po Bid x 10D |
| D.O.B. / / | Periogese 1 po tid x 10D |
| ALLERGIES: | |
| Use Last   Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Pike, Roy  AIS# 079888 | DIAGNOSIS (If Chg'd) |
|---|---|
| | Zantac 300 mg po bid x 180 days |
| D.O.B. / / | |
| ALLERGIES: | PO Dr. Siddig |
| Use Fourth   Date 11/20/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | DC to POP |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third   Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Pike, Roy  # 079888 | DIAGNOSIS (If Chg'd) |
|---|---|
| | On 11/16/06 give Cipro 500mg po @ 8ᴬ et lep |
| D.O.B. 6/15/74 | On 11/17/06 give Cipro 500mg po @ 6ᴬ et lep |
| ALLERGIES: NKDA | On 11/17/06 Fleets enema @ 5ᴬ |
| | V/O Dr. Siddig / S. Hwicy, RN |
| Use Second   Date 11/10/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Pike, Roy | DIAGNOSIS |
|---|---|
| | ① Albuterol Inhale x 90D |
| D.O.B. / / | |
| ALLERGIES: 079888 | ② BU 600 po tid x 10D |
| Use First   Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

'110 (4/03)

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   /<br>ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 6/15/54<br>ALLERGIES: NKDA/84 | Albuterol Inhaler x 12D |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 6/15/54<br>ALLERGIES: | ① Cap i Permanent<br>② Blue 650 mg PO x COD |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   /<br>ALLERGIES: | Surgical Consent<br>Urology Consent |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS |
|---|---|
| D.O.B.   /   /<br>ALLERGIES: | Ventolin Inhaler x 9D |
| Use First    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Perry Roy | DIAGNOSIS (If Chg'd) |
|---|---|
| 07988 | ✓ KUB |
| D.O.B. / / | ✗ smile intend |
| ALLERGIES: | PM |
| Use Fourth    Date | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Pike Roy | DIAGNOSIS (If Chg'd) |
|---|---|
| 079888 | Cost |
| D.O.B. / / | Diagnostic I |
| ALLERGIES: | PM |
| Use Third    Date | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / | M DCalm |
| ALLERGIES: | 9/18/06   NC Bnedryl |
| Use Second    Date | DiCalm |
|  | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Pike Roy | DIAGNOSIS |
|---|---|
| 079888 | dilantin 100r PO tid |
| D.O.B. / | benadryl 50r PO QHS |
| ALLERGIES: NKA | Calan 240r PO QD |
| Use First    Date | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**MHM Correctional Services, Inc.**

## PHYSICIANS' ORDERS

NAME: _____

D.O.B.:    /

ALLERGIES:

Use Last      Date:      /

DIAGNOSIS (If Chg'd)

❑ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: _____

D.O.B.:    /    /

ALLERGIES:

Use Fourth      Date:    /    /

DIAGNOSIS (If Chg'd)

❑ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: _____

D.O.B.:    /    /

ALLERGIES:

Use Third      Date:    /    /

DIAGNOSIS (If Chg'd)

❑ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Pike, Roy

D.O.B.:    /    /    079888

ALLERGIES:

Use Second      Date: 4  20 06

DIAGNOSIS (If Chg'd)

Mc Etaul

❑ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Pike, Roy

D.O.B.:    /    /    079888

ALLERGIES: NCA

Use First      Date: 3  30  06

DIAGNOSIS (If Chg'd)

Etaul 1 JD  NS x 50

Robert G. Whatley, CRNP

❑ GENERIC SUBSTITUTION IS NOT PERMITTED

**WHITE** – MEDICAL RECORDS COPY     **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 6/15/34 | # Lay in X 5 days |
| ALLERGIES: | # percogenic tabs T, DX 10 day |
| | PRN |
| | Diagnostic |
| Use Last   Date 9/7/06 | po, Dr Siddiq trial |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
| # 079888 | Percogesic II po bid X 10 D |
| D.O.B. | |
| ALLERGIES: | Debrox Ear ad gtt X 30 D |
| | Exp |
| Use Fourth   Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
| D.O.B. / / | Percogesic # po Tid X 10 days |
| ALLERGIES: | To Dr Siddiq / m Jackson |
| Use Third   Date 8/16/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Pipe Roy | DIAGNOSIS (If Chg'd) |
| D.O.B. / / 079888 | Albuterol Inhaler X 90 D |
| ALLERGIES: | Exp |
| Use Second   Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Pike, Roy | DIAGNOSIS |
| D.O.B. / / 079888 | ① Percogesic I po bid X 10 D |
| ALLERGIES: | ② Zantac 150 bid X 180 D |
| Use First   Date / / | ③ Malox I po bid X 180 D |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| | Ebael Inhal X 180 D |

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
| # 079888 | ECG today |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
| # 079888 | ① Maalox 10 mg po bid x 10d |
| D.O.B.    /    / | ② Zantac 150 bid x 30d |
| ALLERGIES: | ③ Phenfen 25 po bid x 10d |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| | Phenfen 25 po bid x 10d |
| D.O.B.    /    / | imodu 1 cap po bid x 10d |
| ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
| | ↑ Mevacor 40mg SDx 180d |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Roy Pike | DIAGNOSIS |
| | ① ASA i po qdx 180d |
| D.O.B.    /    / | ② Tenormin 50mg po SDx 150d |
| ALLERGIES: | ③ Isordil 10mg po tid x 180d |
| Use First    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)

**MHM Correctional Services, Inc.** 

## PHYSICIANS' ORDERS

| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.: D79888 | Albuteral Inhaler KOP |
| ALLERGIES: 11/7/06 | x 6 months |
| | Albuteral |
| Use Last    Date: 1/1/06 | adult 800 mg TID x 10 days PRN |
| ☐ GENERIC SUBSTITUTION IS NOT PERMITTED | |

| NAME: Pike Roy | DIAGNOSIS (If Chg'd) |
|---|---|
| 17888 | ① Miralax 30 ml PO SB x 1 day |
| D.O.B.: | ② CCC for MS Walls |
| ALLERGIES: 11/7/06 | |
| Use Fourth    Date: / / | |
| ☐ GENERIC SUBSTITUTION IS NOT PERMITTED | |

| NAME: Pike Roy | DIAGNOSIS (If Chg'd) |
|---|---|
| 179888 | ① Tylenol 650 PO TID x KOP |
| D.O.B.: | ② Walking Cane x 6 mo |
| ALLERGIES: 11/7/06 note | d/c Dr. Sept. 11/7/06 |
| Use Third    Date: / / | |
| ☐ GENERIC SUBSTITUTION IS NOT PERMITTED | |

| NAME: Pike, Roy | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.: 6/15/34 | ↑ Elavil x 150g tabs x 90 |
| ALLERGIES: NKDA | Let me see pt in 10 d. |
| Use Second    Date: 1/15/06 | |
| ☐ GENERIC SUBSTITUTION IS NOT PERMITTED | |

MHM Correctional Services
Dr. Bill Sanders

| NAME: Pike, Roy | DIAGNOSIS: DSP. Mood / Chronic Pain |
|---|---|
| 179888 | Elavil 75mg Q HS x 30 DM |
| D.O.B.: 6/15/34 | |
| ALLERGIES: NKA | |
| Use First    Date: 11/29/05 | |
| ☐ GENERIC SUBSTITUTION IS NOT PERMITTED | |

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

NAME: appron Pike, Roy
079888

D.O.B.  /  /        11/28/05
ALLERGIES: NKDA

Use Fourth    Date 11/28/05

DIAGNOSIS (If Chg'd)
① Irrigate ⑧ ears
② Tylenol 650 mg p.o. BID X 30d PRN
③ Records Re: Abdominal &
   Cerebral aneurisms

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Bottom CRNP

NAME: Pike, Roy
079888

D.O.B. 6/15/34
ALLERGIES: NKDA    Mardy
11-22-05

Use Third    Date 11/22/05

DIAGNOSIS (If Chg'd)
Bottom Bunk x 180d
Tom McArthur PA  Mardy, RN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Pike, Roy
079888

D.O.B. 6/15/34    Mardy
11-22-05
ALLERGIES: nkda
11 Am

Use Second    Date 11/22/05

DIAGNOSIS (If Chg'd)
BP/s 2x wk x 4 wks (done 11-21-05)
Zantac 150 mg PO BID x 100 days
Combivent MDI π puffs QID x 100 days
CCC Pulm next visit 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Pike, Roy
079888

D.O.B. 6/15/34    Mardy
11-22-05
ALLERGIES: NKDA    10 Am

Use First    Date 11/22/05

DIAGNOSIS
EKG, CXR
CMB, CHg PSA

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PROGRESS NOTES**

Pipe Roy
07 9888

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

11/7/6 — S) Side Pain

O) H/O AAA 4 cm
Just seen 2 wks today. will see Dr Bulter for
+ PSA
Abdome is soft, NT,
Rectal normal

A) AAA - Chronic stable, COPD
+ PSA

P) will see Dr Bulter, give Albuterol
inhaler, med flu, DRW

11/17/06  11-7 - NPO pass midnite for out patient procedure
Fleets enema given - Pre-op meds given
0530 To freeworld appointment ō OOC wheres - stable condition
ō any c/o

11/17/6  Pt returns from Dr Bultas office after
having prostate biopsy.
will F/U

60111 (5/85)                **Complete Both Sides Before Using Another Sheet**

| Date/Time | Inmate's Name: | | D.O.B.: / / |
|---|---|---|---|

1/19/7  S/ Pt c Prostate Cr, Pt refused Blood
            Scan

         Q + ue Prostate Biopsy
            He is refusing Blood Scan &
            wants to die -

         A Prostate Cr.

         P will attempt med conference to
            watch if convince whether he
            wants Blood Scan

1/19/7  S/ I am Custody

         Q He refused Blood Scan
            He c Prostate Cancer
            Heart pm
            Eval
         A Prostate Cr
         P will get Blood Scan.



Peter Roy

PHS
PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
| --- | --- |
| 10/16/06 | S) Asthma inhaler and [illegible] |
| | O) Hx of COPD |
| | PSA 5.6 — 8.7 (10/6) |
| | [illegible] |
| | AAA 3.8 cm |
| | Same Back [illegible] |
| | A Asthma (COPD) |
| | P) will give [illegible] inhaler and get surgical consult for AAA & Urology |
| | Referral due - Prostate CA |
| 12/6/06 | S) [illegible] from pain |
| | O) Hx of Prostatic cancer recently diagnosed on Biopsy. |
| | A Prostatic cancer |
| | P) will give [illegible] bid & [illegible] |
| | [illegible] |



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

11/8/06
8A

1) needs to know the results of _____

2) *illegible*
    Hard to tell
    Sp went to _____

*illegible clinical notes*
    will get _____ if _____
    _____, no _____, _____
    _____ aneurysm _____

*Pike, Roy*

079888



## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 8/21/6 8A | S) C/o Back pain |
| | Chronic pain, s/p surgery x 2 |
| | O) Moving to wheelchair w/out pain |
| | Hx of GERD |
| | (GERD, COPD) and Back pain |
| | P) will give Percocet pm, Zantac x |
| 8/29/6 | S) R) ear pain                        ___ |
| | O) Palpated w/wax in ear |
| | A) Gay wax ___ |
| | I will give Debrox x 20gtt ___ |
| 10/2/0 | S) lower abd cramping |
| | O) Abdomen c ___ |
| | no tenderness |
| | no bruit |
| | Both Femoral Pulses good |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | long lap scar - old |
| | Surghent I gnd es of 9/7/06 |
| | fetal - neg for Blood - |
| | A Cramping. |
| | P will check x Prs, do work ups |
| | and get old records. If U |
| | Contin, will need SI Consult. [signature] |
| 11/7/6 | SI Consult from Urologist |
| | O: Hard Prostate |
| | Hb ↑ ADD |
| | 4.80 cm |
| | A Prostate Ca |
| | P will get biopsy [signature] |



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:   /   / |
|---|---|---|

2/9/06
PM

S) 74 y.o. c̄ chronic bronchitis suffered for @ arm pain, radiated back @ shoulder/chest with dizziness, 9/06 fell, and stayed for 3  min. He felt bad.

O) EKG ① Low voltage c̄ interior lead
② Poor R-wave
③ no q waves
c̄ ST & i̅ lead.
Emphysema / s/p 20 chronic life long smoking

A/P
P) I will assess if was Anginal, He's already on Mevacor, I will todg start him a Tenormin 50 SPO BID, need nitroglycerin 1 &
if continue I will seek cardiac evaluation (sig)

2/21/06  S) vomiting & dizziness

O) gastroenteritis

A/P will give Phenergan & Imodium (sig)

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

S/ I have need to know Maalox

O/ no c/o
Bad taste i recently
vomiting
also has decreased
needing Maalox

A/ GERD
P/ Pt will start on Zantac, will will
give Maalox for 7 days
will do another Else



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: ~~Peterson Roy~~ Pike, Roy | D.O.B.: / / |
|-----------|--------------------------------------------|--------------|
| 11/28/65 | Pt. c/o chronic HA $\bar{c}$ Ⓛ leg pain | |
| 1115 | x "many years". Multiple somatic c/o. | |

144/84 - 72 - 20 - 98$^6$ ; A&0 x 3

CN II - XII grossly intact

Ⓛ leg - amb. $\bar{c}$ ease ; ∅ edema or

other obvious abnormality ;

∅ Acute injury or trauma

HEENT - Ⓑ cerumen

throat - clear

nodes - neg

PERRLA ; EOMI

no FINDINGS on EXAM except

Ⓑ cerumen impaction.

He c/o chronic Hx of cerebral

and abdominal aneurisms but

I have no records / evidence of

this.

A/P : i) Ⓑ cerumen / Chronic HA

irrigate / Tylenol

2) Hx of aneurisms

- records / F/u 2 wks

3) Chronic Ⓛ leg pain

- Tylenol / moist heat

F: Tx plan

                                    Bill, CRNP

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 1/17/06 8:00 | S) C/O have low Back Pain |
| | O) S/p surgery to Back |
| | left leg pain |
| | good pulses |
| | Hx of GSW to abd |
| | ↓ ANA |
| | A) Back pain · comp / ↑ [illegible] |
| | P) will [illegible] and start on |
| | [illegible] for [illegible]. [signature] |
| 2/2/06 | S) [illegible] diarrhea / vomiting C/O |
| | O) Gastroenteritis |
| | no tenderness |
| | [illegible] |
| | A) Gastroenteritis |
| | P) Inmate will not [illegible] |
| | will [illegible] [illegible] physician |
| | [signature] |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Roy Pike                    Date of Request: 1-16-07
ID # 079888          Date of Birth: 6-15-34 Location: 3-8
Nature of problem or request: Need To see Doctor about getting
pain medicatin and Albuterol spray.

_____

Roy Pike
_____
                                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

| | RECEIVED |
| --- | --- |
| | Date: |
| | Time: 01-16-07 2:35 |
| | Receiving Nurse Intials C,J |

See Next
Tool
1/17/07
JR

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                          CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
         If Emergency was PHS supervisor notified:   Yes ( )    No ( )
              Was MD/PA on call notified:   Yes ( )    No ( )

_____

                          *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:          General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Pike_ _____ _Roy_ _____
Last                                First

Inmate Number: _079888_ _____     Date of Birth: _6_ / _15_ / _34_
                                                         MM    DD    YYYY    MI

Date of Report: _1_ / _17_ / _07_          Time Seen: _0535_ (AM)/ PM  Circle One
                MM    DD    YYYY

**Subjective:** Chief Complaint(s): _"I need to renew my pain meds. and albuteral_

Onset: _"inhaler"_

Brief History: _____
(Continue on back if necessary)

_____

_____

□ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98.6_  P: _76_  RR: _16_  B/P: _129_/_88_  Wt. 14:

Examination Findings: _____
(Continue on back if necessary)

_____

_____

_____

□ Check Here if additional notes on back

**Assessment: (Referral Status)**     **Preliminary Determination(s):** _____

□  **Referral NOT REQUIRED**

□  **Referral REQUIRED** due to the following: (Check all that apply)
    □ Recurrent Complaint (More than 2 visits for the same complaint)
        □ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
    □ Instructions to return if condition worsens.
    □ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. □ YES  □ NO (If NO then schedule patient for appropriate follow-up visits)
    □ Other:_____
            (Describe)
OTC Medications given  □ NO  □ YES (If Yes List): _____

Referral: □ NO  □ YES (If Yes, Whom/Where): _Dr. Siddiq_          Date for referral: _1_/_17_/_07_
                                                                                    MM  DD  YYYY
Referral Type: □ Routine  □ Urgent  □ Emergent (if emergent who was contacted?): _____  Time _____

x _Gloria Rogers_                    Name: _____
    Nurses Signature                          Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Roy Pike_    Date of Request: ~~B-8~~ _1-8-07_

ID # _079888_    Date of Birth: _6-15-34_ Location: _3-8_

Nature of problem or request: _Need To See Doctor_
_About medice getting The wRong medice_

                        _Roy Pike_
                             Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

**RECEIVED**
Date: _1/8/07_
Time: _230_
Receiving Nurse Intials _DH_

**(S)ubjective:**

**(O)bjective**   (V/S): T:     P:       R:       BP:       WT:

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                            CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
           Was MD/PA on call notified:   Yes ( )    No ( )

                     _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: BBB
Patient Name: _Pike_                        _Roy_
                    Last                     First
Inmate Number: _079888_            Date of Birth: _6_ / _15_ / _1934_
                                                    MM    DD    YYYY
Date of Report: _01_ / _02_ / _2007_      Time Seen: _____ AM / PM  Circle One
                  MM    DD    YYYY

<u>**Subjective:**</u>  Chief Complaint(s): _I'm in pain_

Onset: _2 wks_

Brief History: _Cancer_
(Continue on back if necessary)

☐ Check Here if additional notes on back

<u>**Objective:**</u>  Vital Signs: (As Indicated) T: _98.6_  P: _76_  RR: _18_  B/P: _110_ / _78_

Examination Findings: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

<u>**Assessment:** (Referral Status)</u>  Preliminary Determination(s): _____
        ☐ Referral <u>NOT REQUIRED</u>

        ☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
            ☐ Recurrent Complaint (More than 2 visits for the same complaint)                    )
            ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>P</u>lan:  Check All That Apply:
        ☐ Instructions to return if condition worsens.
        ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
          should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
        ☐ Other: _____
                  (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral:  ☐ NO  ☒ YES (If Yes, Whom/Where): _Dr Siddh_          Date for referral: _01_ / _02_ / _2007_
                                                                                        MM    DD    YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent  (If emergent who was contacted?): _____   Time _____

X                                    Name: _____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Roy Pike_  Date of Request: _12-24-06_
ID # _079898_  Date of Birth: _6-15-34_  Location: _3-8_
Nature of problem or request: _SEE DR. For something for Pain_

_Roy Pike_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _1 | 2 | 07_
Time: _0520_  AM  PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: _1-2-07_ |
| Time: _0520_ |
| Receiving Nurse Intials _VS_ |

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Roy Pike_     Date of Request: _12-25-06_

ID # _079888_     Date of Birth: _6-15-34_   Location: _3-8_

Nature of problem or request: _Need To see Doctor To get Something_
_for This Terrible pain I'm having)_

_Roy Pike_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S):   T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

    If Emergency was PHS supervisor notified:   Yes ( )    No ( )

    Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Roy Pike* _____ Date of Request: *12-8-06*

ID # *079888* _____ Date of Birth: *6-15-* Location: *3-8*

Nature of problem or request: *Requested a Sack lunch + Plain Medication*

_____

_____

*Roy Pike*

_____
                                          *Signature*

### DO NOT WRITE BELOW THIS LINE

_____

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective   (V/S):   T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                          CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )      No ( )

Was MD/PA on call notified:   Yes ( )      No ( )

_____

                              *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

**Nursing Evaluation Tool:**                          <u>General Sick Call</u>

Facility: BBB
Patient Name: _Pete            Roy_
                          Last
Inmate Number: _079888_                    First        Date of Birth: _6 | 15 | 34_
                                                                    MM    DD    YYYY
Date of Report: _12 | 6 | 06_              Time Seen: _0600_  AM/PM Circle One
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Bleeding from Penis_

Onset: _____

Brief History: _Cardia, COPD   SMI_
(Continue on back if necessary)

_____

_____

_____
                                          ☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98°_ P: _84_ RR: _20_ B/P: _140 | 86_

Examination Findings: _Resps regular & even. Skin W/D to touch. Inmate States_
(Continue on back if necessary)
_he has been passing blood during the night._

_____

_____

_____
                                          ☐ Check Here if additional notes on back

**Assessment: (Referral Status)**   Preliminary Determination(s): _____
   ☐ Referral **NOT REQUIRED**

   ☑ Referral **REQUIRED** due to the following: (Check all that apply) _____
       ☐ Recurrent Complaint (More than 2 visits for the same complaint)
       ☐ Other: _____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
            (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Liddy_     Date for referral _12 | 06 | 06_
                                                                            MM   DD   YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                                            Time _____

x _Martha Jackson_          Name: _Martha Jackson_



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Roy Pike_                    Date of Request: _12-4-06_
ID # _079898_              Date of Birth: _6-15-34_  Location: _3-8_
Nature of problem or request: _Excess bleeding ; Need something for pain_
_____
_____
_____

_Roy Pike_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

_See Net Tool 12-6-06 MJ_

**(O)bjective   (V/S):   T:_____   P:_____   R:_____   BP:_____   WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Roy Pike_     Date of Request: _11-27-06_
ID # _079989_     Date of Birth: _6-15-34_ Location: _3-8_
Nature of problem or request: _Back and Stomach trouble and need_
_Prescription refilled_

_Roy Pike_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective  (V/S):  T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT





PRISON
HEALTH
SERVICES
INCORPORATED

**PROGRESS NOTES**

| Date/Time | Inmate's Name: | D.O.B.:      /      / |
|-----------|----------------|------------------------|
| 11/7/06 1000 | S→ Back from DR. Bhuta. Had biopsy of prostate. <br> O→ Ambulatory to HCC. NAD noted. Skin [?] p. <br> A 30 × 3. Orders received from DR. Bhuta ? <br> noted Pt placed in infirmary for observation <br> and to be evaluated by DR Siddiq. <br> A) Post Surgery [Risk] for infection b/t Surgical <br> Procedure. <br> P→ Placed in infirmy to be evaluated by <br> DR. Siddiq ———— Beaton RN | |

**Complete Both Sides Before Using Another Sheet**

E0632000272     PIKE,ROY
DOB: 06/15/34   Age:72Y    MR #:162402
Admit Date/Time: 11/17/06   0639A
704 BHUTA,DHARAMPAL P

%

# BAPTIST HEALTH
## RADIOLOGY DEPARTMENT
# PROSTATE BIOPSY DISCHARGE INSTRUCTIONS

1.  Resume normal activities except heavy lifting, straining or vigorous exercise for 24 hours.  Drink an extra 2 - 3 glasses of water today.

2.  You may notice some bleeding from the rectum or in your urine and/or semen for a day or so.  It should clear on its own in a few days.

3.  Call your doctor right away if you have ANY chills or fever today/tonight.

4.  Take the antibiotics prescribed for you by your doctor.

5.  The specimens taken during the biopsy will be sent to the laboratory for interpretation by a Pathologist; the results will be ready in 2 - 3 days.  Your doctor will contact you and review the results with you at that time.

Discharge instructions have been explained to the patient.  The patient or person responsible for the patient fully understands these instructions.

Date:_____11 |7 |06_____Time:_____

Patient's Signature:_____

Signature of Person Giving Instructions:_____



**Nursing Evaluation Tool:**  <u>General Sick Call</u>

Facility: BBB

Patient Name: _Pike    Ray_
              Last                      First

Inmate Number: _079888_       Date of Birth: _6_ / _15_ / _134_
                                     MM   DD   YYYY

Date of Report: _10_ / _16_ / _06_      Time Seen: _____ **AM / PM** Circle One
             MM  DD  YYYY

**_Subjective_:** Chief Complaint(s): _I need to talk to Dr. about knot to_
          Onset: _Green abd area. Also renew profile_

Brief History: _____
(Continue on back if necessary)
_____
_____
_____

☐ Check Here if additional notes on back

**_Objective_:** Vital Signs: (As Indicated) T: _97⁴_ P: _88_ RR: _22_ B/P: _145_ / _83_ wt _148_

Examination Findings: _____
(Continue on back if necessary)
_____
_____
_____
_____

☐ Check Here if additional notes on back

**_Assessment: (Referral Status)_**   **Preliminary Determination(s):** _____
   ☐ **Referral <u>NOT REQUIRED</u>**
   ☐ **Referral <u>REQUIRED</u>** due to the following: (Check all that apply)
      ☒ Recurrent Complaint (More than 2 visits for the same complaint)      )
      ☐ Other: _____
_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan_:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
      (Describe)
OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr. Siddeq_    Date for referral: _10_ / _16_ / _06_
                                                          MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _L. Anderson_             Name: _____



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Roy F. PIKE_          Date of Request: _10-13-06_
ID # _079888_          Date of Birth: _6-15-34_ Location: _3-8_
Nature of problem or request: _Need profile for asthma spray and_
_profile for cane. renewed also need to see doctor_
_about my Anyerdigem I I am having a great deal of_
_pain with it_

_Roy Pike_
_____
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:**_____   **P:**_____   **R:**_____   **BP:**_____   **WT:**_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Roy E Pike_          Date of Request: _11-6-06_

ID # _079888_          Date of Birth: _6-15-34_  Location: _3-9_

Nature of problem or request: _Asthma, Anurism and back need to_
_see the Doter_

_Roy Pike_
                                              Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**  (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT


Nursing Evaluation Tool:                                                    General Sick Call

Facility: BBB

Patient Name: _____*Pike*_____ _____*Ray*_____
                              Last                      First

Inmate Number: __*079888*_____    Date of Birth: _6_/_15_/_94_
                                                        MM   DD   YYYY

Date of Report: _10_/_2_/_06_          Time Seen: _0530_ (AM)/ PM  Circle One
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): _*Renew Inhaler, profile*_____

Onset: _____

Brief History: _____*HTN*_____
(Continue on back if necessary)

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_ P: _84_ RR: _20_ B/P: _130_/_97_  144

Examination Findings: _*Resp regular + even. Skin w/p to touch.*_____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)*    Preliminary Determination(s): _____
    ☐ Referral NOT REQUIRED

    ☑ Referral REQUIRED due to the following: (Check all that apply) _____
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
                    (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _*Dr Siddiq*_____ Date for referral: _10_/_2_/_06_
                                                                                    MM   DD   YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

x _*Martha Jackson Lp*_____    Name: _*Martha Jackson*_____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Roy Pike_          Date of Request: _10-1-06_
ID # _079883_          Date of Birth: _6/15/34_ Location: _3-8_
Nature of problem or request: _I need my inhaler renewed, and I_
_need to see the doctor._

_Roy Pike_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

*Des Not tool 10-2-06*

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
      Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Bullock | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 8/30/06 | 1710 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 97.6 ☐ ORAL ☐ RECTAL    RESP. 18    PULSE 84    B/P 140,94    RECHECK IF SYSTOLIC <100> 50 ____

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ‾‾ SUTURES |
|---|---|---|---|---|---|---|

S—l was coming out of the Chapel and I notice my hand bleeding"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O—WM presented to HCU, A, Ox3, Resp. rec + even. Skin W/D to touch. c/o injuries finger, 0.5cm cut noted to finger.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P—Cleanse affected area W/ NS, 2 steri-strips applied. Band-aid in place. | | |

A—Alteration in Skin Integrity

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Follow up W/ medical if S/S of infection occurs

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8/30/06 | 1720 AM/PM | ☐ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 8/30/06 | PHYSICIAN'S SIGNATURE | DATE 9/7/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Pike, Ray | DOC# 079888 | DOB 6-15-34 | R/S WM | FAC. Bullock |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Roy Pike_     Date of Request: _8-26-06_

ID # _079888_     Date of Birth: _6/15/34_ Location: _3-8_

Nature of problem or request: _Back, legs, eyes_
_____
_____
_____
_____

_Roy Pike_
*Signature*

### DO NOT WRITE BELOW THIS LINE
_____

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
+-------------------------------+
|           RECEIVED            |
| Date:                         |
| Time:                         |
| Receiving Nurse Intials _____ |
+-------------------------------+
```

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )  EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )  No ( )
      Was MD/PA on call notified:  Yes ( )  No ( )

_____
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

Bullock

| ADMISSION DATE 06/16/08 | TIME 1115 AM PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES  NKA

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP _____ ORAL RECTAL  RESP. 16  PULSE 58  B/P 130 86  RECHECK IF SYSTOLIC <100> 50 _____

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S- "my chest is hurting"

O₂sat 98%

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O-White male ambulated to HCU
A 0x3. Resp reg c ease. Skin warm
et dry and intact. Inmate
denies nausea or vomiting.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE _____ | TIME _____ AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSES SIGNATURE V Smith ap | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Pike, Ray | DOC# 079888 | DOB 6-15-34 | R/S WM | FAC. BCCF |
|---|---|---|---|---|

PHS

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _____ Last _Pike_ _____ First _Roy_

Inmate Number: _079888_          Date of Birth: _6_ | _15_ | _34_
                                              MM | DD | YYYY

Date of Report: _5_ | _1_ | _06_          Time Seen: _____ AM / PM  Circle One
                MM | DD | YYYY

**Subjective:** Chief Complaint(s): _My back hurt + My face is broken out_

Onset: _____  X 3 days

Brief History: _S M I_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_ P: _84_ RR: _20_ B/P: _110_/_80_   wt 158

Examination Findings: _Resp Regular + even  Skin w/D to touch. dry_
(Continue on back if necessary) _patches on face_

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)      Preliminary Determination(s): _____
   ☐ Referral NOT REQUIRED

   ☒ Referral REQUIRED due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Dr Siddiq_          Date for referral _5_ | _1_ | _06_
                                                                        MM | DD | YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?): _____  Time _____

x _Martha Jackson_          Name: _Martha Jackson_
   Nurses Signature                    Printed

PHS

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _____Pike_____  _____Ray_____  __M__
                    Last              First

Inmate Number: _____   Date of Birth: ___/___/___
                                                 MM  DD  YYYY

Date of Report: ___/___/___        Time Seen: _____ AM / PM Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): _I Need to get my Medication renewed_
& some Maalox Onset: _____

Brief History: ___SMI, HTN, COPD_____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_  P: _82_  RR: _18_  B/P: _110/70_  O2A _765_

Examination Findings: _Resps Regular + even Skin w/o to Touch_
(Continue on back if necessary)

_____

_____

_____

**Assessment:** (Referral Status)      Preliminary Determination(s): _Renew Medication_   ☐ Check Here if additional notes on back

☐ Referral NOT REQUIRED

☑ Referral REQUIRED due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

_____

_____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure the appropriate care to be given.

**Plan:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
            (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Siddiq_   Date for referral _3/27/06_
                                                                              MM DD YY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time ___

x _Martha Jackson_                    Name: _Martha Jackson_
     Nurse's Signature                         Printed

**PHS**                    Nursing Evaluation Tools:    Nausea & Vomiting

Facility: BBB

Patient Name: _Diko_ (Last)    _Roy_ (First)

Inmate Number: _079688_    Date of Birth: _6 / 15 / 34_ (MM) (DD) (YYYY) (MI)

Date of Report: _2 / 21 / 06_ (MM) (DD) (YYYY)    Time Seen: _7:20_ AM / PM Circle One

**Subjective:**  Chief Complaint(s): _Nausa / Vomiting / diarrah_

Onset: _3 days ago_

History: _____
(Continue on back if necessary)

Vomiting:  ☐ No  ☑ Yes (Number of times: _x 1 today_)
Associated symptoms:  Abdominal pain  ☐ No  ☐ Yes (if yes, Pain Scale:(1-10)____ )
Blood in emesis  ☐ No  ☐ Yes  ☐ Other: _____

Last Meal:  Time: _____  Food Type: _____
Additional History: Excessive Alcohol Use? ☐ No  ☐ Yes  History of Pancreatitis?  ☐ No  ☐ Yes
History of Gallstones? ☐ No  ☐ Yes  Last Menstrual Period (LMP) if applicable: _____

**Objective:**  Vital Signs: (If Indicated) T: _98.9_  P: _86_  RR: _20_  B/P: _100 / 68_

General appearance: ☐ No acute distress ☐ Acute distress  ☐ Unable to stand erect ☐ Palor
Skin: ☑ Warm ☑ Dry  ☐ Cool  ☐ Moist/Clammy  Color: ☐ Normal ☐ Jaundiced ☐ Other: _____
Mucous Membranes: ☐ Moist  ☑ Dry

**ABDOMINAL EXAM**

Bowel sounds: ☑ Present  ☐ Decreased  ☐ Absent
Abdomen: ☐ Soft ☐ Guarding ☐ Distended  ☐ Non-Tender ☐ Tender _____
                                                                              Location

Pain induced/increased with: Walking ☐ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No ☐ Yes

☐ Additional Examination: _____
Continue on back if necessary

_____  ☐ Check Here if continued on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____
  ☑  Referral **NOT Required**

  ☐   Referral **Required** due to the following: (Check all that apply)
       ☐   Presence of any suspicious cardiac symptomology  ☐ Cardiac history  ☐ Recurrent Complaint (More than 2 visits)
       ☐   Abnormal Abdominal examination  ☐ History of recent illicit drug use
       ☐   Other (Describe): _____

  Comments: An emergent referral is generally not needed if: (1) Vital signs WNL, (2) No blood in emesis, (3) No signs of dehydration.
  You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:**  ☐ Instructions to return in 6 hours if condition worsens, or in 24 hours if no improvement
Check All That Apply:  ☐ Clear liquid diet X 24 hours
  ☐ Education: The Patient was educated regarding the signs and symptoms for which they should seek immediate medical attention.
     (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal pain, fever.)  The patient demonstrates an
     understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate
     follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ OTC Meds given: ☐ Maalox 30cc PO QID x 3 days unless contraindicated.
  ☐ Other OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____
  Referral:  ☐ NO  ☐ YES (If Yes, Whom/Where): _____  Date for referral: __ / __ / __
                                                                                    MM   DD   YYYY
  Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____
  x _____    Name: _____
       Nurses Signature                      Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Bullock | ☐ SICK CALL    ☐ EMERGENCY |
|---|---|---|---|
| 2/9/06 | 0620 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ | ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

VITAL SIGNS: TEMP 98   ORAL RECTAL   RESP. 20   PULSE 96   B/P 90/60   RECHECK IF SYSTOLIC <100>50 ___
O₂ sat 92

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|---|

S- "a sharp pain shot up my left
arm, I did not receive my meds
last night the doctor said I
can have nitroglycerin when
this happens"

O- ambulatory to HCa per walking
cane, alert et oriented x 3 resp
regular ō ease. Skin w/d to touch
no distress noted

A- Alteration in comfort

**PHYSICAL EXAMINATION**

P- nitroglycerin tab x 1,
EKG done, placed on
sick call list to see MD

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Nitroglycerin tab x 1 give this w/sgual | 0625 | AL |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**   Return to sick call @ 7:30 A.M

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 2/9/06 | 0630 AM/PM | | ☐ | ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Gloria Reggi LPN | 2/9/06 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Pike, Roy | 079888 | 6/15/34 | W/M | Bullock |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: Bullock

Date: 1/26/06 Time: 2000 AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS

[✓] Population

[ ] Infirmary

[ ] Isolation

RELEASED: Inmate/Health Record

Institution: KCF

Date: 1/4/06 Time: _____ AM/PM

RELEASE FROM:

[ ] Infirmary   [ ] Segregation

[✓] Population   [ ] Mental Health

[ ] Other _____

RELEASE TO:

[ ] DOC  [ ] Infirmary  [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:

NKA

PHYSICAL EXAMINATION

Date of last exam: 11/21/05

Chest X-Ray Date: _____ Result: _____

PPD Reading 0 mm

Classification: _____

Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 11/20/05 | ✓ | |
| Urinalysis | | ✓ | |
| | | | |

| | YES | NO | |
|---|---|---|---|
| Wears Glasses/Contacts | | | |
| Dental Prosthesis | | | |
| Hearing Aide | | | |
| Other Prosthesis | | | KT Jo, LP Receiving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Mental

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Elavil 75mg

| | Sent w/ inmate | Not sent w/ inmate |
|---|---|---|
| MEDICATIONS | [ ] | [ ] |
| X-RAY FILM | [ ] | [ ] |
| HEALTH RECORD | [ ] | [ ] |

Released to: _____

Date: _____ Time: _____ AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | [ ] | [ ] |
| X-RAY FILM | [ ] | [ ] |
| HEALTH RECORD | [✓] | [ ] |

CHART REVIEWED [✓] YES [ ] NO

Received by: K Jo, LP
Signature of Receiving Nurse

Date: 1/26/06 Time: 2000 AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

FOLLOW-UP CARE NEEDED    Date    Time    With Whom - - Location (Sending Nurse)    Date/Appt. Made w/Whom (Rec. Nurse)

[ ] Medical   [ ] Dental

[ ] Mental Health

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | ✓ |
| Mental Illness | ✓ | |
| Suicide Attempt | | ✓ |
| Chronic Care | | ✓ |

| STATUS | | |
|---|---|---|
| Special Diet | | ✓ |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | | ✓ |

| CONDITION | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | ✓ |
| Depressed | | ✓ |

INTAKE

| | |
|---|---|
| Sick Call Procedures Explained | Yes |
| Height | 5'8 |
| Weight | 168 |
| Blood Pressure | 130/80 |
| Temperature | 98.8 |
| Pulse Resp. | 80-18 |
| Other | |

Petra Burns LPN
Signature of Nurse Completing Assessment (Sending Nurse)

1/4/06
Date

K Jo, LP
Signature of Nurse Screening Nurse (Receiving Nurse)

1/26/06
Date

| INMATE NAME LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| Pike, Leon | 079888 | 6/5/34 | W/M | Bol 6 |

(White - Medical Jacket, Yellow - Transfer Coordinator)


PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 1/2/06 | TIME 1.45 ☐AM ☑PM | ORIGINATING FACILITY BCF ☐SIR ☐PDL ☐ESCAPEE ☐ | ☐ SICK CALL   ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES PCN | CONDITION ON ADMISSION ☐GOOD   ☐FAIR   ☐POOR   ☐SHOCK   ☐HEMORRHAGE   ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 98.6 ☑ORAL ☐RECTAL | RESP. 20 | PULSE 112 | B/P 130/74 | RECHECK IF SYSTOLIC ___/___ <100> 50 |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS |
|---|

S Per DOC

O. 36 y/o w/m to HCU per
DOC S/leg w/o to touch
resp even unlabored 2 old
burned scar 1) Scar to R arm
no noted scar to R side of head

A. Per DOC

P. Released to DOC

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| PHYSICAL EXAMINATION | ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|---|

| DIAGNOSIS |
|---|

| INSTRUCTIONS TO PATIENT    Released to DOC |
|---|

| DISCHARGE DATE 1/2/06 | TIME 1.50 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY   ☐POOR ☐FAIR   ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE           DATE 1/2/06 | PHYSICIAN'S SIGNATURE       DATE 1/18/06 | DATE | CONSULTATION |
|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Pharis, Daniel | DOC# 206323 | DOB 9/14/69 | R/S w/m | FAC. BCF |
|---|---|---|---|---|



Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB

Patient Name: _____ *Pike* _____ *Rery*
                                                        Last                                              First

Inmate Number: __*079888*_____     Date of Birth: _*6* / *15* / *59*__
                                                                                    MM        DD        YYYY

Date of Report: _*1*_ / _*17*_ / _*06*_          Time Seen: _____ AM / PM Circle One
                         MM        DD       YYYY

**Subjective:** Chief Complaint(s): *My left leg hurt - cramps up&down - In week, need*
          Onset: *my inhaler renewed. (New to camp 2 weeks)*

Brief History: _____
(Continue on back if necessary)
_____
_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _____ P: *76* RR: *24* B/P: *140* / *90* *wt 162*
                                            *O2 SAT 96%*

Examination Findings: _____
(Continue on back if necessary)
_____
_____
_____

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)* Preliminary Determination(s): _____
          ☐ Referral <u>NOT REQUIRED</u>
          ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
                    ☑ Recurrent Complaint (More than 2 visits for the same complaint)
                    ☐ Other: _____
          _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
          ☑ Instructions to return if condition worsens.
          ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
          as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
          ☐ Other: _____
                         (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): *Dr Ridley*        Date for referral: _*1* / *17* / *06*_
                                                                                            MM      DD      YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

X _____        Name: _____
         Nurses Signature                                    Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Roy Pike_      Date of Request: _Jan 13  006_
ID # _079888_      Date of Birth: _6/15/34_ Location: _5 — 6_
Nature of problem or request: _I Need to see you About my Hurt_
_left leg Iam weak & Also I have Asthama I_
_Need Some Asthama Spray,_
_Iam on Cronic Care I should Not Be Billed For this._

                                     _Roy Pike_
                                       *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**    **(V/S):** **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                 CIRCLE ONE
Check One:. ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
     Was MD/PA on call notified:   Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Roy Pike_ Date of Request: _1-9-06_

ID # _079883_ Date of Birth: _____ Location: _____

Nature of problem or request: _I Need to See the Doctor About my Asthma Spray, Also A Problem with my Left Leg_

_[S] Roy Pike_
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** **(V/S):** **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Pike, Roy Edward 079888          D.O.B.: 6/15/34 |
|-----------|------------------------------------------------------------------|
| 1/5/06 11:39a | Rec'd @ Bullock E Vol I g I. Had medcameal |
|  | mar. Medcare as follows. Zantac 150mg k 30. |
|  | J Howard mec |



**Nursing Evaluation Tool:**                    **General Sick Call**

Facility: **KCF**

Patient Name: **Pike**                          **Roy**
                                                 First

Inmate Number: **079888**        Date of Birth: **6 15 34**
                                                  MM  DD  YYYY

Date of Report: **11 28 05**     Time Seen: **8 05** AM/PM Circle One
                 MM  DD  YYYY

**Subjective:** Chief Complaint(s): **Pain Rt ↓ Abd, Bad HA,**

Onset: **x 2 mo's.**

Brief History: **7/ 40 wm c̄ Hx Aneurism ~~Aneurysm~~ in Head + Stomach**
(Continue on back if necessary) **x 2 mos. 2 disc removed from back.**

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: **98.6** P: **72** RR: **20** B/P: **144 84**

Examination Findings: **O+o x 3. Resp. reg c̄ ease, VS WNL NAD**
(Continue on back if necessary) **old scars from WAR to Abd. Lt Arm.**

☐ Check Here if additional notes on back

**Assessment: (Referral Status)** Preliminary Determination(s): **Alt. in Comfort R/t**
     **above statement**
☐ Referral NOT REQUIRED

☑ Referral REQUIRED due to the following: (Check all that apply)
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☑ Other: **Alt. in Comfort R/t above statement**

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
     ☐ Instructions to return if condition worsens.
     ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
     ☑ Other: _____
              (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): **B Adams CRNP**       Date for referral: **11 28 05**
                                                                                      MM  DD  YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                                                              Time

x **Lorraine Graves, LPN**                    Name: **Lorraine Graves**
     Nurses Signature                                Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Pike, Roy_      Date of Request: _11-27-05_
ID # _079888_      Date of Birth: _6|15|34_ Location: _EAST Dorm #30_
Nature of problem or request: _c/o discomfort ℞ ↓ abd + c/o bad_
_head + H/o anuresym in head + stomach._

_✗ Roy Pike_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _See Net Sheet_

**(O)bjective** (V/S): T _98⁶_   P: _79_   R: _20_   BP: _144/84_   WT: _160_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_11/28/05_

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 11 /23 /05 | TIME 1715 AM PM | ORIGINATING FACILITY KCF □ SIR □ PDL □ ESCAPEE □ _____ | □ SICK CALL □ EMERGENCY □ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION □ GOOD ☑ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |
|---|---|

| VITAL SIGNS: TEMP 98 | ORAL RECTAL | RESP. 20 | PULSE 75 | B/R 135 86 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S "you Know how fast
they make you eat and
when you come they
shake you down and
when theystart touch my
left side a big Knot come
up on my stomach."
O- see NET
A- See NET
P- see NET

PHYSICAL EXAMINATION

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 11 /23 /05 | TIME 545 AM PM | RELEASE / TRANSFERRED TO to | ☑ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE Emotive Tysalen | DATE 11/23/05 | PHYSICIAN'S SIGNATURE (b) 11/28/05 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) WilPike, Roy Edward | DOC# 079888 | DOB 6/16/34 | R/S W/m | FAC. KCF |
|---|---|---|---|---|



Nursing Evaluation Tool:      **Abdominal Pain**

Facility: KC5o

Patient Name: Pike     Roy Edward    Edward
         Last         First       MI

Inmate Number: 079888      Date of Birth: 6 / 15 / 34
                                MM DD YYYY

Date of Report: 11 / 23 / 05      Time Seen: 1715 AM / PM Circle One
      MM DD YYYY

**Subjective:** Chief Complaint: I had a big Knot to come up in my Stomach
Onset About 45 minutes ago after I finish eating the
Officer was shaking me down and touch me the right uRQ of my
History and come a knot to come up and start huerting stomach
(Continue on back if necessary) And I have an Aneurism in the uRQ of the Right side
And I have an Aneurism on the left side of my head temple
great pain in head

Pain Description: ☒ Sharp ☐ Dull ☒ Crampy ☐ Burning     Location: ☒ RUQ ☐ LUQ
☐ Intermittent ☐ Constant ☐ Radiation to: ____           ☐ RLQ ☐ LLQ
☒ Other: My Head hurt Constantly           ☐ Epigastric ☐ Diffuse

Last BM: 1 day ☐ Normal ☐ Constipation ☐ Diarrhea x ____ stools Color change: ☒ No ☐ Yes: ____
Associated symptoms: Nausea ☒ No ☐ Yes Vomiting ☒ No ☐ Yes x ____ Painful urination ☒ No ☐ Yes
       Back pain ☒ No ☐ Yes Other: I had Surgery on my back x 2,
I had two disc removed

**Objective:** Vital Signs: (If Indicated) T: 98 P: 75 RR: 20 B/P: 135 / 86

General appearance: ☒ No acute distress ☐ Acute distress ☐ Unable to stand erect ☐ Knees drawn up
Skin: ☒ Warm ☐ Cool ☒ Dry ☐ Moist/clammy Skin Color: ☒ Normal ☐ Pallor ☐ Flushed ☐ Jaundice
Mucous Membranes: ☒ Moist ☐ Dry

**ABDOMINAL EXAM**
Bowel sounds: ☒ Present ☐ Decreased ☐ Absent
Abdomen: ☒ Soft ☐ Guarding ☐ Distended ☐ Non-Tender ☐ Tender RUG
                                           Location
Pain induced/increased with: Walking ☒ No ☐ Yes
Pain induced/increased with: Gentle abdominal palpation ☐ No ☒ Yes

☐ Additional Examination: I has a Aneursym in my head and my
(Continue on back if necessary) head hunt constantly             ☐ Check Here if continued on back

**Assessment:** (Referral Status)     Preliminary Determination(s): See MD
☐ Referral Not Required

☐ Referral Required due to the following: (Check all that apply)
     ☐ Abnormal Vital Signs     ☐ Distended/rigid abdomen     ☐ Persistent Nausea and/or vomiting
     ☐ Bloody or "Tarry" stools     ☐ Pallor, moist clammy skin     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Other: ____
     You should contact a physician or nursing supervisor if you have any questions about the status of the patient.

**Plan:**
Check All That Apply:
☒ Instructions to return if condition worsens or does not improve
☐ Education on bowel elimination    ☐ Education on Lifestyle Modifications to
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and signs and symptoms for which
they should seek additional medical attention. (Persistent vomiting, significant weakness, signs of dehydration, worsening abdominal
pain, fever.) as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ OTC Meds given: ☐ Pepto-Bismol 10-15 cc PO X1 dose (or) ☐ Maalox 30 cc PO X1 dose
☐ Other OTC Medications given ☐ NO ☒ YES (If Yes) List: Tums II & Tylenol II PO qna

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): To See Medical Doctor Date for referral: 11 / 23 / 05
                                                        MM DD YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): ____ Time ____

x Ernestine Tyson LPN     Name: Ernestine Tyson LPN
   Nurses Signature                Printed

**PHS**

## Nursing Evaluation Tool: _____ Headache

Facility: KCF

Patient Name: Pike _____ Roy _____ Edward
         Last        First       MI

Inmate Number: 079888    Date of Birth: 6 / 15 / 34
                                        MM   DD   YYYY

Date of Report: 11 / 23 / 05    Time Seen: 1715    AM / PM Circle One
               MM   DD   YYYY

**Subjective:** Chief Complaint(s): I have a headache. I have a Aneurysm in the head also
Onset: My head hurt Constantly    ☐ New Onset  ☐ Sudden  ☐ Gradual  ☑ Chronic
Activity prior to onset: Ate supper + trash start brisk down my
History: Have aneurysm with suffers six months ago.
(Continue on back if necessary)

Pain Scale: (1-10) 6    Duration of Pain: Constantly    Does anything relieve the pain? Pain Medication  ☐ Check Here if additional notes on back
Description of Pain: ☐ Throbbing  ☑ Sharp  ☐ Pressure  ☐ Dull/Achy  ☐ Other: _____
Location of pain: Lt temple area    Radiation: ☐ No Radiation  ☑ Radiation to: middle of head
Associated Symptoms: Nausea ☑ NO  ☐ YES  Vomiting ☑ No  ☐ Yes (x____)    ☐ Visual Changes  ☐ Photophobia
                     Dizziness ☑ No  ☐ Sinus Problems  ☐ Other: _____
Worst Headache: ☐ NO  ☑ YES    Prior Headache history: ☐ NO  ☑ YES Has aneurysm in Head
History of Head Injury? ☑ NO  ☐ YES(if Yes): LOC? ☑ NO  ☐ YES    Confusion: ☑ NO  ☐ YES    Seizures: ☑ NO  ☐ YES
Meds taken: ☐ NO  ☑ YES NO    Trauma sustained in altercation with custody staff, or other inmate? ☐ NO  ☐ YES (Requires notification of correctional staff)

**Objective:** Vital Signs: (As Indicated) T: 98  P: 75  RR: 20  B/P: 135 / 86
General Appearance: ☑ No acute distress  ☑ Alert  ☑ Oriented x ___  ☐ Confused  ☐ Lethargic
                    ☐ Irritable / Agitated    ☑ Normal facial symmetry  ☑ YES  ☐ NO:
Skin: ☑ Warm  ☐ Cool  ☑ Dry  ☐ Moist/clammy  Skin Color: ☑ Normal  ☐ Pallor  ☐ Flushed  ☐ Jaundice
Pupil: ☑ PERRL    ☐ Pupils unequal/abnormal: _____
Neck: ☑ Supple with no meningeal signs  ☐ Stiff neck
Musculoskeletal: ☑ Symmetric with no weakness  ☐ Asymmetric/Weakness: _____
         Gait: ☑ Able to walk/normal gait  ☐ Difficulty walking or abnormal gait
Signs of substance abuse: ☑ NO  ☐ YES: _____
☐ Additional Examination: NO
Continue on back if necessary

**Assessment: (Referral Status)**    Preliminary Determination(s): aneurysm in abd + Headache
  ☐  **Referral NOT Required**
  ☐  **Referral Required** due to the following: (Check all that apply)
     ☐ Abnormal Vitals       ☐ Visual disturbances   ☐ Dizziness        ☐ Recurrent Complaint (More than 2 visits)
     ☐ Altered mental status ☐ Unequal pupils        ☐ Nausea/vomiting,
     ☐ Recent Head Injury    ☐ + Meningeal signs     ☐ B/P systolic > 160, diastolic > 95
        **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Isolation for contagious conditions (communicable).
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Instructions to return if condition worsens.  ☐ Return if no improvement within 24 hours or condition worsens.
☐ Other: _____

OTC Medications given  ☐ NO  ☑ YES (If Yes List): Tylenol 650 mg
Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): To See MD    Date for referral: 11 / 23 / 05
                                                                              MM   DD   YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____ Time _____

X Ernestine Tyson LPN    Name: Ernestine Tyson LPN
  Nurses Signature              Printed

Facility Name:

Month/Year of Charting:

Percogesic X $\overline{II}$
TID X 10 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 12/15/06    Prescriber: Siddig
Stop Date: 12/25/06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-----------|-------------------|---------|-------------------|---------|---------------------|
| | Jamison | J | Roberts | SR | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKDA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Dillard, Roy | | Date of Birth: 6-15-31 | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 12/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Phenytoin Sodium Ext(UDL Card) ( for Dilantin ) 100MG Cap    90.00**

Take 1 capsule(s) by mouth Three Times Daily

Hours: 0400, 1100, 1700

Start Date: 09-06-2006
Stop Date: 03-04-2007
Prescriber: Siddiq, Tahir
RX #: 251906546

**Diphenhydramine HCl ( for Benadryl ) 50MG Cap    30.00**

Take 1 capsule(s) by mouth at bedtime

Hour: 1700

Start Date: 09-06-2006
Stop Date: 03-04-2007
Prescriber: Siddiq, Tahir
RX #: 251908026

**Verapamil HCl CR ( for Calan SR ) 240MG Tab CR    30.00**

Take 1 tablet(s) by mouth daily

Hour: 0400

Start Date: 09-06-2006
Stop Date: 03-04-2007
Prescriber: Siddiq, Tahir
RX #: 251906548

**Ranitidine HCl ( for Zantac ) 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Hours: 0400, 1700

Start Date: 11-27-2006
Stop Date: 05-19-2007
Prescriber: Siddiq, Tahir
RX #: 252147962

Cipro 500mg ± po Bid x10 days

Hours: 0400, 1700

Start Date: 12-6-06
Stop Date: 12- -06
Prescriber: Siddiq
RX #:

Percogesic ± po tidy 10 days

Hours: 0400, 1100

Start Date: 12-6-06
Stop Date:
Prescriber:
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Allergies: NKA

Housing Unit: Population
Patient ID Number: 079888
Patient Name: **Pike, Roy**
Date of Birth: **06-15-1934**

II 8H

| Facility Name: BCCF | | | | | | | | | | | | | Month/Year of Charting: 11/06 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Cipro 500mg po | 0800 | | | | | | | | | | | | | | | | JK | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | JK | | | | | | | | | | | | | | | |

Start Date: 11/16/06   Prescriber: Siddig
Stop Date: 11/16/06   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cipro 500mg po | 0600 | | | | | | | | | | | | | | | | JK | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | I | | | | | | | | | | | | | | | |

Start Date: 11/17/06   Prescriber: Siddig
Stop Date: 11/17/06   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fleets enema x1 | 0500 | | | | | | | | | | | | | | | | JK | | | | | | | | | | | | | | | |

Start Date: 11/17/06   Prescriber: Siddig
Stop Date: 11/17/06   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 300mg po bid x 180days | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11/20/06   Prescriber: Siddig
Stop Date: 5/20/07   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:   Prescriber:
Stop Date:   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | R. Prince RN | PK | Geryn LPN | M | 1. Discontinued Order |
| Allergies NKDA | C. James LPN | CJ | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: population | | | | | 6. Self Administered |
| Patient ID Number: 079888 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Pike, Roy | | | | | 9. No Show |
| | | Date of Birth: | 6/15/84 | | 10. Other |

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 11/06 |

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 11/06

**Ranitidine HCl ( for zantac ) 150MG Tab   60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 05-31-2006
Stop Date: 11-02-2006
Prescriber: Siddiq, Tahir
RX #: 251570858

**Phenytoin Sodium Ext(UDL Card) ( for Dilantin ) 100MG Cap   90.00**

Take 1 capsule(s) by mouth Three Times Daily

Start Date: 09-06-2006
Stop Date: 03-04-2007
Prescriber: Siddiq, Tahir
RX #: 251906546

**Diphenhydramine HCl ( for Benadryl ) 50MG Cap   30.00**

Take 1 capsule(s) by mouth at bedtime

Start Date: 09-06-2006
Stop Date: 03-04-2007
Prescriber: Siddiq, Tahir
RX #: 251908026

**Verapamil HCl CR ( for Calan SR ) 240MG Tab CR   30.00**

Take 1 tablet(s) by mouth daily

Start Date: 09-06-2006
Stop Date: 03-04-2007
Prescriber: Siddiq, Tahir
RX #: 251906548

**Ventolin inhaler use as directed x90dys**

Start Date: 11-7-06
Stop Date: 2-7-07
Prescriber: Siddiq

**Tytenol 650 x PO HCl x 10dys**

Start Date: 11-7-06
Stop Date: 11-17-06
Prescriber: Siddiq

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | O James LPN | CJ | P. Megum LPN | PP | 1. Discontinued Order |
| Allergies | | | S. Hodges RD | JH | 2. Refused |
| NKA | | | D. Regan LPN | DR | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 079888 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Pike, Roy | Date of Birth: | 06-15-1934 | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bullock | | Month/Year of Charting: 10/06 |

**Zantac 150g po bid x180 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | q | q | q | q | q | | q | q | q | q | q | | | | | | | | q | q | q | | q | q | q | q | q | q | q | | q |
| 1700 | | | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q |

Start Date: 5-31-06    Prescriber: Sidd
Stop Date: 11-2-06    RX #:

**Tenormin 50g po qdg x180 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700 | | | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q |

Start Date: 9-01-06    Prescriber: Sidd
Stop Date: 3-01-07    RX #:

**Isosorbide 10g po tid x180 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | q | q | q | q | q | q | q | q | q | q | q | | q | q | q | q | q | q | q | q | q | q | q | | | | | | | | q |
| 1100 | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | | | | | | | | | | |
| 1700 | | | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q |

Start Date: 9-01-06    Prescriber: Sidd
Stop Date: 3-01-07    RX #:

**Mevacor 40g po qdg x180 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700 | | | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q |

Start Date: 9-01-06    Prescriber: Sidd
Stop Date: 3-01-07    RX #:

**ASA 325g po qdg x180 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700 | | | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q | q |

Start Date: 9-01-06    Prescriber: Sidd
Stop Date: 3-01-07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | V.Smith LPN | V | D.Rogers RN | | 1. Discontinued Order |
| Allergies | Holly | TH | Musso | M | 2. Refused |
| NKA | C.Robbins | R | | | 3. Patient out of facility |
| Housing Unit: | C.James RN | CJ | | | 4. Charted in Error |
| Patient ID Number: 079888 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Pike, Roy | | | Date of Birth: | | 7. Medication out of Stock |

7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 09/06 |

**zantac 150MG Tab      60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 05-31-2006
Stop Date: 11-02-2006
Prescriber: Siddiq, Tahir
RX #: 251570858

**Tenormin 50y PO QdS**
**x 180 dys**

Start Date: 9-01-06
Stop Date: 3-01-07
Prescriber: Sidq

**Isorsobide 10y PO**
**tid x 180 dys**

Start Date: 9-01-06
Stop Date: 3-01-07
Prescriber: Sidq

**Mevacor 40y PO QdS**
**x 180 dys**

Start Date: 9-01-06
Stop Date: 3-01-07
Prescriber: Sidq

**ASA 325 mg PO QdS**
**x 180 dys**

Start Date: 9-01-06
Stop Date: 3-01-07
Prescriber: Sidq

**Percogesic i tabs**
**PO tid x 10 dys**

Start Date: 8-29-06
Stop Date: 9-8-06
Prescriber: Sidq

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Smith LPN | KS | Waller | | 1. Discontinued Order |
| Allergies | Holly | AH | Gosling LPN | M | 2. Refused |
| NKA | Kevin Long | A | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 079888 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Pike, Roy** | | Date of Birth: | 06-15-1934 | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: BCCF

Percogesic ii PO
TID x10days

Start Date: 8/29/06    Prescriber: Siddiq
Stop Date: 9/8/06    RX #:

Debrox Eardrops
X20days

Start Date: 8/29/06    Prescriber: Siddiq
Stop Date: 9/17/06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|
| J Appling LPN | 7A | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of S |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Diagnosis

Allergies

Housing Unit:
Patient ID Number: 079888
Patient Name:

Date of Birth:

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 08/06

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Tenormin 50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-10-2006

Stop Date: 08-08-2006

Prescriber: Siddiq, Tahir

RX #: 251163009

**Isordil Titradose 10MG Tab    90.00**

Take 1 tablet(s) by mouth Three Times Daily

Hours: 0400, 1100, 1700

Start Date: 02-10-2006

Stop Date: 08-08-2006

Prescriber: Siddiq, Tahir

RX #: 251163012

**Mevacor 40MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Hour: 1700

Start Date: 02-10-2006

Stop Date: 08-08-2006

Prescriber: Siddiq, Tahir

RX #: 251163054

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Hours: 1100, 1700

Start Date: 05-31-2006

Stop Date: 11-02-2006

Prescriber: Siddiq, Tahir

RX #: 251570858

ASA 325mg 1 PO qd X 180 days

Hour: 1100

Start Date: 2-9-06

Stop Date: 8-9-06

Prescriber: Siddiq

RX #:

Percogesic 1 PO Tid X 10 days

Hours: 0400, 1100, 1700

Start Date: 8-17-06

Stop Date: 8-27-06

Prescriber: Siddiq

RX #:

Diagnosis

Allergies

Housing Unit: Population

Patient ID Number: 079888

Patient Name:

**Pike, Roy**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 06-15-1934

| Facility Name: Bullock Correctional Facility | Month/Year of Charting: 07/06 |

**Tenormin 50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-10-2006
Stop Date: 08-08-2006
Prescriber: Siddiq, Tahir
RX #: 251163009

**Isordil Titradose 10MG Tab    90.00**

Take 1 tablet(s) by mouth Three Times Daily

Start Date: 02-10-2006
Stop Date: 08-08-2006
Prescriber: Siddiq, Tahir
RX #: 251163012

**Mevacor 40MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-10-2006
Stop Date: 08-08-2006
Prescriber: Siddiq, Tahir
RX #: 251163054

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 05-31-2006
Stop Date: 11-02-2006
Prescriber: Siddiq, Tahir
RX #: 251570858

ASA 325mg i
PO q day
X 180 days

Start Date: 2/9/06
Stop Date: 8/9/06
Prescriber: Siddiq

Mevacor tab i
trd X 180 days

Start Date:
Stop Date:
Prescriber:
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| --- | --- | --- | --- | --- | --- |
| Allergies: NKDA | Dorothy Clayton | | | | 1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other |
| Housing Unit: Population | | | L. Kuoh | L.K | |
| Patient ID Number: 079888 | | | | | |
| Patient Name: **Pike, Roy** | | | Date of Birth: 06-15-1934 | | |

| Facility Name: BCCF | | | | | | | | | | | | | Month/Year of Charting: 7/06 | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Albuterol / Inhaler X 90 days**

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date: 5/8/16   Prescriber: Sloan
Stop Date: 9/2/16   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: NKDA | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 079888 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: _BCCF_ | Month/Year of Charting: _6/06_ |
|---|---|

Albuterol
Inhaler X
90 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

K
O
P

Start Date: 5/2/06    Prescriber: Singh
Stop Date: 8/2/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies: NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 00-029488 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| D. Roy | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

I a y I

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 06/06 |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Tenormin 50MG Tab   30.00**
Take 1 tablet(s) by mouth daily

Start Date: 02-10-2006
Stop Date: 08-08-2006
Prescriber: Siddiq, Tahir
RX #: 251163009

**Isordil Titradose 10MG Tab   90.00**
Take 1 tablet(s) by mouth Three Times Daily

Start Date: 02-10-2006
Stop Date: 08-08-2006
Prescriber: Siddiq, Tahir
RX #: 251163012

**Mevacor 40MG Tab   30.00**
Take 1 tablet(s) by mouth daily

Start Date: 02-10-2006
Stop Date: 08-08-2006
Prescriber: Siddiq, Tahir
RX #: 251163054

ASA 325g
⊤ po q day
X 180 days

Start Date: 2/9/06
Stop Date: 8/9/06
Prescriber: Siddiq
RX #:

Zantac 150g
PO Bid X
180 days

Start Date: 5/2/06
Stop Date: 11/2/06
Prescriber: Siddiq
RX #:

Unasto ⊤ po
t i d X 180 days

Start Date: 5/2/06
Stop Date: 15/2/06
Prescriber: Siddiq
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies  NKDA | | | | | 2. Refused |
| | | BP | Lisi Pugh | LK | 3. Patient out of facility |
| | Dorothy Cunningham | DC | P. Smith | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 079888 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Pike, Roy** | | Date of Birth: 06-15-1934 | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Bullock        Month/Year of Charting: May 2006

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Percogesic ½ PO TID**
**x 10 day**

Hour row: 0400 → ... S
1100 → ... T
1700 → 99 ... O
P

Start Date: 5-2-06     Prescriber: Siddiq
Stop Date: 5-12-06     RX #:

**Zantac 150 g PO BID**
**x 180 day**

1100 → ...
1700 → 99 ...

Start Date: 5-2-06     Prescriber: Siddiq
Stop Date: 11-2-06     RX #:

**Maalox ½ PO TID**
**x 180 day**

0400 → ...
1100 → ...
1700 → 99 ...

Start Date: 5-2-06     Prescriber: Siddiq
Stop Date: 11-2-06     RX #:

**Albuterol Inhaler**
**x 90 day**

K
O
P

Start Date: 5-2-06     Prescriber: Siddiq
Stop Date: 8-2-06     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

Start Date:     Prescriber:
Stop Date:     RX #:

Diagnosis

Allergies NKA

Housing Unit:
Patient ID Number: 079888
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Taylor | KT | Jsmith | JS |
| BHW | JS | Bhenum | BF |
| Dorothy Crimean | DC | Leisi Kuoh | LK |
|  | V | V Riggins LPN | VR |

Date of Birth:

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | Month/Year of Charting: 05/06 | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Tenormin 50MG Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-10-2006      Prescriber: Siddiq, Tahir
Stop Date: 08-08-2006      RX #: 251163009

**Isordil Titradose 10MG Tab     90.00**

Take 1 tablet(s) by mouth Three Times Daily

Start Date: 02-10-2006      Prescriber: Siddiq, Tahir
Stop Date: 08-08-2006      RX #: 251163012

**Mevacor 40MG Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-10-2006      Prescriber: Siddiq, Tahir
Stop Date: 08-08-2006      RX #: 251163054

**Elavil 150MG Tab     30.00**

Take 1 tablet(s) by mouth at bedtime

Start Date: 03-31-2006      Prescriber: Whatley MHM, R.
Stop Date: 06-28-2006      RX #: 251357899

ASA 325 mg
↑ po q day.
x 180 day

Start Date: 2/9/06      Prescriber: Sidiq
Stop Date: 8/9/06      RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 079888 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| **Pike, Roy** | | Date of Birth: 06-15-1934 | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: BCCF     Month/Year of Charting: 4/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maalox 10cc PO tid | 0400 | | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 100 | | | | | | 7 | 8 | N | | | | | | | | | | | | | | | | | | | | | | | | |
| | 700 | K | K | K | K | K | K | K | K | 2 | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 3/27/06   Prescriber: Seddeg
Stop Date: 4/6/06   RX #:

| Zantac 150mg tab ÷ PO bid | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 700 | K | K | K | K | K | | | | | | | | | K | K | K | | | | | | | | | | | | | | | | |

Start Date: 3/27/06   Prescriber: Seddeg
Stop Date: 4/27-06   RX #:

| Phenergan 25mg ÷ PO tid | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0400 | | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 700 | K | K | K | K | K | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 3/27/06   Prescriber: Seddeg
Stop Date: 4/6/06   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Diagnosis:

Allergies: NKA

Housing Unit:
Patient ID Number: 079888
Patient Name: Pike Ray

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | ym | | | 1. Discontinued Order |
| | | E smith | | 2. Refused |
| Dorothy | DC | | | 3. Patient out of facility |
| | | J. Alvice, lpn | JA | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 04/06 |
|---|---|---|

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| **Elavil 50MG Tab  90.00**<br><br>Take 1 to 3 tablet(s) by mouth daily | | D/C |
| | Start Date: 01-11-2006 | Prescriber: Sanders MHM, W. |
| | Stop Date: 07-09-2006 | RX #: 251061202 |
| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| **Tenormin 50MG Tab  30.00**<br><br>Take 1 tablet(s) by mouth daily | 1100 | |
| | Start Date: 02-10-2006 | Prescriber: Siddiq, Tahir |
| | Stop Date: 08-08-2006 | RX #: 251163009 |
| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
| **Isordil Titradose 10MG Tab  90.00**<br><br>Take 1 tablet(s) by mouth Three Times Daily | 0900<br>1100<br>1700 | |
| | Start Date: 02-10-2006 | Prescriber: Siddiq, Tahir |
| | Stop Date: 08-08-2006 | RX #: 251163012 |
| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
| **Mevacor 40MG Tab  30.00**<br><br>Take 1 tablet(s) by mouth daily | 1700 | |
| | Start Date: 02-10-2006 | Prescriber: Siddiq, Tahir |
| | Stop Date: 08-08-2006 | RX #: 251163054 |
| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
| ASA 325 mg =<br>PO g day X 180 days. | 1100 | |
| | Start Date: 2/9/06 | Prescriber: Sidd. |
| | Stop Date: 8/9/06 | RX #: |
| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | | OS | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |
| | | DC | | |
| Housing Unit: Population | | | | |
| Patient ID Number: 079888 | | | | |
| Patient Name: | | | | |
| **Pike, Roy** | | | Date of Birth: **06-15-1934** | |

| Facility Name: Bullock Correctional Facility | | | | | | | | | | | | | | Month/Year of Charting: 03/06 | | | | | | | | | | | | | | | | |

**Elavil 50MG Tab    90.00**

Take 1 to 3 tablet(s) by mouth daily

Start Date: 01-11-2006    Prescriber: Sanders MHM, W.
Stop Date: 07-09-2006    RX #: 251061202

**Tenormin 50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-10-2006    Prescriber: Siddiq, Tahir
Stop Date: 08-08-2006    RX #: 251163009

**Isordil Titradose 10MG Tab    90.00**

Take 1 tablet(s) by mouth Three Times Daily

Start Date: 02-10-2006    Prescriber: Siddiq, Tahir
Stop Date: 08-08-2006    RX #: 251163012

**Mevacor 40MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-10-2006    Prescriber: Siddiq, Tahir
Stop Date: 08-08-2006    RX #: 251163054

**Phenergan 25MG Tab    30.00**

Take 1 tablet(s) by mouth Three Times Daily

Start Date: 02-23-2006    Prescriber: Siddiq, Tahir
Stop Date: 03-04-2006    RX #: 251206886

**Imodium 2MG Cap    30.00**

Take 1 capsule(s) by mouth Three Times Daily

Start Date: 02-23-2006    Prescriber: Siddiq, Tahir
Stop Date: 03-04-2006    RX #: 251206888

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 079888 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Pike, Roy | | | Date of Birth: 06-15-1934 | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 03/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

zantac 150MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date: 11-24-2005    Prescriber: McArthur, D.
Stop Date: 03-03-2006    RX #: 250913120

Combivent 103-18MCG/ACT Aerosol 1

Inhale 2 puff(s) by mouth four times daily

Start Date: 11-24-2005    Prescriber: McArthur, D.
Stop Date: 03-03-2006    RX #: 250913121

ASA 325mg ĩ
po qd X 180dy

Start Date: 2/9/06    Prescriber: Siddiq
Stop Date: 8/9/06    RX #:

Elavil 150mg
po qHS X
90 days

Start Date: 1/5/06    Prescriber: SAndus
Stop Date: 4/5/06    RX #:

Elavil 150mg qhs x
90 days

Start Date: 3/30/06    Prescriber: Whatley
Stop Date: 6/30/06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | LEISI KUOH | L-K | Bennette | BP | 1. Discontinued Order |
| | | | Smith | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKA | | | | | 4. Charted in Error |
| | R.thomas | Rt | B.d Parker | M | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 079888 | | | | | 7. Medication out of Stoc |
| Patient Name: | | | | | 8. Medication Held |
| Pike, Roy | | | Date of Birth: | 06-15-1934 | 9. No Show / 10. Other |

Facility Name:

Month/Year of Charting:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Maalox 10cc PO TID x 10 days**

| Hour |
|---|
| 0400 |
| 1100 |
| 1700 |

Start Date: 3/27/06   Prescriber: Siddiq
Stop Date: 4/6/06     RX #:

**Zantac 150mg PO BID x 30 days**

| Hour |
|---|
| 1100 |
| 1700 |

Start Date: 3/27/06   Prescriber: Siddiq
Stop Date: 4/27/06    RX #:

**Phenergan 25mg PO TID x 10 days**

| Hour |
|---|
| 0400 |
| 1100 |
| 1700 |

Start Date: 3/27/06   Prescriber: Siddiq
Stop Date: 4/6/06     RX #:

Start Date:    Prescriber:
Stop Date:     RX #:

Start Date:    Prescriber:
Stop Date:     RX #:

Start Date:    Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies NKDA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: O 79888 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | Date of Birth: 6/15/24 | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Bullock          I G U          Month/Year of Charting: 2/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Mevacor 40mg qd x 180 days** — 1700

Start Date: 2/9/06   Stop Date: 8/9/06   Prescriber: Siddig   RX #:

**ASA 325 ‾ po qd x 180 days** — 1100

Start Date: 2/9/06   Stop Date: 8/9/06   Prescriber: Seddig   RX #:

**Tenormin 50mg ‾ po qd x 180 days** — 11

Start Date: 2/9/06   Stop Date: 8/9/06   Prescriber: Siddig   RX #:

**Isodil 10mg ‾ po tid g‾ x 180 days** — 0400 / 1100 / 1700

Start Date: 2/9/06   Stop Date: 8/9/06   Prescriber: Seddig   RX #:

**Phenergan 25y ‾ po tid x 10 dys** — 0400 / 1100 / 1700

Start Date: 2-21-06   Stop Date: 3-3-06   Prescriber: Siddig   RX #:

**Imodium ‾ cap po tid x 10 dys** — 0400 / 1100 / 1700

Start Date: 2-21-06   Stop Date: 3-3-06   Prescriber: Siddig   RX #:

Diagnosis:

Allergies: NKA

Housing Unit:

Patient ID Number: 079898

Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

| Documentation Codes |
|---|
| 1. Discontinued Order |
| 2. Refused |
| 3. Patient out of facility |
| 4. Charted in Error |
| 5. Lock Down |
| 6. Self Administered |
| 7. Medication out of Stock |
| 8. Medication Held |
| 9. No Show |
| 10. Other |

Date of Birth:

IG II

| Facility Name: Bullock Correctional Facility | | Month/Year of Charting: 02/06 |
|---|---|---|

**Elavil 50MG Tab    90.00**

Take 1 to 3 tablet(s) by mouth daily

*See New Order Bela*

Start Date: 01-11-2006
Stop Date: 07-09-2006
Prescriber: Sanders MHM, William
RX #: 251061202

**Ventolin 90MCG/ACT Aerosol Soln**
1

Use as directed

Start Date: 01-19-2006
Stop Date: 07-17-2006
Prescriber: Siddiq, Tahir
RX #: 251087111

**Mevacor 40MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

*See New Order*

Start Date: 01-19-2006
Stop Date: 07-17-2006
Prescriber: Siddiq, Tahir
RX #: 251087836

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 11-24-2005
Stop Date: 03-03-2006
Prescriber: McArthur, Donald
RX #: 250913120

**Combivent 103-18MCG/ACT Aerosol**
1

Inhale 2 puff(s) by mouth four times daily

Start Date: 11-24-2005
Stop Date: 03-03-2006
Prescriber: McArthur, Donald
RX #: 250913121

Elavil 150m
po q HS x
90 days

Start Date: 1/5/06
Stop Date: 4/5/06
Prescriber: Sander

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies   NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit:   RTU (MHM) | | | | | 5. Lock Down |
| | | | | | 6. Self Administered |
| Patient ID Number: 079888 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| **Pike, Roy** | | Date of Birth: | **06-15-1934** | | 10. Other |

| Facility Name: | Kilby Correctional Facility | | Month/Year of Charting: | 01/06 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

0900 / 1600

Start Date: 11-24-2005    Prescriber: McArthur, Donald
Stop Date: 03-03-2006    RX #: 250913120

**Combivent 103-18MCG/ACT Aerosol 1**

Inhale 2 puff(s) by mouth four times daily

Start Date: 11-24-2005    Prescriber: McArthur, Donald
Stop Date: 03-03-2006    RX #: 250913121

↑ Elavil 150mg po qhs x 90 days

1700

Start Date: 1/05/06    Prescriber: Sanders
Stop Date: 4/05/06    RX #:

Ventolin inhaler x180cfs

Start Date: 1-18-06    Prescriber: Sidq
Stop Date: 7-18-06    RX #:

Advil 800g PO tid x10d8

0400 / 100 / 12W

Start Date: 1-18-06    Prescriber: Sidq
Stop Date: 1-28-06    RX #:

Mevacor 20g PO tid x180dgs

1400

Start Date: 1-18-06    Prescriber: Sidq
Stop Date: 7-18-06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies  NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit:  Population | | | | | 6. Self Administered |
| Patient ID Number:  079888 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| **Pike, Roy** | | Date of Birth: | **06-15-1934** | | 9. No Show / 10. Other |



**MHM CORRECTIONAL SERVICES, INC.**
PROVIDING ON-SITE MENTAL HEALTHCARE

## NON-FORMULARY REQUEST FORM

_____ EMERGENCY                                        X  NON-EMERGENCY

**INSTITUTION** _BCCF_

**INMATE NAME** _Pike, Ron E_                **INMATE #** _079888_

**DRUG/DOSE REQUESTED:** _Effexor 50 - 150 qd_

**ESTIMATED DURATION OF TREATMENT:** _180d_

**REASON FOR NON-FORMULARY DRUG REQUEST (MUST INCLUDE DIAGNOSIS):**

_Elderly Korean War combat vet c chronic pain from_
_injuries + chronic depression. Respond in both_
_cases to Effexor_

**LIST OF FORMULARY AGENTS/DOSES ALREADY TRIED (MUST INCLUDE DOSE, DURATION, AND SPECIFIC REASONS FOR FAILURE):**

_New pt.   Wish to cont._

**LIST OF CURRENT MEDICATIONS (INCLUDE DOSE AND FREQUENCY):**

_Effexor 150g qd HS_

**ORDERING PHYSICIAN'S SIGNATURE:**

_[signature]_                                        **DATE** _1/10/06_

MHM Correctional Services
Dr. Bill Sanders

**APPROVED (YES / NO)**                **APPROVAL DATE** _1/10/06_

_[signature]_

**SIGNATURE**
**comments:**

*NOTE: File under most recent MAR

_4_

12/05

| Facility Name: | | | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Elavil 75mg Q HS x 30 days**

Hour: 2000

Start Date: 11/30/5  Prescriber: Brendon
Stop Date: 12/30/5  RX #:

**Zontac 150g po Bid X 100d**

Hour: 0900 / 1600

Start Date: 11/22/5  Prescriber:
Stop Date: 3/4/6  RX #:

**Combivent MDI ii puffs QID X 100 d.**

Start Date: 11/23/5  Prescriber:
Stop Date: 3/5/6  RX #:

**Tylenol 650g po. Bid Prn X 30d.**

Start Date: 11/8/5  Prescriber:
Stop Date: 12/8/5  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies **NKA** | | | | | 1. Discontinued Order 2. Refused 3. Patient out of facility 4. Charted in Error 5. Lock Down 6. Self Administered 7. Medication out of Stock 8. Medication Held 9. No Show 10. Other |

Housing Unit:
Patient ID Number: **179888**
Patient Name:

Date of Birth:

# of C

Facility Name: KCF   Month/Year or Charting: 11/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Zantac 150mg 0900
po BID x100d 1800

Start Date: 11-22-05   Prescriber: McArthur PA
Stop Date: 3-4-06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Combivent MDI
II puffs QID x
100d

Start Date: 11-23-05   Prescriber: McArthur PA
Stop Date: 3-5-06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Elavil 75mg QHS
x 30 days   2100

Start Date: 11/24/05   Prescriber: Beachum
Stop Date: 12/30/05   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies NKDA | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 079888 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | Date of Birth: 10-15-36 | | | 10. Other |

# MHM CORRECTIONAL SERVICES, INC.

PROVIDER OF HEALTH MENTAL HEALTHCARE

## NON-FORMULARY REQUEST FORM

✓ EMERGENCY          ___ NON-EMERGENCY

INSTITUTION _Kilby_

INMATE NAME _Pike, Rob_     INMATE #: _175876_

DRUG/DOSE REQUESTED: _Elavil 50-100mg/day_

ESTIMATED DURATION OF TREATMENT _180+ days_

REASON FOR NON-FORMULARY DRUG REQUEST
(MUST INCLUDE DIAGNOSIS)

_Chronic Anxiety (Dysthymic Mood - MDCR_
_Resp. to multiple Hx w/ wkg med... (Axis III - 1451)_
_+ amitriptyline / Imam dose access (See ...)_

LIST OF FORMULARY AGENTS/DOSES ALREADY TRIED: (MUST INCLUDE
DOSE, DURATION, AND SPECIFIC REASONS FOR FAILURE)

_Celexa - 24 Ry - not Allevia_
_+ Xanax, Librium, + Elavil - ... on_
_Elavil has good response in Past_

ORDERING PHYSICIAN: _Needham_
MHM Correctional Services     DATE: _11/26/05_

_____

APPROVED (YES/NO) _____     APPROVAL DATE _11/29/05_ (X 180 D)

SIGNATURE _Hunter MD / Hunter MD_

COMMENTS: _____

_____

* NOTE: File under most recent MAR

MHM
CORRECTIONAL
SERVICES, INC.

PROVIDING ON-SITE MENTAL HEALTHCARE

# NON-FORMULARY REQUEST FORM

✓ EMERGENCY                    _____ NON – EMERGENCY

INSTITUTION _Kilby_

INMATE NAME _Pike, Roy_                    INMATE #: _175888_

DRUG/DOSE REQUESTED: _Elavil 50-100mg/day._

ESTIMATED DURATION OF TREATMENT _180+ days_

REASON FOR NON-FORMULARY DRUG REQUEST
(MUST INCLUDE DIAGNOSIS)
_Chronic Anxiety / Disturbance Mood - much_
_assoc to multiple War Wounds (Korea - 1951)_
_+ confirmed Lumbar Disc Disease (2° to fall)_
_all very chronic_

LIST OF FORMULARY AGENTS/DOSES ALREADY TRIED: (MUST INCLUDE
DOSE, DURATION, AND SPECIFIC REASONS FOR FAILURE)
_Opioids - by Rx - but Abused._
_+ Xanax, Klonopin, & Elavil - as it on_
_Elavil has been effective in past._

ORDERING PHYSICIAN SIGNATURE:                    DATE: _11/26/06_

Dr. R Beecham
MHM Correctional Services

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

APPROVED (YES / NO)          APPROVAL DATE _____

SIGNATURE _____

COMMENTS: _____
_____
_____

* NOTE: File under most recent MAR

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Pike, Roy | Inmate Number: | 079888PI |
|---|---|---|---|
| Service Authorized: | X-Ray: Scan | Effective Dates: | 11/28/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16726577 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105West Park Drive, #200
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

\

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | Date | Time |
|---|---|---|---|
| Reviewed and Signed By Medical Director: | | Date | Time |

Carmicheal Imag
4147 Carmicheal Road
Montgomery, AL
387-1100
February 8    at 9³⁰Am

11/28/2006

**UTILIZATION MANAGEMENT REFERRAL REVIEW FORM**

Form
Please send this form ... be Complete and Legible. You must Type or Pr...
... Authorization Letter to the service provider at the ... the Appointment

## DEMOGRAPHICS

| | |
|---|---|
| **Site Name & Number:** BULLOCK 832 | **Patient Name: (Last, First)** PIKE, ROY | **Date: (mm/dd/yy)** 11/08/06 |

**Site Phone #** ( 3 3 4 ) 7 3 8 - 5 6 2 5

**Alias: (Last, First)**

**Date of Birth: (mm/dd/yy)** 06/15/34

**Site Fax #** ( 3 3 4 ) 7 3 8 - 8 7 6 3

**Inmate #** 079888

**PHS Custody Date: (mm/dd/yy)** / /

**Will there be a charge?** ☑ Yes ☐ No   **Sex** ☑ Male ☐ Female

**SS Number**

**Potential Release Date: (mm/dd/yy)** 04/08/19

**Responsible party:** ☑ MG  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

**History of illness/injury/symptoms with Date of Onset:**
Inmate c̄ Prostatic Ca
meds  Bwel Suar

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☑ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☐ Urgent

**Results of a complaint directed physical examination:**
Prostatic Ca

**Estimated Date of Service (mm/dd/yy)** / /
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other:

**Specialist referred to:** IMI

**Type of Consultation, Treatment, Procedure or Surgery:**
Bone Scan

**Previous treatment and response (including medications):**
Advil

**Diagnosis:** Prostatic Ca
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** / /

**Regional Medical Director Signature, printed name and date required:**

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**
/ / (mm/dd/yy)

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form



# STATE OF ALABAMA
# INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama
(877) 231-7239

Prison Health Services
Telephone (334) 395-5973
Toll Free (877) 279-1335
Fax (334) 395-8156

12/13/2006

| | |
|---|---|
| Inmate Name | PIKE , ROY EDWARD |
| Facility Name | BULLOCK CORRECTIONAL FACILITY |
| Facility Address1 | POB 5107 |
| Facility Address2 | |
| City | UNION SPRINGS |
| State | AL |
| Zipcode | 36089 |

Inmate #    00079888

## * Attention Health Care Provider *

**For Hospital/Facility Claims:**

All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624652640** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**

All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973   Ext 14

**For charges not covered under SEIB - BC/BS Program:**

For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Pike, Roy | **Inmate Number:** | 079888PI |
| **Service Authorized:** | X-Ray: Scan | **Effective Dates:** | 11/28/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16726577 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

*Pt. refused to have Bone scan*

*Amber A. Scales*

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

*Carmicheal Imag
4147 Carmicheal Road
Montgomery, AL
387-1100
December 15 at 8:30 am*

11/28/2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** BULLOCK 832 | **Patient Name: (Last, First)** IKE, ROY | **Date: (mm/dd/yy)** 11, 08, 06 |
| **Site Phone #** ( 3 3 4 ) 7 3 8 - 5 6 2 5 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 06, 15, 34 |
| **Site Fax #** ( 3 3 4 ) 7 3 8 - 8 7 6 3 | **Inmate #** 079888 | **PHS Custody Date: (mm/dd/yy)** / / |
| **Will there be a charge?** ☑ Yes ☐ No   **Sex** ☑ Male ☐ Female | **SS Number** - - | **Potential Release Date: (mm/dd/yy)** 04, 08, 19 |

**Responsible party:** ☑ PHS   ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☑ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___ / ___ / ___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation Therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other:

**Specialist referred to:** I M I

**Type of Consultation, Treatment, Procedure or Surgery:**
Bone Scan

**Diagnosis:** Prostatic Ca
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form

☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset:**
Inmate c̄ Prostatic Ca
needs Bone Scan

**Results of a complaint directed physical examination:**
Prostatic Ca

**Previous treatment and response (including medications):**
relief

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☑ Offsite Service Recommended and Authorized

**Date resubmitted:** ___ / ___ / ___

**Regional Medical Director Signature, printed name and date required:**

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|
| | | | |

05a - UM Referral review form

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Pike, Roy | Inmate Number: | 079888PI |
|---|---|---|---|
| Service Authorized: | X-Ray: Scan | Effective Dates: | 11/28/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16726577 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

Carmicheal Imag.
4147 Carmicheal Road
Montgomery, AL
387-1100
December 15 at 8:30 pm

11/28/2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** BULLOCK 832 | **Patient Name: (Last, First)** PIKE, ROY | **Date: (mm/dd/yy)** 11,28,06 |
| **Site Phone #** (334) 738 - 5625 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 06,15,34 |
| **Site Fax #** (334) 738 - 8763 | **Inmate #** 079888 | **PHS Custody Date: (mm/dd/yy)** / / |
| **Will there be a charge?** ☑Yes ☐No **Sex** ☑Male ☐Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 04,08,19 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☑ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** / /

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other:

**Specialist referred to:** IMI

**Type of Consultation, Treatment, Procedure or Surgery:**
Bone Scan

**Diagnosis:** Prostatic Ca
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**
Inmate c̄ Prostatic Ca needing Bone Scan

**Results of a complaint directed physical examination:**
Prostatic Ca

**Previous treatment and response (including medications):**
1 dief

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** / /

**Regional Medical Director Signature, printed name and date required:**

/ / (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

Case 2:06-cv-01141-WKW-TFM    Document 11-3    Filed 03/02/2007    Page 57 of 110
State Employees' Insurance Board- Inmate Healthcare Inquiry

<< Back    Print



## STATE OF ALABAMA
## INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama
(877) 231-7239

Prison Health Services
Telephone (334) 395-5973
Toll Free (877) 279-1335
Fax (334) 395-8156

12/13/2006

| | | | |
|---|---|---|---|
| **Inmate Name** | **PIKE , ROY EDWARD** | **Inmate #** | **00079888** |
| **Facility Name** | **BULLOCK CORRECTIONAL FACILITY** | | |
| **Facility Address1** | **POB 5107** | | |
| **Facility Address2** | | | |
| **City** | **UNION SPRINGS** | | |
| **State** | **AL** | | |
| **Zipcode** | **36089** | | |

### * Attention Health Care Provider *

**For Hospital/Facility Claims:**
All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624652640** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**
All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973  Ext 14

**For charges not covered under SEIB - BC/BS Program:**
For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

12/13/2006

DEC-11-2006 21:05  FROM:                    TO:13347381498          P.1/4

# D. P. Bhuta, M.D., F.A.C.S.

### DIPLOMATE AMERICAN BOARD OF UROLOGY

#### ADULT AND PEDIATRIC UROLOGY

345 ST. LUKES DRIVE
MONTGOMERY, AL 36117

PHONE: (334) 279-5737
FAX: (334) 279-1048

## Facsimile Cover Sheet

Date  12 - 12 - 06

To  Ms. Pattersons

From  Dr. Bhuta

# of pages including cover sheet  4.

Comments

**If This Fax Transmission Involves Patient Related Or Other Confidential Information:**
The recipient of this confidential information is prohibited from disclosing the information to any
other party and is required to destroy the information after the stated need has been fulfilled.

DEC-11-2006 21:05  FROM:
TO:13347381498        P.2/4

Fax to Midd Part *****
738-5194 change to 738-1498

334-
738-5020
738-1499

## BAPTIST MEDICAL CENTER EAST
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name:  PIKE, ROY

MR#:  E000162402
Sex:  Male
DOB:  6/15/34

Account:  E0632000272
Admit:  11/17/06
Room/Bed:  -

Admit Type:  Outpatient
Discharge Date:  11/17/06
Age:  72 years
SS Number:  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
Admitting Physician:  Bhuta, Dharampal P, MD
Ordering Physician:  Bhuta, Dharampal P, MD

## Surgical Pathology Final Report

PATHOLOGY NO:      ES-06-0005692

Collected:          11/17/06
Received:           11/17/06 2:32:00 PM
Physician:          Bell, Norman D, MD

Performed At

Baptist Medical Center East
400 Taylor Rd
Montgomery, Alabama 36117
phone (334) 244-8495    fax (334) 277-0471

Clinical Information
Increased PSA.

Final Diagnosis

**A. RIGHT SIDE OF PROSTATE GLAND, NEEDLE CORE BIOPSY:**
PROSTATIC ADENOCARCINOMA, GLEASON SCORE 6 (3+3) INVOLVES 1-2% OF SPECIMEN.
- NO EVIDENT PERINEURAL INVASION.
- MILD CHRONIC INFLAMMATION.

**B. LEFT SIDE OF PROSTATE GLAND, NEEDLE CORE BIOPSY:**
PROSTATIC ADENOCARCINOMA, GLEASON SCORE 6 (3+3) INVOLVES 10% OF SPECIMEN.
- NO EVIDENCE PERINEURAL INVASION.

MR#:  E000162402
Printed: 12/6/2006 1:26 PM
Name: **PIKE, ROY**

Room/Bed:  -
Sex:  Male

Page 1 of 3
N/A

Account:  E0632000272
DOB:  6/15/34

DEC-11-2006 21:06  FROM:     TO:13347381498     P.3/4

**BAPTIST MEDICAL CENTER EAST**
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name:  PIKE, ROY

Account:  E0632000272

# S u r g i c a l   P a t h o l o g y   F i n a l   R e p o r t

| PATHOLOGY NO: | ES-06-0005692 | Collected:<br>Received:<br>Physician: | 11/17/06<br>11/17/06 2:32:00 PM<br>Bell, Norman D, MD |
|---|---|---|---|

- MILD CHRONIC INFLAMMATION.   NB/pmp 11/20/2006

Bell, Norman D, MD
(Electronically signed by)
Verified: 11/21/06 10:18 a
NDB/pp

## Gross Description
Part A is received in a container of formalin labeled "right" and consists of four elongated tan fragments  that range up to 2 x 0.1 cm and are submitted in cassette A.

Part B is received in a container of formalin labeled "left" and consists of four elongated tan fragments  that range up to 2 x 0.1 cm.  They are submitted in cassette B.   NB/argh/11 17/06

## Summary of Sections
A.  1 block, 3 H&E slides
B.  1 block, 3 H&E slides

## Microscopic Description
A. Gleason grade 3 adenocarcinoma is present, involving at most 1-2% of the specimen, and is without appreciable perineurial invasion.  A mild chronic inflammatory infiltrate, and some glands with atrophic changes, present.

B. Excepting that Gleason grade 3 adenocarcinoma involves estimated 10% of the specimen, the findings are as for part A.  NB/pmp 11/20/2006

| MR#:  E000162402<br>Printed: 12/6/2006 1:26 PM<br>Name: PIKE, ROY | Room/Bed:   -<br>Sex:   Male<br><br>2 of 3<br>N/A | Account:   E0632000272<br>DOB:   6/15/34 |
|---|---|---|

DEC-11-2006 21:06  FROM:                              TO:13347381498        P.4/4

BAPTIST MEDICAL CENTER EAST
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name:  PIKE, ROY                                    Account:  E0632000272

**S u r g i c a l   P a t h o l o g y   F i n a l   R e p o r t**

PATHOLOGY NO:        ES-06-0005692        Collected:              11/17/06
                                         Received:               11/17/06 2:32:00 PM
                                         Physician:              Bell, Norman D, MD

Surg Reviewing Pathologist
I have reviewed the slides of both specimens and agree with Dr. Bell's diagnosis.  Rhonda D. Wright, M.D.
RDW/rdw/11/21/2006

MR#:  E000162402              Room/Bed:   -           Account:    E0632000272
Printed: 12/6/2006 1:26 PM        Sex:   Male         DOB:        6/15/34
Name: PIKE, ROY
                                  3 of 3
                                   N/A

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Completed and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date (mm/dd/yy) |
|---|---|---|
| BULLOCK 832 | PIKE, ROY | 11 . 08 . 06 |
| Site Phone #: | Alias (Last, First) | Date of Birth: (mm/dd/yy) |
| (334) 738 - 5625 | | 06 . 15 . 54 |
| Site Fax #: | Inmate #: | PHS Custody Date: (mm/dd/yy) |
| (334) 738 - 8763 | 079888 | |
| Will there be a charge? | SS Number: | Potential Release Date: (mm/dd/yy) |
| ☑ Yes ☐ No    Sex ☑ Male ☐ Female | | 04 . 08 . 19 |
| Responsible party: ☑ PHS ☐ Auto Ins. | ☐ Health Insurance/Medicare/Medicaid Managed Care alternative plans ) |
| | ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services) |

## CLINICAL DATA

| Requesting Provider: ☑ Physician  ☐ NP, PA  ☐ Dentist | History of Illness/Injury/symptoms with Date of Onset: |
|---|---|
| Facility Medical Director Signature and Date: | *Inmate c̄ Prostatic Ca* |
| ☐ Service needs effects for "approval via protocol" | *needing Bone Scan* |

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields

☐ Office Visit (OV)  ☑ X-ray (RA)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

Estimated Date of Service: (mm/dd/yy)

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ Radiation therapy
Number of Visits/Treatments: ____  ☐ Chemotherapy  ☐ Other:

Specialist referred to: *IMI*

Type of Consultation, Treatment, Procedure or Surgery:

*Bone Scan*

Diagnosis: *Prostatic Ca*

ICD-9 code:
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Regional Medical Director Signature, printed name and date required:

| Results of a complaint directed physical examination: |
|---|
| *Prostatic Ca* |
| Previous treatment and response (including medications): |
| *relief* |
| **For Security and safety, please do not inform patient of possible follow-up appointments** |
| ☐ Offsite Service Recommended and Authorized |
| Date resubmitted: ___ / ___ / ___ |

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Company: SC | Med Code: XR | CPT code: 78306 | UR Auth #: 16726577 |
|---|---|---|---|

053 - UM Referral review form

*IDmet*

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
### Form ... be Complete and Legible/You must Type or Print
*Please send this form with the authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: **BULLOCK 832** | Patient Name: (Last, First) **Roy, Pike** | Date: (mm/dd/yy) **11.08.06** |
| Site Phone # **(334)738-5625** | Alias: (Last, First) **Pike, Roy** | Date of Birth: (mm/dd/yy) **06.15.34** |
| Site Fax # **(334)738-8763** | Inmate # **079888** | PHS Custody Date: (mm/dd/yy) |
| Will there be a charge? ☑ Yes ☐ No   Sex ☑ Male ☐ Female | SS Number | Potential Release Date: (mm/dd/yy) **04.08.19** |

Responsible party: ☑ PHS  ☐ Auto Ins.  ☐ Health Ins(Excludes Medicare/Medicaid Managed Care alternative plans )
☑ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

*(RECEIVED NOV 08 2006)*

## CLINICAL DATA

Requesting Provider: ☑ Physician  ☐ NP, PA  ☐ Dental

Facility Medical Director Signature and Date: _(signature)_ 11/76
☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☐ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: ___  ☐ Other

Specialist referred to: **Dr. Bhute - Baptist East**

Type of Consultation, Treatment, Procedure or Surgery: **Prostate Biopsy**

Diagnosis: **Prostate Cancer 185**
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of Illness/Injury/symptoms with Date of Onset:
*Inmale i ↑ PSA, saw Dr. Bhutta, who suggests Prostate biopsy*

Results of a complaint directed physical examination:
*Prostate ↑*
*PSA 8.7*

Previous treatment and response (including medications):
*Hx f AAA*

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested:  (See Attached)
☐ Resubmitted with requested information.

☑ Off-site Service Recommended and Authorized

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:
_(signature)_  11/8/06

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: **OS 05** | Med Class: | CPT code: **55700** | UM Auth #: **106071468** |
|---|---|---|---|

05a - UM Referral review form

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Pike, Roy | **Inmate Number:** | 079888PI |
| **Service Authorized:** | Outpatient Surgery: Op One Day Surgery | **Effective Dates:** | 11/08/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16671468 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

---

**Clinical Summary or Attached Report**

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

Baptist East Hospital
Montgomery, AL
November 17 at 7:30 AM

11/08/2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form     be Complete and Legible. You must Type or Print
Please send this form with the  uthorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** BULLOCK 832 | **Patient Name: (Last, First)** Roy, Pike | **Date: (mm/dd/yy)** 11.08.06 |
| **Site Phone #** (334) 738-5625 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 06.15.34 |
| **Site Fax #** (334) 738-8763 | **Inmate #** 079888 | **PHS Custody Date: (mm/dd/yy)** / / |
| **Will there be a charge?** ☑Yes ☐No   **Sex** ☑Male ☐Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 04.08.19 |

**Responsible party:** ☑ PHS   ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )   ☑ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

**Facility Medical Director Signature and Date:**
DMC 11/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine                    ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**     ☐ Radiation therapy
☐ Chemotherapy
**Number of Visits/Treatments:** _____   ☐ Other: _____

**Specialist referred to:** Dr. Bhuta - Baptist East

**Type of Consultation, Treatment, Procedure or Surgery:**
Prostate Biopsy

**Diagnosis:** Prostate Cancer
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
Inmate c ↑PSA, Saw Dr Bhuta, who suggests Prostate Biopsy

**Results of a complaint directed physical examination:**
Prostate ↑
PSA  8.7

**Previous treatment and response (including medications):**
H/o ? AAA

\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\*

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.    **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**
___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form



## STATE OF ALABAMA
## INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama
(877) 231-7239

Prison Health Services
Telephone (334) 395-5973
Toll Free (877) 279-1335
Fax (334) 395-8156

11/14/2006

| | | | |
|---|---|---|---|
| **Inmate Name** | **PIKE , ROY EDWARD** | **Inmate #** | **00079888** |
| **Facility Name** | **BULLOCK CORRECTIONAL FACILITY** | | |
| **Facility Address1** | **POB 5107** | | |
| **Facility Address2** | | | |
| **City** | **UNION SPRINGS** | | |
| **State** | **AL** | | |
| **Zipcode** | **36089** | | |

### * Attention Health Care Provider *

**For Hospital/Facility Claims:**
All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624652640** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**
All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973   Ext 14

**For charges not covered under SEIB - BC/BS Program:**
For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Pike, Roy | Inmate Number: | 079888PI |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Op One Day Surgery | Effective Dates: | 11/08/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16671468 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|

| Reviewed and Signed By Medical Director: | Date | Time |
|---|---|---|

Baptist East Hospital
Montgomery, AL
November 17 at 7:30 am

11/08/2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

PHS

## DEMOGRAPHICS

**Site Name & Number:** BULLOCK 832

**Site Phone #** (334) 738-5625

**Site Fax #** (334) 738-8763

**Will there be a charge?** ☑Yes ☐No

**Sex** ☑Male ☐Female

**Patient Name: (Last, First)** Roy, Pike

**Alias: (Last, First)**

**Inmate #** 079888

**SS Number**

**Date: (mm/dd/yy)** 11/08/06

**Date of Birth: (mm/dd/yy)** 06/15/34

**PHS Custody Date: (mm/dd/yy)**

**Potential Release Date: (mm/dd/yy)** 04/08/19

**Responsible party:** ☑PHS ☐Auto Ins.  ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans) ☑Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services:

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐Office Visit (OV) ☐X-ray (XR) ☐Scheduled Admission (SA)
☑Outpatient Surgery (OS) ☐Dialysis (DA)
☐Routine ☐Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐Radiation therapy ☐Chemotherapy
**Number of Visits/Treatments:** ___ ☐Other:

**Specialist referred to:** Dr. Bhutta - Baptist East

**Type of Consultation, Treatment, Procedure or Surgery:** Prostate Biopsy

**Diagnosis:** Prostate Cancer
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset:**
Inmate i ↑PSA saw Dr. Bhutta, who suggests Prostate Biopsy

**Results of a complaint directed physical examination:**
Prostate ↑
PSA 8.7

**Previous treatment and response (including medications):**
H/o AAA

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐Alternative Treatment Plan (explain here):
☐More Information Requested: (See Attached)
☐Resubmitted with requested information.
☐Offsite Service Recommended and Authorized
**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form



# STATE OF ALABAMA
# INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama
(877) 231-7239

Prison Health Services
Telephone (334) 395-5973
Toll Free (877) 279-1335
Fax (334) 395-8156

11/14/2006

| | | | |
|---|---|---|---|
| **Inmate Name** | PIKE , ROY EDWARD | **Inmate #** | 00079888 |
| **Facility Name** | BULLOCK CORRECTIONAL FACILITY | | |
| Facility Address1 | POB 5107 | | |
| Facility Address2 | | | |
| City | UNION SPRINGS | | |
| State | AL | | |
| Zipcode | 36089 | | |

## * Attention Health Care Provider *

**For Hospital/Facility Claims:**

All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624652640** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**

All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973   Ext 14

**For charges not covered under SEIB – BC/BS Program:**

For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Pike, Roy | **Inmate Number:** | 079888PI |
| **Service Authorized:** | Outpatient Surgery: Op One Day Surgery | **Effective Dates:** | 11/08/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16671468 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

| **The consulting physician should complete this section.** |
|---|
| **The completed form will be sealed in the attached envelope and** |
| **returned with an officer to the correctional facility.** |

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |
| **\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*** |
| |

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

*Baptist East Hospital*
*Montgomery, AL*
*November 17 at 7:30 AM*

11/08/2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form ___ be Complete and Legible. You must Type or Print.
Please send this form with ___ authorization Letter to the service provider at the time of the Appointment

PHS

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** BULLOCK 832 | **Patient Name: (Last, First,)** Roy, Puke | **Date: (mm/dd/yy)** 11,08,06 |
| **Site Phone #** (334) 738-5625 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 06,15,34 |
| **Site Fax #** (334) 738-8763 | **Inmate #** 079888 | **PHS Custody Date: (mm/dd/yy)** |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☑Male ☐Female | **SS Number** ___ | **Potential Release Date: (mm/dd/yy)** 04,08,19 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☑ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

**Facility Medical Director Signature and Date:** _____ 11/7/06

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**   ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ___   ☐ Other:

**Specialist referred to:** Dr. Bhuta - Baptist East

**Type of Consultation, Treatment, Procedure or Surgery:** Prostate Biopsy

**Diagnosis:** Prostate Cancer
**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**
Inmate i ↑PSA, saw Dr. Bhutta, who suggests prostate biopsy

**Results of a complaint directed physical examination:**
Prostate ↑
PSA 8.7

**Previous treatment and response (including medications):**
H↑ ↑ AAA

\***For security and safety, please do not inform patient of possible follow-up appointments**\*

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** _____ ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|

05a - UM Referral review form

Case 2:06-cv-01141-WKW-TFM    Document 11-3    Filed 03/02/2007    Page 72 of 110
Page 1 of 1
State Employees' Insurance Board- Inmate Healthcare Inquiry

<< Back    Print



# STATE OF ALABAMA
# INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama
(877) 231-7239

Prison Health Services
Telephone (334) 395-5973
Toll Free (877) 279-1335
Fax (334) 395-8156

11/14/2006

| | | | |
|---|---|---|---|
| **Inmate Name** | **PIKE , ROY EDWARD** | **Inmate #** | **00079888** |
| **Facility Name** | **BULLOCK CORRECTIONAL FACILITY** | | |
| **Facility Address1** | **POB 5107** | | |
| **Facility Address2** | | | |
| **City** | **UNION SPRINGS** | | |
| **State** | **AL** | | |
| **Zipcode** | **36089** | | |

## * Attention Health Care Provider *

**For Hospital/Facility Claims:**

All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624652640** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**

All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973   Ext 14

**For charges not covered under SEIB - BC/BS Program:**

For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| Patient Name: | Pike, Roy | Inmate Number: | 079888PI |
| Service Authorized: | Office Visits: Outpatient Urology Referral | Effective Dates: | 10/16/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16596900 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

> **The consulting physician should complete this section.**
> **The completed form will be sealed in the attached envelope and**
> **returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

P.S.A 8.7

No difficulty in voiding

c/o Pain - abdominal Pain

No Nausea     Scar of surgery

- M.E - Abdomen ✓ve G-U N

Prostate - hard

Medication
- Heartburn
Asthma
Medical

- A
- Medical Pr
- Asthm
Surg Abdom

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician:                    Date 11/7/06    Time

Reviewed and Signed By
Medical Director:                                      Date    Time

Dr. Bhuta
345 St Luke
Montgomery, AL
279-3737

Plan - CT of abdomen
& Pelvis
- Biopsy of Prostate

10/16/200

Advanced
Surgical
Associates
Proven surgical results from doctors who care

ike, Roy
#31090

11/02/06

72 YEAR OLD MALE WITH ASTHMA AND CORONARY ARTERY DISEASE WHO WAS COMPLAINING OF "KNOT" IN STOMACH AND WAS FOUND TO HAVE A 4 Cm AAA. NOW HERE FOR EVALUATION. HAS 2 SURGERIES ON BACK, AND HAS PROBLEM USING TOILET. C/O CRAMPS AND CLAUDICATION L > R

ALLERGIES ∅

PMH (1) CAD   (11) ASTHMA

PSH (1) LAMINECTOMY × 2

MEDS (1) ALBUTEROL   (11) NITROGLYCERIN

SH ⊕ Cigarettes

R.O.S
CV ⊕ Chest Pains
RESP ⊕ SOB
HEENT ...

PE

HEENT : WNL   NO BRUITS.
LUNGS CLEAR TO A+P
COR RRR ⊖ m
ABDOMEN ⊕ BS, NO   PULSATILE   Palpable
MASS
EXT ⊖ EDEMA

PULSES

|   | FEM | PIP | DP | PT |
|---|-----|-----|----|----|
| R | NL  | NL  | NL | NL |
| L | NL  | NL  | NL | NL |

CT   AAA   4

11/2/06

AAA, 4 Cm

ASYMPTOMATIC
DISCUSSION:
PLAN (1) NO SURGICAL INTERVENTION AT 5cm OR IF SYMPTOMATIC
(11) SERIAL CT'S    AT PRESENT
(111) STOP SMOKER

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| BULLOCK 832 | Vick Roy | 10 26 06 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 738-5625 | | 06 15 34 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 738-8763 | 079888 | / / |

| Will there be a charge? - Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| ☑ Yes ☐ No   ☑ Male ☐ Female | | 04 08 19 |

Responsible party:   ☑ PHS   ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

## CLINICAL DATA

Requesting Provider:   ☑ Physician   ☑ NP, PA   ☐ Dental

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☐ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy)   / /
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:   ☐ Radiation therapy   ☐ Chemotherapy
Number of Visits/Treatments: _____   ☐ Other:

Specialist referred to: D. Bhuta

Type of Consultation, Treatment, Procedure or Surgery:
Urology Consult—

Diagnosis: Prostate Ca 185
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of Illness/Injury/symptoms with Date of Onset:
Inmate - PSA 8-9, from 5.8 one yr ago

Results of a complaint directed physical examination:
↑ PSA
Prostate (Hard

Previous treatment and response (including medications):
Adex

*** For security and safety, please do not inform patient of possible follow-up appointments ***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☑ Office Service recommended and Authorized
☐ More Information Requested: (See Attached)
Date requested: 10/6/6
☐ Resubmitted with requested information.
Date resubmitted: / /

Regional Medical Director Signature, printed name and date required:

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Mod Class: | CPT Code: | UR Auth #: |
|---|---|---|---|
| UR OV | | 99201 | 1 59690 |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| **BULLOCK 832** | Pike, Roy | 10.16.06 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| ( 3 3 4 ) 7 3 8 - 5 6 2 5 | | 06.15.34 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| ( 3 3 4 ) 7 3 8 - 8 7 6 3 | 079888 | / / |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☒ Yes ☐ No | ☒ Male ☐ Female | | 04.08.19 |

Responsible party: ☒ PHS  ☐ Auto Ins.
☐ Health Inc (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

## CLINICAL DATA

Requesting Provider: ☒ Physician  ☐ NP, PA  ☐ Dental

Facility Medical Director Signature and Date:

☐ Service meets criteria for approval via protocol

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy):  / /

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments:  ☐ Other:

Specialist referred to: Dr. Whyte
Type of Consultation, Treatment, Procedure or Surgery: Dr. Whyte

Diagnosis: AAA    441.4
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**

Infect c. 4.0 cm
AAA

**Results of a complaint directed physical examination:**

AAA on
CT Scan

**Previous treatment and response (including medications):**

Adult Rx

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☒ Offsite Service Recommended and Authorized

Date resubmitted: / /

Regional Medical Director Signature, printed name and date required:

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cost Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| GS | OV | 99201 | 11.59 |

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Pike, Roy | Inmate Number: | 079888PI |
|---|---|---|---|
| Service Authorized: | Office Visits: General Surgery Consult | Effective Dates: | 10/16/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16596886 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

---

### Clinical Summary or Attached Report

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

Dr. Whyte
337 St Luke Drive
Montgomery, AL
271-2788
November 8 at 1:30 pm

10/16/2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: BULLOCK 832 | Patient Name: (Last, First) PIKE, Roy | Date: (mm/dd/yy) 10/16/06 |
| Site Phone # (334) 738 - 5625 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) 06/15/34 |
| Site Fax # (334) 738 - 8763 | Inmate # 079888 | PHS Custody Date: (mm/dd/yy) / / |
| Will there be a charge? ☑ Yes ☐ No   Sex: ☑ Male ☐ Female | SS Number _ _ _ - _ _ - _ _ _ _ | Potential Release Date: (mm/dd/yy) 04/08/19 |

Responsible party:  ☑ PHS   ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

Requesting Provider:  ☑ Physician   ☐ NP, PA   ☐ Dental

Facility Medical Director Signature and Date:

☐ Service meets criteria for approval via protocol

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy)  _ _ / _ _ / _ _

**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments:   ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: _____  ☐ Other:_____

Specialist referred to: Dr. Whyte

Type of Consultation, Treatment, Procedure or Surgery: Dr Whyte

Diagnosis: AAA
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of Illness/injury/sypmtoms with Date of Onset:
Inmate c 4.0 cm AAA

Results of a complaint directed physical examination:
AAA on CT Scan

Previous treatment and response (including medications):

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☑ Offsite Service Recommended and Authorized

Date resubmitted: _ _ / _ _ / _ _

Regional Medical Director Signature, printed name and date required: _____ / _____ / _____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a – UM Referral review form



# STATE OF ALABAMA
# INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama
(877) 231-7239

Prison Health Services
Telephone (334) 395-5973
Toll Free (877) 279-1335
Fax (334) 395-8156

10/18/2006

| | |
|---|---|
| **Inmate Name** | **PIKE , ROY EDWARD** |
| **Facility Name** | **BULLOCK MENTAL HEALTH UNIT** |
| **Facility Address1** | **c/o CENTRAL OFFICE** |
| **Facility Address2** | **301 S RIPLEY STREET** |
| **City** | **MONTGOMERY** |
| **State** | **AL** |
| **Zipcode** | **36130** |

**Inmate #**     **00079888**

## * Attention Health Care Provider *

**For Hospital/Facility Claims:**
All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624652640** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**
All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973   Ext 14

**For charges not covered under SEIB - BC/BS Program:**
For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Pike, Roy | **Inmate Number:** | 079888PI |
| **Service Authorized:** | Office Visits: Outpatient Urology Referral | **Effective Dates:** | 10/16/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16596900 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

> **The consulting physician should complete this section.**
> **The completed form will be sealed in the attached envelope and**
> **returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | Date | Time |
|---|---|---|
| Signature of Consulting Physician: | | |
| Reviewed and Signed By Medical Director: | | |

Dr. Bhuta
345 St Luke
Montgomery, AL
279-9737   7 at 2^30 pm
November

10/16/2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

... must be Complete and Legible. You must Type or P
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| BULLOCK 832 | | 1 0 1 6 0 6 |

| Site Phone # | Alias:  (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| ( 3 3 4 ) 7 3 8 - 5 6 2 5 | | 0 6 1 5 3 4 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| ( 3 3 4 ) 7 3 8 - 8 7 6 3 | 079888 | / / |

| Will there be a charge?  Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| ☑ Yes ☐ No     ☑ Male ☐ Female | — — — — — — — | 0 4 0 8 1 9 |

Responsible party:   ☑ PHS
                     ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

Requesting Provider:   ☑ Physician   ☑ NP, PA   ☐ Dental

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)      ☐ X-ray (XR)      ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine        ☐ Urgent

Estimated Date of Service (mm/dd/yy)     _ / _ / _

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:      ☐ Radiation therapy
                                 ☐ Chemotherapy
Number of Visits/Treatments: _____   ☐ Other:_____

Specialist referred to: Dr. Bhuta

Type of Consultation, Treatment, Procedure or Surgery:
Urology Consult

Diagnosis: Prostate CA
ICD-9 code:

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**

Mult - PSA 8.9,
from 5.8 only yr
ago

**Results of a complaint directed physical examination:**

↑ PSA
Prostate Hard

**Previous treatment and response (including medications):**

Adcl

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.

☑ Offsite Service Recommended and Authorized

Date resubmitted:     _ / _ / _

Regional Medical Director Signature, printed name and date required:

_____ / / (mm/dd/yy)

Do not write below this line.  For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form



# STATE OF ALABAMA
# INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama
(877) 231-7239

Prison Health Services
Telephone (334) 395-5973
Toll Free (877) 279-1335
Fax (334) 395-8156

10/18/2006

| | | | |
|---|---|---|---|
| **Inmate Name** | **PIKE , ROY EDWARD** | **Inmate #** | **00079888** |
| **Facility Name** | **BULLOCK MENTAL HEALTH UNIT** | | |
| **Facility Address1** | **c/o CENTRAL OFFICE** | | |
| **Facility Address2** | **301 S RIPLEY STREET** | | |
| **City** | **MONTGOMERY** | | |
| **State** | **AL** | | |
| **Zipcode** | **36130** | | |

## * Attention Health Care Provider *

**For Hospital/Facility Claims:**
All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624652640** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**
All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973   Ext 14

**For charges not covered under SEIB - BC/BS Program:**
For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Pike, Roy | **Inmate Number:** | 079888PI |
| **Service Authorized:** | X-Ray: Ct Scan | **Effective Dates:** | 10/05/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16566346 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

> **The consulting physician should complete this section.**
> **The completed form will be sealed in the attached envelope and**
> **returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

*Bullock Co Hosp*
*102 Conecuh*
*Union Springs*
*738. 2140*
*[illegible] n4 at 10 Am*

10/06/2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print

Please send this form w... ...e Authorization Letter to the service provider at the ... of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| BULLOCK 832 | Pirl Roy | 10 03 06 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| ( 3 3 4 )7 3 8 - 5 6 2 5 | | 0 6 15 39 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| ( 3 3 4 )7 3 8 - 8 7 6 3 | 079888 | ___/___/___ |

| | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| Will there be a charge? Sex | ___ ___ - ___ - ___ ___ | 04 08 19 |
| ☑ Yes ☐ No  ☑ Male ☐ Female | | |

Responsible party:  ☑ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

| Requesting Provider: ☑ Physician  ☐ NP, PA  ☐ Dental | History of Illness/injury/sypmtoms with Date of Onset: |
|---|---|
| | Inmate c̄ 3.5 cm AAA as of 3/05. He c/o lower abd pain, and cramping. He needs |
| **Facility Medical Director Signature and Date:** | |
| (signature) | |
| ☐ Service meets criteria for "approval via protocol" | Results of a complaint directed physical examination: urgent CT scan of abdomen for evaluation of AAA. |

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

| ☐ Office Visit (OV)  ☑ X-ray (XR)  ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS)  ☐ Dialysis (DA) |
| ☐ Routine  ☐ Urgent |

Estimated Date of Service (mm/dd/yy) ___/___/___

(This starts the approval window for the "open authorization period")

| Multiple Visits/Treatments: | ☐ Radiation therapy |
| | ☐ Chemotherapy |
| Number of Visits/Treatments: | ☐ Other: |

Specialist referred to: Bullock Co Hospital

Type of Consultation, Treatment, Procedure or Surgery:
CT Scan abd/Pelvis for

Previous treatment and response (including medications):

AAA — with Contrast —

Diagnosis: Abd Aortic aneurysm

ICD-9 code:

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required: _____/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

*InterQual*
S m a r t S h e e t s™
2005 - Imaging Criteria
Computed Tomography (CT), Abdomen

Authorization#

PATIENT:   Name _Roy Pike_   D.O.B. _06-15-34_   ID# _079888_   GROUP#

CPT/ICD:   Code _____   Facility _Bullock_   Service Date _____

PROVIDER:   Name _____   ID# _____   Phone# _____

Signature _____   Date _____

ICD-9-CM: 87.71, 88.01, 88.02
CPT: 74150, 74160, 74170

## INDICATIONS (choose one and see below)

- [ ] 100 Liver mass by US
- [ ] 200 Suspected complication post cholecystectomy
- [ ] 300 Suspected pancreatic pseudocyst
- [ ] 400 Evaluation of known pancreatic pseudocyst
- [ ] 500 Suspected acute pancreatitis
- [ ] 600 Acute pancreatitis with complication
- [ ] 700 Continued acute pancreatitis after Rx
- [ ] 800 Pancreatic mass by US
- [ ] 900 Suspected pheochromocytoma
- [ ] 1000 Suspected adrenal cortical tumor (cortisol secreting)
- [ ] 1100 Suspected aldosteronoma
- [ ] 1200 Periodic assessment of adrenal mass
- [ ] 1300 Known splenomegaly with new/worsening LUQ pain ✦
- [x] *Indication Not Listed (Provide clinical justification below)*

*Abdominal aortic aneurysm 3.5 cm as of 3/05*

**100 Liver mass by US**

**200 Suspected complication post cholecystectomy(ALL)**
- [ ] 210 Abdominal/back pain
- [ ] 220 Findings(ONE)
    - [ ] 221 Abdominal distention/ileus
    - [ ] 222 Jaundice
    - [ ] 223 Temperature > 100.4 F
    - [ ] 224 Direct bilirubin and alkaline phosphatase > normal
- [ ] 230 T–tube cholangiogram(ONE)
    - [ ] 231 Nondiagnostic for etiology of Sx/findings
    - [ ] 232 T–tube not present

**300 Suspected pancreatic pseudocyst(ALL)**
- [ ] 310 Pancreatitis by Hx(ONE)
    - [ ] 311 Acute pancreatitis with onset ≥ 4 wks
    - [ ] 312 Chronic pancreatitis
    - [ ] 313 Pancreatitis secondary to trauma

*InterQual® criteria are intended solely for use as screening guidelines with respect to the medical appropriateness of healthcare services and not for final clinical or payment determinations concerning the type or level of medical care provided, or proposed to be provided, to a patient.

Proprietary material protected by intellectual property laws. Use permitted only by and subject to license with McKesson Corporation and/or one of its subsidiaries. Copyright ©2005 McKesson Corporation and/or one of its subsidiaries, CPT only ©2004 American Medical Association. All rights reserved.

**McKESSON**

EYE EXAMINATION SHEET

| Facility: | Bullock. | | Date of Request: | 5-13-06 |

Subjective: Problem Reading

Past History:

### CONSULTATION REPORT

| | | W/Glasses | W/O Glasses | |

Snelling:    OD                           20/40

OPHTH & EXT:
Dilated Eye Exam
(YES)        NO
(circle one)

            OS                            20/70

30% CD   WNL

Mydriatic solution  1 to 2 gts per eye.

_____
                        Optometrist Signature

New RX:   OD  +100 -100 X 083

                                    Nurse Signature
Glaucoma:   YES    (NO)
                  (circle one)

          OS  +150 -175 X 094   +250
                                 add

IOP: _____
Details:

                67/67

Cataracts:   YES    (NO)
                  (circle one)
Details:

Frame:
Size:   52  20 / 145
Color:
Seg Ht:  19

                        MB  5/17/06
                    Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
| Pike | Roy |  | 71 6-15-34 |  | 079888 |


**BioReference**
LABORATORIES

| | | |
|---|---|---|
| **D O C T O R** | BULLOCK CORR. FAC.<br>104 BULLOCK DR. HWY.82<br>UNION SPRINGS, AL  36089 | BOOK/CASE: |
| | (A0112-6)  Bio-Net Print | -FINAL-  Original Report 12/19/2006 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME | | |
|---|---|---|---|---|
| PIKE, ROY | 079888.93 | SIDDIQ, TAHIR | | |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 103277256 | 12/18/2006 08:40 AM | 12/19/2006 11:35 | 12/19/2006 01:57 | 72 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : DIAGNOSTIC PROFILE II, ,
------------------------------* CHEMISTRY *------------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Total Protein | 6.9 | | 5.9-8.4 | gm/dl |
| Albumin | 4.0 | | 3.2-5.2 | gm/dl |
| Globulin | 2.9 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.4 | | 1.1-2.9 | |
| Glucose | 75 | | 70-109 | mg/dL |
| Sodium | 141 | | 133-145 | mmol/L |
| Potassium | 4.5 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 26 | | 21-29 | mmol/L |
| BUN | 15 | | 7-25 | mg/dl |
| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 16.7 | | 10-28 | |
| Calcium | 9.0 | | 8.4-10.4 | mg/dl |
| Uric Acid | 4.5 | | 2.4-7.0 | mg/dl |
| Iron | 102 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.2 | | 0.1-1.0 | mg/dl |
| LDH | 169 | | 94-250 | u/l |
| Alk Phos | 89 | | 39-120 | u/l |
| AST (SGOT) | 29 | | < 37 | u/l |
| Phosphorous | 3.9 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 22 | | < 40 | u/L |
| G-GTP | | 66 HI | 7-51 | u/L |
| Cholesterol | | 248 HI | < 200 | mg/dl |
| Triglycerides | 103 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 54 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 22 | | % |
| Chol/HDL Ratio | | 4.59 | | |
| LDL/HDL Ratio | 3.22 | | 0-3.55 | |
| LDL Cholesterol | | 174 HI | < 100 | mg/dL |

************************************************************************

* GFR, Estimated = 88.02 mL/min/1.73m2

Continued on Next Page                    Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS



**BioReference**
LABORATORIES

| D O C T O R | BULLOCK CORR. FAC.<br>104 BULLOCK DR. HWY.82<br>UNION SPRINGS, AL  36089<br><br>(A0112-6)   Bio-Net Print | BOOK/CASE:<br><br><br>-FINAL-  Original Report 12/19/2006 |
|---|---|---|

| NAME<br>PIKE, ROY | PATIENT I.D. / ROOM NO.<br>079888.93 | DOCTOR / GROUP NAME<br>SIDDIQ, TAHIR | |
|---|---|---|---|

| LAB I.D. NO.<br>103277256 | DATE COLLECTED<br>12/18/2006 08:40 AM | DATE RECEIVED<br>12/19/2006 11:35 1 | DATE OF REPORT<br>2/19/2006 01:57 | AGE<br>72 Y | SEX<br>M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

```
**********************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
     ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.
```

----------------------------* HEMATOLOGY *----------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| WBC | 5.2 | | 3.40-11.80 | x10(3) |
| RBC | 4.7 | | 4.20-5.90 | x10(6) |
| HGB | 14.6 | | 12.3-17.0 | gm/dl |
| HCT | 45.4 | | 39.3-52.5 | % |
| MCV | 96.0 | | 80.0-100.0 | FL |
| MCH | 30.9 | | 25.0-34.1 | pg |
| MCHC | 32.2 | | 30.0-35.0 | gm/dl |
| RDW | 14.1 | | 10.9-16.9 | % |
| POLYS | 44 | | 36-78 | % |
| LYMPHS | 35 | | 12-48 | % |
| EOS | 6 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | | 14 HI | 0-13 | % |
| Platelet Count | 191 | | 144-400 | x10(3) |

----------------------------* MISCELLANEOUS *----------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| TSH | | 6.640 HI | 0.27-4.2 | uIU/mL |
| THYROXINE(T4) | 6.9 | | 4.5-12.0 | ug/dL |
| T3 UPTAKE | 27.1 | | 24.3-39 % | |
| FREE T4 INDEX | 1.9 | | 1.1-4.5 | |

Final Report                                           Page: 2

James Weisberger, M.D.

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407



Order Status: Final

## Laboratory Corporation of America

| ACCESSION # | ACCOUNT # |
|---|---|
| 282-205-5730-0 | 01389085 |

| PATIENT NAME | | | |
|---|---|---|---|
| PIKE,ROY | | | |
| PATIENT ID # | D.O.B. | AGE | GENDER |
| 079888 | 6/15/1934 | 72 / 3 | M |
| PATIENT PHONE # | CHART # | | |
| 000-000-0000 | | | |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,        AL  36089-5107

| REFERRING PHYSICIAN |
|---|
| SIDDIQ  T |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167605045 | 10/09/2006 | 12:04 |
| RECEIVED | REPORTED | |
| 10/09/2006 | 10/10/2006 | 7:45 |

FASTING: N

**TESTS ORDERED: CMP14+LP+5AC, CBC With Differential/Platelet, Prostate-Specific Ag, Serum**

| Result Name | Normal | Abnormal | Reference Range | | Lab |
|---|---|---|---|---|---|
| CMP14+LP+5AC | | | | | MB |
| Chemistries | | | | | MB |
| Glucose, Serum | 71 | | 65 - 99 | mg/dL | MB |
| Uric Acid, Serum | 4.5 | | 2.4 - 8.2 | mg/dL | MB |
| BUN | 9 | | 5 - 26 | mg/dL | MB |
| Creatinine, Serum | 0.9 | | 0.5 - 1.5 | mg/dL | MB |
| BUN/Creatinine Ratio | 10 | | 8 - 27 | | |
| Sodium, Serum | 139 | | 135 - 148 | mmol/L | MB |
| Potassium, Serum | 3.9 | | 3.5 - 5.5 | mmol/L | MB |
| Chloride, Serum | 102 | | 96 - 109 | mmol/L | MB |
| Carbon Dioxide, Total | 25 | | 20 - 32 | mmol/L | MB |
| Calcium, Serum | 9.9 | | 8.5 - 10.6 | mg/dL | MB |
| Phosphorus, Serum | 3.0 | | 2.5 - 4.5 | mg/dL | MB |
| Protein, Total, Serum | 7.1 | | 6.0 - 8.5 | g/dL | MB |
| Albumin, Serum | 3.9 | | 3.5 - 4.8 | g/dL | MB |
| Globulin, Total | 3.2 | | 1.5 - 4.5 | g/dL | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.4 | | 0.1 - 1.2 | mg/dL | MB |
| Alkaline Phosphatase, S | 69 | | 25 - 160 | IU/L | MB |
| LDH | 171 | | 100 - 250 | IU/L | MB |
| AST (SGOT) | 30 | | 0 - 40 | IU/L | MB |
| ALT (SGPT) | 22 | | 0 - 55 | IU/L | MB |
| GGT | 22 | | 0 - 65 | IU/L | MB |
| Iron, Serum | 78 | | 40 - 155 | ug/dL | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | | 217 H | 100 - 199 | mg/dL | MB |
| Triglycerides | 66 | | 0 - 149 | mg/dL | MB |
| HDL Cholesterol | 52 | | 40 - 59 | mg/dL | MB |
| VLDL Cholesterol Cal | 13 | | 5 - 40 | mg/dL | |
| LDL Cholesterol Calc | | 152 H | 0 - 99 | mg/dL | |
| Comment | | | | | MB |

```
    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors.
    T. Chol/HDL Ratio        4.2          0.0 - 5.0    ratio units
```

*(handwritten: 10/10/6)*

Order Status: Final

**Laboratory Corporation of America**

| ACCESSION # | ACCOUNT # |
|---|---|
| 282-205-5730-0 | 01389085 |

| PATIENT NAME |
|---|
| **PIKE,ROY** |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 079888 | 6/15/1934 | 72 / 3 | M |

| Bullock Correctional Facility | PATIENT PHONE # | CHART # |
|---|---|---|
| Prison Health Services | **000-000-0000** | |
| 104 Bullock Dr. | REFERRING PHYSICIAN | |
| Union Springs,        AL   36089-5107 | **SIDDIQ T** | |
| | LAB ORDER # | DRAWN |
| **FASTING: N** | **CD- 41167605045** | **10/09/2006     12:04** |
| | RECEIVED | REPORTED |
| | **10/09/2006** | **10/10/2006     7:45** |

TESTS ORDERED: CMP14+LP+5AC, CBC With Differential/Platelet, Prostate-Specific Ag, Serum

| Result Name | Normal | Abnormal | Reference Range | Lab |
|---|---|---|---|---|
| Estimated CHD Risk | 0.7 | | 0.0 - 1.0      times avg. | |

```
                          T. Chol/HDL Ratio
                                 Men   Women
                  1/2 Avg.Risk   3.4    3.3
                      Avg.Risk   5.0    4.4
                   2X Avg.Risk   9.6    7.1
                   3X Avg.Risk  23.4   11.0
```

```
          The CHD Risk is based on the T. Chol/HDL ratio.  Other
          factors affect CHD Risk such as hypertension, smoking,
          diabetes, severe obesity, and family history of pre-
          mature CHD.
```

CBC With Differential/Platelet

| | | | | | |
|---|---|---|---|---|---|
| WBC | 6.8 | | 4.0 - 10.5 | x10E3/uL | MB |
| RBC | 4.70 | | 4.10 - 5.60 | x10E6/uL | MB |
| Hemoglobin | 14.8 | | 12.5 - 17.0 | g/dL | MB |
| Hematocrit | 43.8 | | 36.0 - 50.0 | % | MB |
| MCV | 93 | | 80 - 98 | fL | MB |
| MCH | 31.5 | | 27.0 - 34.0 | pg | MB |
| MCHC | 33.7 | | 32.0 - 36.0 | g/dL | MB |
| RDW | 14.4 | | 11.7 - 15.0 | % | MB |
| Platelets | 192 | | 140 - 415 | x10E3/uL | MB |
| Neutrophils | 48 | | 40 - 74 | % | MB |
| Lymphs | 34 | | 14 - 46 | % | MB |
| Monocytes | 12 | | 4 - 13 | % | MB |
| Eos | 5 | | 0 - 7 | % | MB |
| Basos | 1 | | 0 - 3 | % | MB |
| Neutrophils (Absolute) | 3.3 | | 1.8 - 7.8 | x10E3/uL | MB |
| Lymphs (Absolute) | 2.3 | | 0.7 - 4.5 | x10E3/uL | MB |
| Monocytes(Absolute) | 0.8 | | 0.1 - 1.0 | x10E3/uL | MB |
| Eos (Absolute) | 0.3 | | 0.0 - 0.4 | x10E3/uL | MB |
| Baso (Absolute) | 0.1 | | 0.0 - 0.2 | x10E3/uL | MB |

Prostate-Specific Ag, Serum

| | | | | | |
|---|---|---|---|---|---|
| Prostate-Specific Ag, Serum | | 8.7 H | 0.0 - 4.0 | ng/mL | MB |

Beckman (formerly Hybritech) ICMA methodology

10/10/06



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 327-205-5136-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

**ADDITIONAL INFORMATION**

PE#22
11/23

FASTING: N
DOB: 6/15/1934

| CLINICAL INFORMATION |
|---|
| CD- 41139324011 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 179888 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PIKE,ROY | M | 71 / 5 |
| PT. ADD.: | | |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs                     AL   36507-0000
ACCOUNT NUMBER:   01306900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 11/23/2005 | 10:07 | 11/23/2005 | 11/24/2005 | 7:20 | 3552 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | MB |
| Chemistries | | | | |
| Glucose, Serum | 94 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 4.9 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 15 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 15 | | 8 - 27 | |
| Sodium, Serum | 142 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.4 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 101 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 24 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.4 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.3 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.6 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 4.8 | MB |
| Globulin, Total | 3.3 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.7 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 77 | IU/L | 25 - 160 | MB |
| LDH | 181 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 30 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 23 | IU/L | 0 - 55 | MB |
| GGT | 31 | IU/L | 0 - 65 | MB |
| Iron, Serum | 137 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 232 H | mg/dL | 100 - 199 | MB |
| Triglycerides | 103 | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 53 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 21 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 158 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| T. Chol/HDL Ratio | 4.4 | ratio units | 0.0 - 5.0 |
|---|---|---|---|
| Estimated CHD Risk | 0.8 | times avg. | 0.0 - 1.0 |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |

| Pat Name: PIKE,ROY | Pat ID: 179888 | Spec #: 327-205-5136-0 | Seq #: 3552 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** Laboratory Corporation of America

**LabCorp** Laboratory Corporation of America
LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 327-205-5136-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

PE#22          FASTING: N
11/23          DOB: 6/15/1934

| CLINICAL INFORMATION |
|---|
| CD-41139324011 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PIKE,ROY | M | 71 / 5 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 179888 |
|---|---|

PT. ADD.:

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL  36507-0000
ACCOUNT NUMBER:  01306900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 11/23/2005 | 10:07 | 11/23/2005 | 11/24/2005 | 7:20 | 3552 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

2X Avg.Risk  9.6     7.1
3X Avg.Risk  23.4    11.0

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

Prostate-Specific Ag, Serum

> Prostate-Specific Ag, Serum      5.7H   ng/mL              0.0 - 4.0      MB
Beckman (formerly Hybritech) ICMA methodology

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000





**LabCorp**  LabCorp Montgomery Hull
Laboratory Corporation of America  543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 326-684-3244-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 1 |
| --- | --- | --- | --- | --- | --- |

| ADDITIONAL INFORMATION | | CLINICAL INFORMATION |
| --- | --- | --- |

NPY22              FASTING: N
                   DOB: 6/15/1934

CD- 41139323883

| | | PHYSICIAN ID. ROBBINS M | PATIENT ID. 179888 |
| --- | --- | --- | --- |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
| --- | --- | --- |
| PIKE,ROY | M | 71  /  5 |

ACCOUNT: Kilby Correctional Facility
         Prison Health Services
         12201 Wares Ferry Road
         Mt. Meigs              AL   36507-0000

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
| --- | --- | --- | --- | --- | --- |
| 11/22/2005 | 6:00 | 11/22/2005 | 11/22/2005 | 20:06 | 3447 |

ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
| --- | --- | --- | --- | --- |
| CBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 7.8 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.66 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 15.5 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 44.7 | % | 36.0 - 50.0 | YX |
| MCV | 96 | fL | 80 - 98 | YX |
| MCH | 33.1 | pg | 27.0 - 34.0 | YX |
| MCHC | 34.5 | g/dL | 32.0 - 36.0 | YX |
| RDW | 14.9 | % | 11.7 - 15.0 | YX |
| Platelets | 250 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 52 | % | 40 - 74 | YX |
| Lymphs | 36 | % | 14 - 46 | YX |
| Monocytes | 8 | % | 4 - 13 | YX |
| Eos | 3 | % | 0 - 7 | YX |
| Basos | 1 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.1 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.8 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

| Pat Name:  PIKE,ROY | Pat ID:  179888 | Spec #:  326-684-3244-0 | Seq #:  3447 |
| --- | --- | --- | --- |



Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



DEPARTMENT OF CORRECTIONS

Name: __Pike, Roy__

State ID No: __O79988__

RADIOLOGY SERVICES REQUEST AND REPORT

DOB __6-15-34__

INSTITUTION: __Bullock__

Race: __W__   Sex: __M__

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr. Siddiq | | | | | |

HISTORY/DIAGNOSIS: Poss FX & Abd pains

KUB + L/S Spine → PA + Lat

**X-RAY REQUEST**

| | | | |
|---|---|---|---|
| ACROMION/ACLE | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE ✓ PA+Lat | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | ✓ KUB |

**REPORT**

# IMMEDIATE ATTENTION

LUMBAR SPINE: There is straightening of the normal curvature of the spine. There is disc space narrowing identified at L3-4, L4-5 and L5-S1. There are associated hypertrophic changes at these levels. In addition there appears to be lateral subluxation of L3 on L4. For further evaluation, flexion and extension views of the spine would be recommended.
IMPRESSION: DEGENERATIVE DISC DISEASE FROM L3 TO S1. PLEASE SEE ABOVE COMMENTS.

KUB: Scattered gas and fecal material are noted within the colon. There is calcification within the abdominal aorta. There appears to be an aneurysm of the abdominal aorta that appears to measure at least 3.5 cm in diameter. An ultrasound evaluation of the abdominal aorta is recommended for a more complete evaluation.
IMPRESSION: FINDINGS CONSISTENT WITH ABDOMINAL AORTIC ANEURYSM.

D & T: 10-03-06 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

| | | |
|---|---|---|
| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED 10-2-06 |
| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |



# Laboratory Corporation of America

Order Status: Final

| ACCESSION # | ACCOUNT # |
|---|---|
| 250-205-5832-0 | 01389085 |

| PATIENT NAME | | | |
|---|---|---|---|
| PIKE,ROY | | | |
| PATIENT ID # | D.O.B. | AGE | GENDER |
| 079888 | 6/15/1934 | 72 / 2 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

**Bullock Correctional Facility**
**Prison Health Services**
**104 Bullock Dr.**
**Union Springs,**     **AL**   **36089-5107**

| REFERRING PHYSICIAN | |
|---|---|
| SIDDIQ  T | |
| LAB ORDER # | DRAWN |
| CD- 41167604842 | 9/07/2006   12:34 |
| RECEIVED | REPORTED |
| 9/07/2006 | 9/08/2006   7:57 |

**FASTING: N**

**TESTS ORDERED: CMP14+LP+5AC**

| Result Name | Normal | Abnormal | Reference Range | | Lab |
|---|---|---|---|---|---|
| CMP14+LP+5AC | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | 77 | | 65 - 99 | mg/dL | MB |
| Uric Acid, Serum | 3.4 | | 2.4 - 8.2 | mg/dL | MB |
| BUN | 11 | | 5 - 26 | mg/dL | MB |
| Creatinine, Serum | 0.7 | | 0.5 - 1.5 | mg/dL | MB |
| BUN/Creatinine Ratio | 16 | | 8 - 27 | | |
| Sodium, Serum | 140 | | 135 - 148 | mmol/L | MB |
| Potassium, Serum | 4.5 | | 3.5 - 5.5 | mmol/L | MB |
| Chloride, Serum | 100 | | 96 - 109 | mmol/L | MB |
| Carbon Dioxide, Total | 22 | | 20 - 32 | mmol/L | MB |
| Calcium, Serum | 9.7 | | 8.5 - 10.6 | mg/dL | MB |
| Phosphorus, Serum | 3.4 | | 2.5 - 4.5 | mg/dL | MB |
| Protein, Total, Serum | 7.5 | | 6.0 - 8.5 | g/dL | MB |
| Albumin, Serum | 4.1 | | 3.5 - 4.8 | g/dL | MB |
| Globulin, Total | 3.4 | | 1.5 - 4.5 | g/dL | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | | |
| Bilirubin, Total | 0.4 | | 0.1 - 1.2 | mg/dL | MB |
| Alkaline Phosphatase, S | 68 | | 25 - 160 | IU/L | MB |
| LDH | 193 | | 100 - 250 | IU/L | MB |
| AST {SGOT} | 30 | | 0 - 40 | IU/L | MB |
| ALT {SGPT} | 19 | | 0 - 55 | IU/L | MB |
| GGT | 28 | | 0 - 65 | IU/L | MB |
| Iron, Serum | 53 | | 40 - 155 | ug/dL | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 166 | | 100 - 199 | mg/dL | MB |
| Triglycerides | 66 | | 0 - 149 | mg/dL | MB |
| HDL Cholesterol | 44 | | 40 - 59 | mg/dL | MB |
| VLDL Cholesterol Cal | 13 | | 5 - 40 | mg/dL | |
| LDL Cholesterol Calc | | 109 H | 0 - 99 | mg/dL | |
| Comment | | | | | MB |
| If initial LDL-cholesterol result is >100 mg/dL, assess for | | | | | |
| risk factors. | | | | | |
| T. Chol/HDL Ratio | | 3.8 | 0.0 - 5.0 | ratio units | |

CONTINUED...     -1-

Pike,Roy
ID:   079888

06/18/2006 11:05:20

D.O.B.: 06/15/1934   72 YEARS
MALE            CAUCASIAN
Meds:
Class:    Sidiq
Dr:       Sidiq
Tech:     Mosely

Comment: chest pain

| Vent. Rate: | 59 bpm |
|---|---|
| RR Interval: | 1009 ms |
| PR Interval: | 176 ms |
| QRS Duration: | 90 ms |
| QT Interval: | 430 ms |
| QTc Interval: | 429 ms |
| QT Dispersion: | 50 ms |
| P-R-T AXIS: 79° | 71°  94° |

SINUS BRADYCARDIA
Poor R wave progression V2-V4
PROBABLE NORMAL VARIANT
  T wave changes in lateral leads
THESE MINOR CHANGES ARE OF EQUIVOCAL SIGNIFICANCE ONLY

Summary: BORDERLINE ECG                    * Unconfirmed Analysis*



PIKE, ROY
ID:    079888

04/18/2006

NO u....

Summary: BORU.

D.O.B.: 06/15/1934    71 YEARS
MALE
Meds:    UNKNOWN
Class:   UNKNOWN
Dr:      SIDDIQ
Tech:    RJ

CAUCASIAN

| | |
|---|---|
| Vent. Rate: | 80 bpm |
| RR Interval: | 741 ms |
| PR Interval: | 198 ms |
| QRS Duration: | 104 ms |
| QT Interval: | 404 ms |
| QTc Interval: | 439 ms |
| QT Dispersion: | 64 ms |
| P-R-T AXIS: 81° | 71° 85° |



PIKE, ROY
ID:  019888

04/18/2006  13:02:52

SINUS RHYTHM
LOW QRS VOLTAGES IN PRECORDIAL LEADS

Summary:  BORDERLINE ECG

* Unconfirmed Analysis *

D.O.B.: 6/15/1934    71 YEARS
MALE            CAUCASIAN
Meds:  UNKNOWN
Class:  UNKNOWN
Dr:  IIDDIQ
Tech:  LJ

Vent. Rate:        72 bpm
RR Interval:      829 ms
PR Interval:      196 ms
QRS Duration:     102 ms
QT Interval:      402 ms
QTc Interval:     423 ms
QT Dispersion:     88 ms
P-R-T AXIS:  83°   70°   86°

QTc-Hodges
BURDICK REORDER NO/REF 007984

Bullock Correctional Facility

Serial #:927008169

QUIDO

L: 10 mm/mV
C: 10 mm/mV MEDICAL

Atria:3000  Int rev:2006/2006(101D4)

STABLE  25 mm/s
              40 Hz



PIKE, ROY
ID:    079888

04/18/2006  13:04:54

D.O.B.: 06/15/1934   71 YEARS
MALE        CAUCASIAN
Meds:   UNKNOWN
Class:  UNKNOWN
Dr:     SIDDIQ
Tech:   RJ

| | | |
|---|---|---|
| Vent. Rate: | 74 | bpm |
| RR Interval: | 808 | ms |
| PR Interval: | 192 | ms |
| QRS Duration: | 100 | ms |
| QT Interval: | 408 | ms |
| QTc Interval: | 432 | ms |
| QT Dispersion: | 66 | ms |
| P-R-T AXIS: | 85°  71°  88° | |

SINUS RHYTHM
Poor R wave progression V2-V4
PROBABLE NORMAL VARIANT
T wave changes in lateral leads
THESE MINOR CHANGES ARE OF EQUIVOCAL SIGNIFICANCE ONLY
LOW QRS VOLTAGES IN PRECORDIAL LEADS

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

QTc=Hodges
BURDICK REORDER NO/REF 007984

Bullock Correctional Facility

L: 10 mm/mV
C: 10 mm/mV

25 mm/s

STABLE

E-30

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 11/22/05 | PHYSICALS | ☐ IP  ☐ OP | |
| Clinical Diagnosis | | | Date of Onset |
| EKG | | | Date of Surgery |

AREA OF TREATMENT (CIRCLE)

PROGRESS NOTES:

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Pike | Roy | | 71 | W/M | 179888 |



pike,roy
ID:       079888

02/09/2006 9:48:50

D.O.B.: 06/13/1934    71 YEARS
MALE        CAUCASIAN
Meds:    UNKNOWN
Class:   UNKNOWN
Dr:      siddiq
Tech:    rj

| | |
|---|---|
| Vent. Rate: | 85 bpm |
| RR Interval: | 705 ms |
| PR Interval: | 178 ms |
| QRS Duration: | 92 ms |
| QT Interval: | 378 ms |
| QTc Interval: | 421 ms |
| QT Dispersion: | 58 ms |
| P-R-T AXIS: 80°   60°   87° |

SINUS RHYTHM
LOW QRS VOLTAGES IN PRECORDIAL LEADS

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

QTc=Hodges
BURDICK REORDER NO/REF 007984

Bullock Correctional Facility.



pike,roy
ID:    079888

02/09/2006 7:28:08

D.O.B.: 06/15/1934    71 YEARS
MALE
Meds:
Class:
Dr:    siddiq
Tech:    rogers

| Vent. Rate: | 90 | bpm |
| RR Interval: | 665 | ms |
| PR Interval: | 176 | ms |
| QRS Duration: | 94 | ms |
| QT Interval: | 362 | ms |
| QTc Interval: | 414 | ms |
| QT Dispersion: | 22 | ms |
| P-R-T AXIS: | 78° | 34°  94° |

SINUS RHYTHM
Poor R wave progression V2-V4
PROBABLE NORMAL VARIANT
T wave changes in lateral leads
ABNORMAL CHANGES POSSIBLY DUE TO MYOCARDIAL ISCHEMIA
LOW QRS VOLTAGES IN PRECORDIAL LEADS

Summary:  ABNORMAL ECG

* Unconfirmed Analysis

11/24/2005 12:40:06

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
Q in anteroseptal leads
POSSIBLE ANTEROSEPTAL INFARCTION - AGE UNDETERMINED
LOW QRS VOLTAGES IN PRECORDIAL LEADS

Summary: ABNORMAL ECG

* Unconfirmed Analysis *

| | | |
|---|---|---|
| Vent. Rate: | 77 | bpm |
| RR Interval: | 776 | ms |
| PR Interval: | 172 | ms |
| QRS Duration: | 84 | ms |
| QT Interval: | 372 | ms |
| QTc Interval: | 401 | ms |
| QT Dispersion: | 64 | ms |
| P-R-T AXIS: | 39° | 76° | 82° |

ID:

#STAT#0S124124006

D.O.B.: Pyle, Roy
Meds:
Class: 179888
Dr:
Tech:

BURDICK

L: 10 mm/mV
C: 10 mm/mV

BURDICK REORDER NO/REF 716-0237-00

QTcodges

Aircra 3000 Int refr#2005O202(6.0004)

Serial #-A0000-007743

STABLE 150 Hz

25 mm/s

509

poor quality

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

DATE OF REPORT: 11/22/2005
TIME OF REPORT: 11:36 AM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| NPY22/079888 | ROY PIKE | Kilby |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 11/22/05 | 8:30 AM | | 11/22/05 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | NEG | | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested

11/28/05

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.  01D0706289

**HCX**

**HEALTH CARE CORRECTIONS**

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION ___KCF___

Name: _Pike, Roy_

State ID No: ~~HCY 800~~ 07988

DOB: _6-15-34_

Race: _W_          Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| McArthur | 11/22/05 | 9:50 Am | — | | |

**HISTORY/DIAGNOSIS:**

protocal / emphysema

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/W/O WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OSCALSIS(HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA ( LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Pike

PA CHEST: The heart is not enlarged. The lungs show extensive bilateral apical pleural thickening, which is greater on the left. The lungs appear to be hyperexpanded and show generally increased interstitial markings in the lower lung fields.
IMPRESSION: there are changes as described above, which are probably chronic secondary to chronic obstructive pulmonary disease. Suggest a follow up to include PA and lateral views of the chest.

D: & T: 11-28-05  Howard P. Schiele, M.D./jhl Board Certified Radiologist  (Signature on file)

| | | |
|---|---|---|
| _KM KT_ | | |
| X-RAY TECNOLOGIST'S NAME(PRINT) | X-RAY TECNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
| | | |
| RADIOLOGIST'S NAME(PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |

**PHS**                    Nursing Evaluation 1                    Dental Complaint

Facility: Alabama Department of Corrections

Patient Name: _Pike_                                    _Roy_
      Last          First         M

Inmate Number: _079888_      Date of Birth: _6 | 15 | 34_
                   MM  DD  YYYY

Date of Report: _7 | 17 | 06_    Time Seen: _0545_ (AM) PM Circle One
      MM DD YYYY

**Subjective:** Chief Complaint(s): _"I need to get a set of dentures"_

Onset: _____

History: _____
(Continue on back if necessary)

                      ☐ Check Here if additional notes on back

**Is the problem:** ☐ New  ☐ Chronic Problem related to: ☐ Recent trauma  ☐ Recent dental work  ☐ Other: _____
Injury sustained in altercation with custody staff, or other inmate: ☐ NO  ☐ YES (Requires notification of correctional staff)
**Dental Pain:** Right : ☐ Upper Back  ☐ Upper Front  ☐ Lower Back Left: ☐ Upper Back  ☐ Upper Front  ☐ Lower Back
     ☐ Lower Front          ☐ Lower front
**Type of Pain:** ☐ Aching  ☐ Throbbing  ☐ Dull  ☐ Sharp  ☐ Constant  ☐ Intermittent
**Sensitive to Hot or Cold:** ☐ No  ☐ Hot  ☐ Cold  ☐ Sensitive to both Hot & Cold  Pain Scale: (1-10) _____
**Associated Symptoms:** ☐ Sinus problems  ☐ Difficulty chewing  ☐ Earache  ☐ Sore throat  ☐ Other: _____

**Objective:** Vital Signs: (If Indicated) T: _99_  P: _90_  RR: _20_  B/P: _120 | 90_  wt _150_

Visual evidence of tooth decay/fracture   ☐ No  ☐ Yes  Visible external swelling     ☐ No  ☐ Yes
Visual evidence of missing filling      ☐ No  ☐ Yes  Swelling/redness/pus surrounding affected tooth ☐ No  ☐ Yes
Pain upon opening jaw widely       ☐ No  ☐ Yes  Evidence of trauma/injury to jaw/face   ☐ No  ☐ Yes

☐ Additional Examination: _____
(Continue on back if necessary)

                      ☐ Check Here if continued on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____

 ☐ **Referral Not Required**            _____

 ☐ **Referral Required** due to the following: (Check all that apply)
   ☐ Fever         ☐ Evidence of pus collection or swelling
   ☐ Earache/sore throat/sinus problems ☐ Recent dental surgery/procedure
   ☐ Pain upon opening mouth widely  ☐ Significant injury/trauma to jaw  ☐ Recurrent Complaint (More than 2 visit
   ☐ Other: _____
      (Describe)
   **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are un
   of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ For tooth pain, instruct patient to avoid hot/cold food, to chew on the opposite side of the tooth pain and to do salt water gargles PRN
☐ Warm rinses PRN (Note: DO NOT apply warm compress to outside of face for dental abscess)
☐ Cold Compress PRN for minor trauma
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should
  well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
      (Describe)

☐ OTC Medications given (Motrin 400 or Tylenol 650 mg Bid prn x 2 days) ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): _Dr. Burkett_   Date for referral: _7 | 17 | 0_
                           MM DD YY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?): _____
                       Time

x _Gloria Rogers_ RN    Name: _____
 Nurses Signature          Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

Print Name: ROY PIKE _____ Date of Request: 7/14/06 ____

ID # 079888 _____ Date of Birth: 6/15/34 Location: Bullock 3-8

Nature of problem or request: I HAVE NO Teeth at all, I cant

Eat this food, loosing weight because I aint got no teeth

to eat with, I cant chew this food.

_____ _____ Roy Pike _____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Roy Pike_____     Date of Request: _2/7/06_____
ID # _079888_____     Date of Birth: _6/15/34_ Location: _5-6_____
Nature of problem or request: _Plate's Top and Bottom_____

_____
_____
_____

_Roy Pike_
_Signature_

### DO NOT WRITE BELOW THIS LINE
_____

Date: ___/___/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**    **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

_2 8-06_
_No Show for Screening_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 12/1/06 | | | Impression for U/L Denture. | OB | 1 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| | | | | | |

PHS-MD-70022

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination 11·2~·05

Initial Classification

Oral Pathology .......................................... Gingivitis

Vincent's Infection

Stomatitis

Other Findings

Occlusion

Roentgenograms ...................................... Periapical

Bitewing

Other

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☑ | ☐ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☑ | ☐ | Asthma | ☑ | ☐ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 11·22·05 | Fm | | OHI — given | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Pike, Roy | 079888 | 6-15-34 | W | KCF |

PHS-MD-70015

# EXHIBIT A.1

Pipe Roy
OT 9888



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|-----------|----------------|----------------|

11/7/6   S) Side Pain

O) H&P AAA 4 am
just saw a while
today will see Dr Butts for
x PSA
Abdome is soft, NT,
Rectal normal

A/P) AAA - Chronic Stable, COPD
x PSA —
Pt will see Dr Butts, cont Albuterol
inhaler, med Flu prn

11/17/06   11-7- NPO pass midnite for out patient procedure
Fleets enema given — Pre-op meds given
0530 To free world appointment c̄ DOC officers - stable condition
s̄ ay c/o

11/17/6   Pt returns from Dr Butts office after
having Prostate biopsy
will F/U -

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|-----------|----------------|----------------|

(handwritten clinical notes — largely illegible)

# EXHIBIT A.2

TO:13347381498

P.2/4

DEC-11-2006 21:05  FROM:

*33H-*
*738-5620*
*738-1499*

*Fax to Mid Plant services*
*738-5194  change to  738-1498*

## BAPTIST MEDICAL CENTER EAST
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name:  PIKE, ROY

MR#:   E000162402
Sex:   Male
DOB:   6/15/34

Account:  E0632000272
Admit:   11/17/06
Room/Bed:  -

Admit Type:   Outpatient
Discharge Date:  11/17/06
Age:  72 years
SS Number:  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
Admitting Physician:  Bhuta, Dharampal P, MD
Ordering Physician:  Bhuta, Dharampal P, MD

## Surgical Pathology Final Report

PATHOLOGY NO:      ES-06-0005692

Collected:
Received:
Physician:

11/17/06
11/17/06 2:32:00 PM
Bell, Norman D, MD

## Performed At

Baptist Medical Center East
400 Taylor Rd
Montgomery, Alabama 36117
phone (334) 244-8495    fax (334) 277-0471

## Clinical Information
Increased PSA.

## Final Diagnosis
A. **RIGHT SIDE OF PROSTATE GLAND, NEEDLE CORE BIOPSY:**
PROSTATIC ADENOCARCINOMA, GLEASON SCORE 6 (3+3) INVOLVES 1-2% OF SPECIMEN.
- NO EVIDENT PERINEURAL INVASION.
- MILD CHRONIC INFLAMMATION.

B. **LEFT SIDE OF PROSTATE GLAND, NEEDLE CORE BIOPSY:**
PROSTATIC ADENOCARCINOMA, GLEASON SCORE 6 (3+3) INVOLVES 10% OF SPECIMEN.
- NO EVIDENCE PERINEURAL INVASION.

MR#:  **E000162402**
Printed: 12/6/2006 1:26 PM
Name: **PIKE, ROY**

Room/Bed:  -
Sex:   Male

Page 1 of 3
N/A

Account:  E0632000272
DOB:  6/15/34

DEC-11-2006 21:06  FROM:                          TO:13347381498        P.3/4

BAPTIST MEDICAL CENTER EAST
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name:  PIKE, ROY                                    Account:  E0632000272

## S u r g i c a l   P a t h o l o g y   F i n a l   R e p o r t

| | | | |
|---|---|---|---|
| **PATHOLOGY NO:** | ES-06-0005692 | Collected:<br>Received:<br>Physician: | 11/17/06<br>11/17/06 2:32:00 PM<br>Bell, Norman D, MD |

- MILD CHRONIC INFLAMMATION.   NB/pmp 11/20/2006

Bell, Norman D, MD
(Electronically signed by)
Verified: 11/21/06 10:18 a
NDB/pp

## Gross Description

Part A is received in a container of formalin labeled "right" and consists of four elongated tan fragments that range up to 2 x 0.1 cm and are submitted in cassette A.

Part B is received in a container of formalin labeled "left" and consists of four elongated tan fragments that range up to 2 x 0.1 cm.  They are submitted in cassette B.    NB/argh/11/17/06

## Summary of Sections

A.  1 block, 3 H&E slides
B.  1 block, 3 H&E slides

## Microscopic Description

A. Gleason grade 3 adenocarcinoma is present, involving at most 1-2% of the specimen, and is without appreciable perineurial invasion.  A mild chronic inflammatory infiltrate, and some glands with atrophic changes, present.

B. Excepting that Gleason grade 3 adenocarcinoma involves estimated 10% of the specimen, the findings are as for part A. NB/pmp 11/20/2006

| | | |
|---|---|---|
| MR#:  E000162402<br>Printed: 12/6/2006 1:26 PM<br>**Name: PIKE, ROY** | Room/Bed:    -<br>Sex:    Male | **Account:    E0632000272**<br>DOB:    6/15/34 |

2 of 3
N/A

DEC-11-2006 21:06  FROM:                                    TO:13347381498        P.4/4

BAPTIST MEDICAL CENTER EAST
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name:  PIKE, ROY                                        Account:  E0632000272

## Surgical Pathology Final Report

| | | |
|---|---|---|
| **PATHOLOGY NO:** | ES-06-0005692 | Collected: 11/17/06 |
| | | Received: 11/17/06 2:32:00 PM |
| | | Physician: Bell, Norman D, MD |

### Surg Reviewing Pathologist

I have reviewed the slides of both specimens and agree with Dr. Bell's diagnosis.  Rhonda D. Wright, M.D.
RDW/rdw/11/21/2006

| | | |
|---|---|---|
| **MR#:  E000162402** | Room/Bed:  - | **Account:** E0632000272 |
| Printed: 12/6/2006 1:26 PM | Sex:  Male | **DOB:** 6/15/34 |
| **Name: PIKE, ROY** | | |

3 of 3
N/A

# EXHIBIT A.3

12/04/2006 MON 10:29 FAX @004/012
11/28/2006 TUE 13:12 FAX 334  8 8756 BULLOCK CORRECTIONAL FAC @021/021

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

### DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| BULLOCK 832 | PIKE, ROY | 11, 08, 06 |

| Site Phone #: | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 738-5625 | | 06, 15, 34 |

| Site Fax #: | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 738-8763 | 079888 | |

| Will there be a charge? | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| ☑ Yes ☐ No   Sex: ☑ Male ☐ Female | | 04, 08, 19 |

Responsible party: ☑ PHS   ☐ Auto Ins.
☐ Health Ins (includes Pension/Prefund/Managed Care alternative plans)
☐ Other, be specific (includes Medicare, Medicaid and Veterans Administration Services)

### CLINICAL DATA

Requesting Provider: ☑ Physician  ☐ NP, PA  ☐ Dentist

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval" by protocol

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields**

☐ Office Visit (IV)   ☑ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
   ☐ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy): __/__/__
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:   ☐ Radiation Therapy
Number of Visits/Treatments:   ☐ Chemotherapy  ☐ Other

Specialist referred to: IMI

Type of Consultation, Treatment, Procedure or Surgery:
Bone Scan

Diagnosis: Prostatic Ca
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent documents have been attached and faxed.

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.   Date resubmitted: __/__/__
Regional Medical Director Signature, printed name and date required:

History of Illness/Injury/Symptoms with Date of Onset:
Inmate c̄ Prostatic Ca needing Bone Scan

Results of a complaint directed physical examination:
Prostatic Ca

Previous treatment and response (including medications):
Adug

**"For security and safety, please do not inform patient of possible follow-up appointments"**

☐ Offsite Service Recommended and Authorized

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Code Print | Mod Code | CPT code: | UR Auth #: |
|---|---|---|---|
| SC | XR | 78306 | 10720577 |

OSa - UM Referral review form

IDnet

# EXHIBIT A.4

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 12/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Phenytoin Sodium Ext (UDL Card) ( for Dilantin ) 100MG Cap    90.00**

Take 1 capsule(s) by mouth Three Times Daily

Hour: 0400 / 1100 / 1700

Start Date: 09-06-2006    Prescriber: Siddiq, Tahir
Stop Date: 03-04-2007    RX #: 251906546

---

**Diphenhydramine HCl ( for Benadryl ) 50MG Cap    30.00**

Take 1 capsule(s) by mouth at bedtime

Hour: 1700

Start Date: 09-06-2006    Prescriber: Siddiq, Tahir
Stop Date: 03-04-2007    RX #: 251908026

---

**Verapamil HCl CR ( for Calan SR ) 240MG Tab CR    30.00**

Take 1 tablet(s) by mouth daily

Hour: 0400

Start Date: 09-06-2006    Prescriber: Siddiq, Tahir
Stop Date: 03-04-2007    RX #: 251906548

---

**Ranitidine HCl ( for Zantac ) 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Hour: 0400 / 1700

Start Date: 11-21-2006    Prescriber: Siddiq, Tahir
Stop Date: 05-19-2007    RX #: 252147962

---

Cipro 500mg ± po Bid x10 days

Hour: 0400 / 1700

Start Date: 12-6-06    Prescriber: Siddiq
Stop Date: 12 · 06    RX #:

---

Percogesic ± po tidy 10 days

Hour: 0400 / 1100

Start Date: 12-6-06    Prescriber:
Stop Date:    RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | C. James LPN | CJ | D. Sweezy RN | | 1. Discontinued Order |
| Allergies: NKA | P. Berryin LPN | PB | C. Massey | JM | 2. Refused / 3. Patient out of facility / 4. Charted in Error / 5. Lock Down / 6. Self Administered / 7. Medication out of Stock / 8. Medication Held / 9. No Show / 10. Other |
| Housing Unit: Population | | | | | |
| Patient ID No: 079888 | | | | | |
| Patient Name: **Pike, Roy** | | Date of Birth: | **06-15-1934** | | |

# EXHIBIT A.5



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

---

**NAME:** Pike, Ray

**D.O.B.** / /

**ALLERGIES:**

Use Last    Date    / /

**DIAGNOSIS (If Chg'd)**

Cipro 500 po Bid x 10 d

Periogesic Ī po tid x 10 d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Pike, Ray
A-15# 079888

**D.O.B.** / /

**ALLERGIES:**

Use Fourth    Date 11/20/06

**DIAGNOSIS (If Chg'd)**

Zantac 300 mg po bid x 180 days

P.O. Dr. Siddiq / G.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:**

**D.O.B.** / /

**ALLERGIES:**

Use Third    Date / /

**DIAGNOSIS (If Chg'd)**

DC po pop

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Pike, Ray
#079888

**D.O.B.** 6 / 15 /

**ALLERGIES:** NKDA

Use Second    Date 11/10/06

**DIAGNOSIS (If Chg'd)**

On 11/16/06 give Cipro 500mg po @ 8ᴬ et lep

On 11/17/06 give Cipro 500mg po @ 6ᴬ et lep

On 11/17/06 Fleets enema @ 5ᴬ

V/O Dr. Siddiq / J. Hmicee, RN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**NAME:** Pike, Ray

**D.O.B.** / /

**ALLERGIES:** 079888

Use First    Date / /

**DIAGNOSIS** Albuterol Inhaler x 90 d

?/u 600 po tid x 10 d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY

# EXHIBIT A.6



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

## DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _____     Time: _____   A.M.
                                                                    P.M.

I have been advised by Medical Staff _at Bullock Correctional Facility_

that it is necessary for me to undergo the following treatment:

_Rectal Exam for Yearly Physical_
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _Bullock Correctional,_
                                                              (Name of Facility)

and its agents and employees from any liability.

Inmate: _Roy Pike_ _____     Date: _12/22/06_

Witness: _A. Hrice, RN_ _____     Date: _12/22/06_

Witness: _____     Date: _____

DOC # 010-127-004

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Pike Roy | 079888 | 6/15/34 | W/M | BCCF |

PHS-MD-70032

# EXHIBIT A.7



Nursing Evaluation Tool:                    General Sick Call

Facility: BBB

Patient Name: _Pike_____ _Roy_____
             Last            First

Inmate Number: _079888_____     Date of Birth: _6_ | _15_ | _1934_
                                             MM   DD   YYYY

Date of Report: _01_ | _02_ | _2007_     Time Seen: _____ AM / PM Circle One
              MM   DD   YYYY

**Subjective:** Chief Complaint(s): _I'm in pain_____

Onset: _2 wks_____

Brief History: _Cancer_____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98.4_ P: _76_ RR: _18_ B/P: _110_ / _78_

Examination Findings: _____
(Continue on back if necessary)

_____

_____

_____

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)*     Preliminary Determination(s): _____

   ☐ Referral <u>NOT REQUIRED</u>

   ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
        (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Siddy_____ Date for referral: _01_ | _02_ | _2007_
                                                                 MM DD YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
                                                                     Time

x                                     Name:

# EXHIBIT A.8



PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Pike, Roy  # 079888_

Date of Birth: _6|15|34_          Social Security No.: _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_

Date: _1|9|07_          Time: _11:00_          (A.M.) P.M.

This is to certify that I, _Roy Pike_ , currently in
(Print Inmate's Name)

custody at the _Bullock Co. Correctional Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _did not show up today for_
(Specify in Detail)

_appt. c̄ Dr. Siddiq for 40 medications_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Refused to sign_          _J. Ahicey, RN_
(Signature of Inmate)**          (Signature of Medical Person)

_Sabrina Lynn, CO_          _Booton RN_
(Witness)          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

6011 5 (5/85)

# EXHIBIT A.9



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Roy Pike _____ Date of Request: 1-16-07

ID # 079888 _____ Date of Birth: 6-15-34 Location: 3-8

Nature of problem or request: Need To see Doctor about getting
pain medication - and Albuterol Spray.

_____

Roy Pike
_____
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: 01-16-07  2:35 |
| Receiving Nurse Intials  C, J |

**(S)ubjective:**       See Not
                        Tool
                        1/17/07
                        JR

**(O)bjective   (V/S):  T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

# EXHIBIT A.10



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/17/07

**To:** DOC

**From:** HOC

**Inmate Name:** Pike Roy          **ID#:** 079888

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**

Ventolin inhaler X 180 days

Start - 1/17/06

Stop - 7/17/07

**Date:** 1/17/07   **MD Signature:** P.S. Siddiq / C.James LPN   **Time:** 0915

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /   /
ALLERGIES:

Use Last    Date   /   /          ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /   /
ALLERGIES:

Use Fourth    Date   /   /          ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.
ALLERGIES:

Use Third    Date   /   /          ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /
ALLERGIES:

Use Second    Date          /          ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

NAME: Pike, Roy

DIAGNOSIS    Blended diet

D.O.B. 6/15/
ALLERGIES:

Use First    Date 12/14/06          ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

MEDICAL RECORDS COPY

# EXHIBIT A.11

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN REVIEW

**Application and Review Frequency: Monthly**　　　　　　　**Admission Date: 01/05/06**
**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)　Outpatient: _____ ( 6 months)
　　　**RTU: _X_** (weekly, bimonthly, monthly)

---

**Problem # 1** Depression due to chronic pain—sleep problems, inability to cope, flashbacks
**Initiation Date: 01/06/06　Resolution target Date: 4wks　　　Status: Resolved  No Change  Modified**
**Outcome/modifications:** Psych. to see as required for mental health assessment, nurses to monitor
Medication compliance, TC to see 2x monthly for indv. counseling, AT contact daily, refer to depression
group

---

**Responsible Staff: Psych., TC, AT, nurses**　　　　　　**Frequency: Bi-weekly**

---

**Problem #**
**Initiation Date:　　　Resolution target Date:　　　Status: Resolved  No Change  Modified**
**Outcome/modifications:**


**Responsible Staff:**　　　　　　　　　　**Frequency:**

---

**Problem #**
**Initiation Date:　　　Resolution target Date:　　　Status: Resolved  No Change  Modified**
**Outcome/modifications:**


**Responsible Staff:**　　　　　　　　　　**Frequency:**

---

**Treatment Coordinator:** _____ MSW___ Date: May 16, 2006

| **Inmate Name: Pike, Roy** | **Location/Level 5-6/3** | **AIS # 079888** |
|---|---|---|

Disposition: Medical File　　　　　　　　Reference: AR ADOC: 622, 623, 630, 632, 633, 635, 638
　　　　　　　　　　　　　　　　　　　　　　　ADOC Form MH- 034- June 28, 2004
　　　　　　　　　　　　　　　　　　　　　　　Page _1_ of _1_

### ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES
### TREATMENT PLAN REVIEW

**Application and Review Frequency: Monthly**
Crisis Cell: _____ MH Observation, _____ Suicide Watch (each working day)
RTU: _X_ (weekly, bimonthly, monthly)

Admission Date: 01/05/06
Outpatient: _____ ( 6 months)

---

**Problem # 1** Depression due to chronic pain—sleep problems, inability to cope, flashbacks
**Initiation Date: 01/06/06  Resolution target Date: 4wks      Status: Resolved  No Change  Modified**
**Outcome/modifications:** Psych. to see as required for mental health assessment, nurses to monitor
Medication compliance, TC to see 2x monthly for indv. counseling, AT contact daily, refer to depression
group

**Responsible Staff: Psych., TC, AT, nurses                Frequency: Bi-weekly**

---

**Problem #**
**Initiation Date:          Resolution target Date:        Status: Resolved  No Change  Modified**
**Outcome/modifications:**


**Responsible Staff:                          Frequency:**

---

**Problem #**
**Initiation Date:          Resolution target Date:        Status: Resolved  No Change  Modified**
**Outcome/modifications:**


**Responsible Staff:                          Frequency:**

**Treatment Coordinator:**                            **Date:** 4/9/06

| Inmate Name: Pike, Roy | Location/Level 5-6/3 | AIS # 079888 |
|---|---|---|

Disposition: Medical File

Reference: AR ADOC: 622, 623, 630,  632, 633, 635, 638
ADOC Form MH- 034- June 28, 2004
Page _1_ of _1_

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

**Application and Review Frequency: Monthly**
**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)
     **RTU:** _X_ (weekly, bimonthly, monthly)

**Admission Date: 01/05/06**
Outpatient: _____ ( 6 months)

---

**Problem # 1** Depression due to chronic pain—sleep problems, inability to cope, flashbacks
**Initiation Date: 01/06/06   Resolution target Date: 4wks       Status: Resolved  No Change  Modified  X**
**Outcome/modifications:** Psych. to see as required for mental health assessment, nurses to monitor
Medication compliance, TC to see 2x monthly for indv. counseling, AT contact daily, refer to depression
group

**Responsible Staff: Psych., TC, AT, nurses**
              **Frequency: Bi-weekly**

---

**Problem #**      disruption
**Initiation Date:**     **Resolution target Date:**
     **Status: Resolved  No Change  Modified**
**Outcome/modifications:**

**Responsible Staff:**
     **Frequency:**

---

**Problem #**
**Initiation Date:**     **Resolution target Date:**
     **Status: Resolved  No Change  Modified**
**Outcome/modifications:**

**Responsible Staff:**
     **Frequency:**

**Treatment Coordinator:** _~~[signature]~~, MHP_     **Date:** _3/13/06_

| **Inmate Name: Pike, Roy** | **Location/Level 5-6/3** | **AIS #** 079888 |
|---|---|---|

Disposition: Medical File

Reference: AR ADOC: 622, 623, 630,  632, 633, 635, 638
ADOC Form MH- 034- June 28, 2004
Page _1__ of __1__

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN REVIEW

**Application and Review Frequency: Monthly**                        **Admission Date: 01/05/06**
**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)  Outpatient: _____ ( 6 months)
        **RTU:** _X_ (weekly, bimonthly, monthly)

---

**Problem # 1 Depression due to chronic pain—sleep problems, inability to cope, flashbacks**
**Initiation Date: 01/06/06  Resolution target Date: 4wks        Status: Resolved  No Change  Modified  X**
**Outcome/modifications:** Psych. to see as required for mental health assessment, nurses to monitor
Medication compliance, TC to see 2x monthly for indv. counseling, AT contact daily, refer to depression
group

**Responsible Staff: Psych., TC, AT, nurses**                **Frequency: daily/monthly**

---

**Problem #      disruption**
**Initiation Date:      Resolution target Date:        Status: Resolved  No Change  Modified**
**Outcome/modifications:**


**Responsible Staff:**                                **Frequency:**

---

**Problem #**
**Initiation Date:      Resolution target Date:        Status: Resolved  No Change  Modified**
**Outcome/modifications:**


**Responsible Staff:**                                **Frequency:**

| **Treatment Coordinator:** [signature] MHP | | **Date:** 2/13/06 |
| --- | --- | --- |
| **Inmate Name: Pike, Roy** | **Location/Level** | **AIS # 079888** |

Disposition: Medical File                    Reference: AR ADOC: 622, 623, 630,  632, 633, 635, 63f
                                ADOC **Form MH- 034-** June 28, 2004
                                Page _1_ of _1___

Alabama Department of Corrections Mental Health Services
Treatment Plan: Residential Treatment Unit

**Treatment Plan Initiated on:** 01/06/06        **Treatment Coordinator:** D.E.Nettles,MHP
**Institution:** Bullock County Correctional Facility      **Admitted to RTU:** 5-6

**Level Currently Assigned:** 3

**DSM IV Diagnosis:**
**Axis I:** Depression, NOS PTSD (Korean War)
**Axis II:** ASPD
**Axis III:** Chronic Pain Syndrome
**Axis IV:** Difficulty adjusting due to age 71
**Axis V:** 55-60

---

**Problem # 1** Inmate depressed due to recurrent chronic pain (head-injury)
**Goal:** Inmate will report a decrease in depression
**Target Date for Resolution:** 60 days

**Intervention(s):** PHS will assist in resolving I/M reported distress if possible; MH staff will monitor medication compliance, provide supportive counseling.
**Staff Member(s) Responsible:** MH/PHS staff        **Frequency:** Monthly

---

**Problem # 2** Inmate reports difficult sleeping due to flashbacks
**Goal:** Inmate reports decrease in sleep disturbance

**Target Date for Resolution:** 60 days
**Intervention(s):** Inmate will avoid napping during day hours

**Staff Member(s) Responsible:** MH/PHS Staff        **Frequency:** Monthly

---

**Problem # 3** Inmate exhibit difficulty cope with prison lifestyle due to age 71
**Goal :** Inmate will learn to cope to new environment successfully

**Target Date for Resolution:** 60days
**Intervention(s):** Inmate will participate in age appropriate activities

**Staff Member(s) Responsible:** MH/DOC        **Frequency:** Monthly

**Psychiatrist:** _(signature)_        **Treatment Coordinator:** _(signature)_

**Mental Health Nurse:** _S. Anderson LPN_ **Activities Tech:** _T. Bony_

**Correctional Officer Present:** Yes   (No)

**Inmate Agreement:** _Roy Pike_        **Date:** _8/01/_
Treatment Plan Review to be Conducted by:   (Level 1: weekly; Level 2:bi-weekly; Level 3&4:monthly)

| Inmate Name: Pike, Roy | AIS# 079888 |

# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROY EDWARD PIKE, AIS #079888                    *

       Plaintiff,                                           *

                                      *

V.                                              2:06-CV-1141-WKW

                                      *

DR. SIDDIQ, et al.,                             *

       Defendants.                                          *

                                      *
                                      *

## AFFIDAVIT OF TAHIR SIDDIQ, M.D.

**BEFORE ME,** *Patsy Faulkner* a notary public in and for said County and State, personally appeared **TAHIR SIDDIQ, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Tahir Siddiq. I am a medical doctor and am over twenty-one years of age. I am personally familiar with all of the facts set forth in this affidavit. I have been licensed as a physician in Alabama since 1996, and have been board certified in internal medicine since 1996. I have served as the Medical Director for Bullock Correctional Facility in Union Springs, Alabama, since 1997. Since November 3, 2003, my employment at Bullock Correctional Facility has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Roy Edward Pike (AIS # 079888) is currently incarcerated as an inmate at Bullock Correctional Facility. I am familiar with Mr. Pike's medical history and conditions, and have seen and evaluated him as a patient on numerous occasions. I have also reviewed Mr. Pike's medical records, certified copies of which are being produced to the Court along with this Affidavit.

It is my understanding that Mr. Pike has made a Complaint in this matter that Bullock Correctional Facility has failed to provide him with appropriate medical treatment. Mr. Pike's allegations are unfounded, as this inmate has been provided appropriate care at all times.

Mr. Pike has a recent history of prostate cancer and asthma. He has been treated with Percogesic to manage his pain and received the appropriate medication and inhalers to treat his asthma. Mr. Pike has also been seen and treated in our Mental Health Unit for symptoms related to depression and was again given the appropriate medications. It should be noted that Mr. Pike refused medical treatment on December 22, 2006, January 7, 2007 and January 17, 2007 as it relates to his prostate cancer. In addition, he did not show-up for his appointment on January 9, 2007 regarding his medication. The above mentioned treatment remains available for Mr. Pike.

Based on my review of Mr. Pike's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Bullock Correctional facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions at Bullock. At no time has he been denied any needed medical

treatment. In other words, it is my opinion that the appropriate standard of care has been

adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I, or any of the medical or nursing staff at Bullock Correctional Facility,

denied Mr. Pike any needed medical treatment, nor have we ever acted with deliberate

indifference to any serious medical need of Mr. Pike. At all times, Mr. Pike's known

medical complaints and conditions have been addressed as promptly as possible under the

circumstances."

    Further affiant sayith not.

_____
TAHIR SIDDIQ, M.D.


STATE OF ALABAMA          )

COUNTY OF _Bullock_          )

    I, _Patsy Faulkner_____, a Notary Public in and for said
State and County, hereby certify that TAHIR SIDDIQ, M.D. who being known to me and
who being duly sworn, and whose name is signed to the foregoing document,
acknowledged before me on this date that being first informed of the contents of said
document, having read the same, and understanding its purpose and effect, voluntarily
executed the same upon the above-stated date.

    SWORN TO and SUBSCRIBED BEFORE ME on this the 12th day of
_February_____, 2007.

_____
NOTARY PUBLIC
My Commission Expires: _June 7, 2010_


(NOTARIAL SEAL)

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROY EDWARD PIKE, (AIS #079888),      *

                                               *

        Plaintiff,

                                               *

V.                                                2:06-CV-1141-WKW

                                           *

DR. SIDDIQ, et al.

                                           *

        Defendants.

                                           *

## AFFIDAVIT OF BRANDEE PLAYER, H.S.A.

**BEFORE ME,** *Justine B. Person*, a notary public in and for said County and State, personally appeared **BRANDEE PLAYER, H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Brandee Player. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I hold a Master's Degree in Health Services Administration from Barry University in Miami Shore, Florida. I have worked as the Prison Health Administrator at Bullock County Correctional Facility in Union Springs, Alabama, since November 6, 2006. Since this date, I have been employed as the Health Service Administrator (H.S.A.) for Bullock County Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Bullock County Correctional Facility.

If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit a "Medical Complaint Form." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate medical complaint form allows an inmate to communicate any healthcare related concern by placing the medical complaint form in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and respond accordingly via in-house mail. Also, when deemed necessary, the inmate will receive a face-to-face interview with me or the doctor or both. At this time, the needs of the inmate are addressed and treatment is discussed.

If an inmate is unsatisfied with my response, he may request an "Inmate Formal Grievance" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the medical complaint form. I again respond to the inmate via in-house mail.

If the inmate is still unsatisfied with my response, he or she may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Roy Edward Pike has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical care. However, Mr. Pike has failed to exhaust Bullock's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, Mr. Pike has not submitted all appropriate and required forms. As such, the healthcare unit at Bullock County

Correctional Facility has not been afforded the opportunity to resolve Mr. Pike's medical complaints prior to filing suit.

Further affiant sayeth not.

_____
BRANDEE PLAYER, H.S.A.

STATE OF ALABAMA          )
                         )
COUNTY OF _Bullock_      )

_____ Sworn to and subscribed before me on this the ___30th___ day of _January_, 2007.

_____
Notary Public

_____

My Commission Expires:

_2/24/2009_

| **POLICY/PROCEDURE**<br><br>Prison Health Services, Inc.<br><br>*FACILITY NAME: BULLOCK* | Date of Prior Policy:<br>Date of Revised: |
|---|---|
| **TITLE:** Grievance Mechanism for Health Complaints | **NUMBER:** P-A-11 |
| **REFERENCE:** NCCHC: P-A-11;  ACA 4-4394 | |

**POLICY:**

It is the policy of PHS to encourage the resolution of inmate concerns regarding the health care system prior to the documentation of a written grievance.  A grievance mechanism addresses inmate's complaints about health services.

**PROCEDURE:**

1.  The Health Services Administrator will work with the Correctional Authority to ensure that there is a well-defined procedure for handling inmate grievances.

2.  When a health care grievance is received, the health record is reviewed and if necessary, the inmate is interviewed.  A written response is given to the inmate within **10 days** of the appropriate health care provider receiving the grievance.**(place number of days designated by contract)**

3.  Expeditious resolution is expected if the grievance involves access to care.

4.  Reasonable effort will be made to reconcile the inmate's grievance.

5.  The inmate may appeal the grievance through the facility review process if he wishes to contest the outcome of the grievance.

6.  Review and summation of the inmate health care grievances are included in the QI meetings and identified problems are viewed as opportunities to improve care.

**Supportive documentation: Grievance log, any staff meeting minutes**