In The United States District Court
For The Middle District of Alabama
Northern Division

Roy E Pike
  Plantiff

V.

Prison Health Services
Doctor Siddiq
  Defendants

RECEIVED
2007 MAR -8 A 9:34

CASE NO.-206-CV-1141 WKW

Motion for Appointment
of Counsel

Come now Plantiff in The Above style Cause and Does Ask This Honorable court To Appoint counsel To Represent him in This civil Action. Reason as follows.

1. Plantiff can not Read are write!

2. Plantiff is 72 years old.

3. Plantiff has memory Laspes

4. Plantiff got another inmate To file This civil Action.

5. Plantiff has no money to hire another inmate to do this legal work

6. plantiff could never get copies of any of his medical file with out pre payment

plantiff pray that this Honorable court will appoint an Attorney to Represent him in this civil action so Justice will be given to Plantiff.

Rushton Stakely Johnson Garrett        Roy Pike
    P.O Box 270                        Plantiff
 Mont Ala 36101
        Certificate of Service

Come now Roy Pike and does say that a copy of the foregoing was mail to the Defendant Attorney's this 3-6-07 by Placing a copy in the U.S. Mail

Date 3-6-07
     079888                    Roy Pike



MONTGOMERY AL 361
07 MAR 2007 PM 1 L

United States District Court
P.O. Box 711
Montgomery, Ala
36101-6711

Roy Pike 079888
P.O. Box 5107 C1-4-A
Union Spring, AL
36089