IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY EDWARD PIKE, #079888, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1141-WKW |
| | ) |
| DR. SIDDIQ, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

On April 3, 2007, the Magistrate Judge filed a Recommendation (Doc. # 16) that the claims of the plaintiff be dismissed without prejudice for failure to exhaust administrative remedies. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1.    The Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED; and

2.    Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 23rd day of April, 2007.

                                                           /s/  W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE